# Exhibit 1

```
SETH9   540*23  *           SENTENCE MONITORING          *    10-31-2022
PAGE 001        *           COMPUTATION DATA             *    13:23:55
                             AS OF 10-31-2022

REGNO..: 05167-085 NAME: FRIEDLANDER, JOHN FRANKLIN


FBI NO............: 178680                    DATE OF BIRTH: █████████
ARS1..............: LOM/A-DES
UNIT..............: J                         QUARTERS.....: J02-004U
DETAINERS.........: NO                        NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

THE INMATE IS PROJECTED FOR RELEASE: LIFE


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: WASHINGTON, EASTERN DISTRICT
DOCKET NUMBER....................: CR-87-308-1
JUDGE............................: QUACKENBUSH
DATE SENTENCED/PROBATION IMPOSED: 03-11-1988
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 06-03-1988
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.: $100.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  721     18:1111 HOMICIDE MURDER          FSA INELIGIBLE
OFF/CHG: CT 1 SECOND DEGREE MURDER, 18 USC 1111(A) AND 1153 & CT 2
         ASSAULT W/I TO COMMIT MURDER 18 USC 113(A) AND 1153

 SENTENCE PROCEDURE..............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 DATE OF OFFENSE.................: 02-14-1987




G0002        MORE PAGES TO FOLLOW . . .
```

```
SETH9   540*23  *           SENTENCE MONITORING          *    10-31-2022
PAGE 002        *            COMPUTATION DATA            *    13:23:55
                              AS OF 10-31-2022

REGNO..: 05167-085 NAME: FRIEDLANDER, JOHN FRANKLIN


-------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  702     ASSAULT
OFF/CHG: CT 2 ASSAULT W/I TO COMMIT MURDER 18 USC 113(A) AND 1153

 SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:     20 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONCURRENT W/COUNT 1
 DATE OF OFFENSE................: 02-14-1987

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-25-2016 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-20-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 03-11-1988
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 10
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 02-14-1987

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     02-14-1987    03-10-1988




G0002      MORE PAGES TO FOLLOW . . .
```

```
SETH9   540*23 *          SENTENCE MONITORING              *    10-31-2022
PAGE 003 OF 003 *           COMPUTATION DATA               *    13:23:55
                            AS OF 10-31-2022

REGNO..: 05167-085 NAME: FRIEDLANDER, JOHN FRANKLIN


TOTAL JAIL CREDIT TIME..........: 391
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: N/A
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 02-12-1997
STATUTORY RELEASE DATE..........: N/A
ELDERLY OFFENDER TWO THIRDS DATE: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: LIFE
TIME SERVED.....................:    35 YEARS      8 MONTHS     18 DAYS

NEXT PAROLE HEARING DATE........: 06-08-2024
TYPE OF HEARING.................: SIH/CTE

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

REMARKS.......: COMP CORR TO REFLECT ADDITIONAL JAIL CREDIT
                03-20-12:UPDTD PAROLE HEARING OF CTE OF NEXT HEARING DATE(NOA)
                05-14-12:UPDTD COMP TO RESTORE 1064 SGT.Q/PAS




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```