# Exhibit 3

| | |
|---|---|
| U.S. Department of Justice | **Notice of Action** |
| United States Parole Commission | |
| 90 K Street, N.E., 3rd Floor | |
| Washington, D.C. 20530 | |

Name: FRIEDLANDER, JOHNInstitution: Lompoc USP

Register Number: 05167-085 Date: June 29, 2022

As a result of the hearing conducted on June 08, 2022, the following action was ordered:

No change in previous decision to deny two thirds parole and continue to expiration. You will be scheduled for a statutory interim hearing in June 2024. At that time, you will again be considered for release pursuant to 18 U.S.C. §4206(d).

**REASONS**:

After consideration of all factors and information presented, at this time, the Commission is denying your release under the standards at 18 U.S.C. §4206(d) for the following reasons: The Commission continues to find that you have frequently and seriously violated the rules of the institution, including 20 DHO level infractions for mainly 100 and 200 level misconduct. One of these serious violations of the rules of the institution was committed three months prior to your last hearing, and involved you being found in possession of an Opioid Narcotic drug. The Commission continues to find this evidence of frequent and serious violations demonstrates your lack of maturity and your inability to follow the institutional rules, and creates a reasonable probability you will commit any Federal, State, or local crime if released at this time.

As required by law, you have been scheduled for a statutory interim hearing in June 2024.

THIS DECISION IS APPEALABLE TO THE NATIONAL APPEALS BOARD. All Appeals must be submitted within 30 days of the Notice of Action.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>90 K Street, N.E., 3rd Floor<br>Washington, D.C. 20530 | **Notice of Action** |

THIS DECISION IS APPEALABLE TO THE NATIONAL APPEALS BOARD. All Appeals must be submitted within 30 days of the Notice of Action.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:

Papa Team
Designation & Sentence Computation Ctr
U.S. Armed Forces Reserve Complex
Grand Prairie Office Complex
346 Marine Forces Drive
Grand Prairie, TX 75051

CMC
Lompoc USP
3901 Klein Blvd.
Lompoc, CA 93436

omg

FRIEDLANDER, JOHN Reg. No. 05167-085 DCDC No.
Page **2** of **2**