# Exhibit 7




COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS







(800) 528-3335

NAEGELIUSA.COM

# UNITED STATES PAROLE COMMISSION

In re:

JOHN FRIEDLANDER

Register No. 05167-085

_____

**STATUTORY INTERIM HEARING**


**HELD ON**
**WEDNESDAY, JUNE 8, 2022**


**BEFORE**
**CHRIS WHITMAN**
**HEARING EXAMINER**

1                          **APPEARANCES**

2

3    **Appearing on behalf of the Client:**

4    JOHN B. MCENTIRE, IV, ESQUIRE

5    **Federal Public Defenders**

6    10 N Post Street, Suite 700

7    Spokane, Washington 99201

8    (509) 624-7606

9    (509) 747-3539 (Fax)

10   jay_mcentire@fd.org

11

12   **Also Present:**

13   John Friedlander, Client

14

15

16

17

18

19

20

21

22

23

24

25

```
1                  STATUTORY INTERIM HEARING

2                          HELD ON

3                 WEDNESDAY, JUNE 8, 2022

4                          BEFORE

5                      CHRIS WHITMAN

6                    HEARING EXAMINER

7

8          THE HEARING EXAMINER:  All right.  Good

9   morning.  We're on the record.  My name is Chris

10  Whitman.  I'm a hearing examiner with the United

11  States Parole Commission.  Today's date is June the

12  8th, 2022.  We are conducting a statutory interim

13  hearing following denial of two-thirds parole for

14  Mr. John Friedlander, who is currently incarcerated

15  at the United States Penitentiary, Lompoc,

16  California, and this hearing is being conducted in

17  person.

18          Mr. Friedlander, if you could please state

19  your full name and your Federal Register Number?

20          MR. FRIEDLANDER:  John Vernon Friedlander,

21  05167-085.  My date of birth is 9/1/70.

22          THE HEARING EXAMINER:  All right.  Thank

23  you.  Mr. Friedlander, you had applied for parole

24  consideration via the I-24 dated April 12, 2022

25  wherein you had requested Mr. McEntire to be your
```

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1  representative.  Is that correct?

2           **MR. FRIEDLANDER:**  Yes, it is correct.

3           **THE HEARING EXAMINER:**  We have Mr.

4  McEntire here with us today.  Sir, would you please

5  identify yourself?

6           **MR. MCENTIRE:**  Good morning.  My name is

7  John McEntire.  I'm an attorney with the Federal

8  Defender's Office out of Eastern Washington.

9           **THE HEARING EXAMINER:**  All right.  Thank

10  you.

11          **MR. MCENTIRE:**  You're welcome.

12          **THE HEARING EXAMINER:**  All right.  So, Mr.

13  Friedlander, you understand that this hearing, as I

14  said, is a statutory interim hearing?  The

15  Commission -- well, following a denial of two-

16  thirds.  The Commission has made a decision on you,

17  but what we're still looking at to see is if the

18  risk is still there associated with your

19  disciplinary history, okay, and if there's a --

20  there's a chance that you were released that you

21  would commit another federal, state, or local crime.

22  Okay?  All right.

23          So I'm not going to go through the -- all

24  the stuff with your -- your offense conduct, but I'm

25  going to give you an opportunity to make a comment

 1  regarding your offense conduct if you'd like to.

 2          **MR. FRIEDLANDER:**  Yes.  I would like to

 3  make a comment.  On my DHO report and -- and all the

 4  infractions I've received over the years, I recently

 5  hanging around with people that didn't have a --

 6  they weren't positive, and they weren't interested

 7  in positive change.  And because now, I surround

 8  myself around positive people and who are interested

 9  in positive change.  And I accept the full

10  responsibility for what I did in the past with the

11  infractions with my crime, and I have remorse, and I

12  surround myself around the positive people who are

13  interested in positive change.  And I have found a

14  place where I will going that's Adult and Teen

15  Challenge Center when I -- if I'm released here.

16  And I understand through the classes I have taken,

17  the adult one and the adult AVP continuing to do

18  better, you know?

19          **THE HEARING EXAMINER:**  Uh-huh.

20          **MR. FRIEDLANDER:**  In that program they

21  teach in AVP for us to better ourselves to learn

22  about our mistakes and our behavior and to think

23  before reacting, and --

24          **THE HEARING EXAMINER:**  Okay.  Just stop

25  you right there so I can make sure I get a good

1  handle on what we're talking about here.  Is this a

2  -- a psychology or a counseling program that you're

3  in right now?

4          MR. FRIEDLANDER:  It's a -- it's in the

5  psychology department and I was taking --

6          THE HEARING EXAMINER:  What's the name of

7  the program?

8          MR. FRIEDLANDER:  Adult --

9          MR. MCENTIRE:  Alternatives to Violence.

10          MR. FRIEDLANDER:  Yeah.  Alternative to

11  Violence program that I had taken at Tucson,

12  Arizona.  And so I've been going to psychological

13  classes with Ms. --

14          THE HEARING EXAMINER:  I'm sorry.  I -- I

15  keep interrupting you, but you took this class while

16  you were in Tucson?

17          MR. FRIEDLANDER:  Yeah.

18          THE HEARING EXAMINER:  And you took it --

19  or you're taking it here?

20          MR. FRIEDLANDER:  No.  I took it in -- in

21  Tucson.

22          THE HEARING EXAMINER:  When did you take

23  it in Tucson?

24          MR. FRIEDLANDER:  What year?

25          THE HEARING EXAMINER:  Yeah.

1          MR. FRIEDLANDER:  That was around 2013 to

2     about 2014, right before I --

3          THE HEARING EXAMINER:  Okay.  So I see it

4     on here.  No, actually, it looks like you took that

5     class in 2018.

6          MR. MCENTIRE:  '18.

7          THE HEARING EXAMINER:  That sound right?

8          MR. FRIEDLANDER:  Yeah, yeah.

9          THE HEARING EXAMINER:  Okay.  Okay.  Go

10    ahead.

11         MR. FRIEDLANDER:  So I've learned through

12    the class, you know, how to be a caring, respectful,

13    and understanding with others, and to listen to them

14    for what they have to say and to accept people as

15    they are.  And when I'm talking to them, I -- I try

16    to understand where they're coming from, and when I

17    try to give them advice, I do it in a positive way,

18    and I try to help people just become a better person

19    and to understand that I'm will to accept it for

20    what is important.  And by taking this class and

21    knowing that these positive values are something

22    that I have to apply to my life from here on out,

23    you know, and it all started from that class, you

24    know.  I had hard times, but now, I've surrounded

25    myself around positive people and -- and I'm

1  interested in positive change already, in which I

2  had taken classes and -- and last year, it was

3  through psychology and just graduated all of them,

4  which I had given Mr. McEntire, my lawyer, the

5  copies of what I was able to get last week.

6      **THE HEARING EXAMINER:**  What -- what --

7  what classes were those?

8      **MR. FRIEDLANDER:**  Those were --

9      **THE HEARING EXAMINER:**  Are you talking

10  about the classes you've taken in the prison, or is

11  this something outside of the prison?

12      **MR. FRIEDLANDER:**  Yeah.  It was in

13  psychology.

14      **THE HEARING EXAMINER:**  So -- so just so

15  I'll get it on here, so since your last hearing,

16  which was on April 22nd, 2020, you've completed Plan

17  Adulting -- oh, no, actually, you didn't complete

18  that.  Zero hours there.  So it looks like you've

19  got Torment Management for eight hours, and then you

20  have Anatomy one through six, and each class was

21  four or five hours.  Does that sound right?

22      **MR. FRIEDLANDER:**  Yeah.

23      **THE HEARING EXAMINER:**  Okay.  Go ahead.

24      **MR. FRIEDLANDER:**  Yeah.  And -- and in the

25  psychology department, I completed a lot of other

1 ones that --

2          **THE HEARING EXAMINER:**  Hold on a second,

3 please.  All right.  Go ahead.

4          **MR. FRIEDLANDER:**  So I've completed the

5 other classes through psychology because it's

6 building my character in a positive way, and that's

7 how I want to be is a better person, you know.  To

8 respect and care for all and be understanding and --

9 and accept them as -- as someone who as my friend

10 and support the good in everyone, you know.  And

11 that's what I do.  I -- I -- I'm here to respect all

12 people and care about them and, you know.  And when

13 I talk to everybody I meet, I do it with humility

14 because I know others who are a positive person,

15 they would do the same because it -- it helps me,

16 you know, be looked at in a good way in other

17 peoples' lives.

18          And so Mr. Clarence and Gloria White, my

19 adoptive parents, they have taught me this stuff and

20 it took me 35 years to learn through therapy issues

21 and through the Alternative to Violence and the

22 psychological programs I had taken over the years.

23 And all I want to do is, you know, show the world

24 and people out there that I'm a good person and I

25 want to continue in a positive way for all mankind

1 and all -- and all societies.

2          And I'm -- I like to help other people,

3 you know, and make them comfortable with their --

4 with their surroundings and -- and I try to do

5 everything I can to, you know, let them know that

6 I'm that caring friend that will always listen to

7 them.

8          And I -- I've been through a lot as a

9 child, and I am -- as I said, I take full

10 responsibility for what I have done.  I apologized

11 to my -- I've written a letter of apologies to my

12 adopted father, Clarence Walter White, before he had

13 passed away, and he had forgiven me, and my older

14 sister, she -- she can verify that, and Helen Lavone

15 White, you know, she can clarify that.

16          And I -- I have, you know, a goal of what

17 I want to do, you know, if I'm let out and to

18 continue being involved with classes like this to

19 make me a better person.  Just not to have something

20 in -- in my past, but something I can help the

21 community out there and to be -- to be able to share

22 with them what I have learned through the programs

23 because I understand it's -- these things are what

24 -- that I have learned are just not something you

25 can learn and -- overnight and say, well, that's it,

1  I learned that, because these are something -- tests

2  that you go through in life, you know, no matter how

3  old you are and I -- I understand that.

4          So I'm -- I'm a new person.  I'm not that

5  child that didn't listen.  I'm a mature person now,

6  and -- and I -- I understand and I -- I -- how the

7  victim's family feels towards me and you know.  I --

8  I -- I apologized to all of them.  Like I told my

9  adoptive father, to him and to the rest of them, and

10  -- and I'm just wanting to be helpful to the family

11  I have left and the friends I make.  And to the ones

12  I would like to make more friends in the future, you

13  know, and give them something positive in their life

14  that, you know, and accept what they have to share

15  to me and to not be judgmental like a lot of people

16  are in this lifetime.  So I don't -- I'm not

17  judgmental anymore, and I love all creation and --

18  and I respect them too.

19          **THE HEARING EXAMINER:**  So Mr. -- Mr.

20  Friedlander, you had said just a -- something that

21  just caught my attention just real quick.  You said

22  that you learned how to treat other people from your

23  adoptive parents?  You said you learned how to treat

24  other people well from your adoptive parents?

25          **MR. FRIEDLANDER:**  Yeah.

1          THE HEARING EXAMINER:  Are they the same

2    ones that you shot?

3          MR. FRIEDLANDER:  Yeah.  They -- they --

4    they had taught me -- tried to teach me how to be a

5    better person.

6          THE HEARING EXAMINER:  So you learned from

7    them?

8          MR. FRIEDLANDER:  Yeah, I did learn from

9    them.

10          THE HEARING EXAMINER:  Then why did you

11    commit the offense that you committed?

12          MR. FRIEDLANDER:  I was under the

13    influence, and I -- I hung around with negative

14    people that -- you know.

15          THE HEARING EXAMINER:  What were you under

16    the influence of?

17          MR. FRIEDLANDER:  Of marijuana and -- and

18    alcohol.

19          THE HEARING EXAMINER:  Okay.  And how long

20    had you been using marijuana and alcohol?  How old

21    were you when that happened?

22          MR. FRIEDLANDER:  I was -- just turned 16

23    when that happened, and -- and I didn't drink but

24    maybe one -- six months to a year before that -- I

25    had committed the crime.  And I've learned from that

1  though, you know, and --

2          **THE HEARING EXAMINER:**  Okay.  So when is

3  exactly -- when is it exactly that you learned from

4  that?

5          **MR. FRIEDLANDER:**  I've learned that --

6          **THE HEARING EXAMINER:**  No, when?  You said

7  you learned -- you've learned from it.  When did you

8  learn from it?

9          **MR. FRIEDLANDER:**  I've learned through all

10  -- through the testing and -- and -- and times I've

11  had in -- in the real prisons what kind of person

12  that had made me and -- and that the people I did it

13  with, you know, they were negative people and -- and

14  I seen that there was no growth in doing drugs and

15  alcohol.  There's no -- nothing positive that comes

16  from it, and I didn't want to be that person.  I

17  wanted to be around positive people that are

18  interested in a positive change, and I didn't want

19  to be, you know, caught up in drugs or alcohol and,

20  you know, suffer the consequences that it causes all

21  people when they get involved in that.

22          **THE HEARING EXAMINER:**  Okay.  Just give me

23  a second.  So, Mr. Friedlander, the offense that you

24  committed was -- obviously, it was very serious.  It

25  was -- I mean, it's an unthinkable, heinous act that

**NAEGELI**
DEPOSITION & TRIAL

*CELEBRATING*
**40**
*YEARS IN BUSINESS*

**(800)528-3335**
NAEGELIUSA.COM

1  you committed.  And you came into prison and

2  throughout your term of incarceration, you've

3  accumulated numerous incident reports.  And it looks

4  to me, like I just counted, looks like 15, at least,

5  that were drug or alcohol related.  Got a couple of

6  fights in there.  I think I saw a possession of

7  weapons.  Possessing a weapon.  You had a weapon

8  during the commission of a fight, so you stabbed

9  another inmate with that knife.  And just as

10 recently, I see that you -- that you've completed

11 the Non-Residential Drug Abuse Program.  Was that in

12 2014?

13          **MR. FRIEDLANDER:**  Yeah.

14          **THE HEARING EXAMINER:**  So I'm not thinking

15 that that really helped you out much.  And then you

16 took this program in 2018, and I'm not sure exactly

17 how much that helped you, the Alternatives to

18 Violence, when you completed -- when you got another

19 incident report just two years ago for more drug use

20 or alcohol use.  Your buprenorphine, is that your

21 Suboxone?  Is that what you had on you?

22          **MR. FRIEDLANDER:**  Yeah.

23          **THE HEARING EXAMINER:**  So you had Suboxone

24 on you?

25          **MR. FRIEDLANDER:**  Yeah.  I didn't -- I

1  didn't know I had it on me, but -- because I asked

2  DHO, I wanted fingerprints done on it, and he said

3  that -- that the guards touched it and it's

4  contaminated and so I couldn't prove my innocence,

5  you know, and the parole hearing was just up next

6  month after I was thrown in a hole for that.

7          **THE HEARING EXAMINER:**  Uh-huh.

8          **MR. FRIEDLANDER:**  But I hadn't -- I hadn't

9  did any drugs or alcohol for a while, and -- and

10  then I --

11          **THE HEARING EXAMINER:**  So let me stop you

12  right there, Mr. Friedlander.  Where did they find

13  the drugs at?

14          **MR. FRIEDLANDER:**  They found it in a

15  little slit inside of the fly area of my pants.

16          **THE HEARING EXAMINER:**  So they -- so on

17  your -- in your pants, there was a slit inside of it

18  and they found --

19          **MR. FRIEDLANDER:**  Yeah.

20          **THE HEARING EXAMINER:**  -- the drugs there

21  during a pat search?

22          **MR. FRIEDLANDER:**  Yeah.  I didn't know

23  anything about it.

24          **THE HEARING EXAMINER:**  So you had no idea

25  the drugs were in a little pocket inside your pants?

1          **MR. FRIEDLANDER:**  No, I didn't.

2          **THE HEARING EXAMINER:**  No clue?  So you

3   had your pants and every day, you wear those pants,

4   and I assume you press them like all the other

5   inmates do, and you send them to laundry.  And those

6   are your pants that you keep in your bag that you

7   keep hung on -- on a rack in your cell, and somehow

8   those drugs got in -- in the slit in your pants and

9   you're not sure how they got there?

10          **MR. FRIEDLANDER:**  Yeah.

11          **THE HEARING EXAMINER:**  I know how much

12   Suboxone goes for in prison.  It's very expensive.

13   It'd be very unlikely that somebody would just slide

14   some -- some drugs into your pants just for who

15   knows what.  Why would somebody do that?

16          **MR. FRIEDLANDER:**  I don't know why they

17   would do that, but -- because I told DHO, I said if

18   I'm going up for parole and trying to get my

19   freedom, why would I do this a month before I even

20   -- the hearing was here?  I wouldn't do that.  And I

21   -- because I stopped hanging around them kind of

22   people that were into that.  And they just said

23   that, you know, well, it was in your -- in your

24   possession, on your -- on your -- on -- in your

25   pants and whatever.  But I couldn't -- they wouldn't

1 fingerprint it, and that's the only way I could

2 prove my innocence.

3           **THE HEARING EXAMINER:**  So you were relying

4 on them to -- to fingerprint the --

5           **MR. FRIEDLANDER:**  That's --

6           **THE HEARING EXAMINER:**  -- the evidence?

7           **MR. FRIEDLANDER:**  Yeah, because I --

8           **THE HEARING EXAMINER:**  The Suboxone that

9 was found on your person?

10          **MR. FRIEDLANDER:**  Yeah.  I'm not going to

11 destroy these clothes to -- to hide something that

12 I'm not into.  That's just not me.  I'm -- I'm not

13 into --

14          **THE HEARING EXAMINER:**  Well, I wouldn't

15 say that it's not you because you've got history of

16 it, right?

17          **MR. FRIEDLANDER:**  Yeah.  But I never -- I

18 never -- when I had a history and I tried to do

19 better and then all a sudden, I take classes, you

20 know, to make me a better person.  I wouldn't go

21 against that by all of a sudden hiding some drugs or

22 whatever on me because I'm trying to do better, you

23 know, and not be that kind of person anymore, and

24 they just wouldn't go through with it, so I had to

25 suffer the consequences.

```
 1              THE HEARING EXAMINER:  Did you ever find
 2   out where the drugs came from?
 3              MR. FRIEDLANDER:  No one -- no one said.
 4              THE HEARING EXAMINER:  Nobody said?
 5              MR. FRIEDLANDER:  No one --
 6              THE HEARING EXAMINER:  Nobody said, hey,
 7   those are my drugs that were in your pants?  Nobody
 8   said anything like that?
 9              MR. FRIEDLANDER:  No one said anything.
10              THE HEARING EXAMINER:  Never found --
11   nobody was mad that you got caught with their drugs?
12              MR. FRIEDLANDER:  I didn't hear about
13   anything, but I know I'm not going to destroy
14   government property.
15              THE HEARING EXAMINER:  Okay.
16              MR. FRIEDLANDER:  And some of the clothes
17   I have to wear.
18              THE HEARING EXAMINER:  So I see, you know,
19   you still have this -- the incident report is still
20   reflected on your records.  Did you appeal the
21   incident report?
22              MR. FRIEDLANDER:  A what?
23              THE HEARING EXAMINER:  Did you appeal it?
24              MR. FRIEDLANDER:  I asked DHO that I
25   wanted it investigated, and -- and he just told me,
```

1  you know, the fingerprints are contaminated.  You

2  can't, you know --

3          **THE HEARING EXAMINER:**  All right.  Mr.

4  Friedlander, we -- we discussed your programming

5  that you've taken since your last review.  Where is

6  it -- you had mentioned earlier that you were going

7  to reside somewhere?

8          **MR. FRIEDLANDER:**  Yeah.  It's in this

9  Adult and Teen -- what do you call it?

10          **THE HEARING EXAMINER:**  Well, I don't need

11  the exact address.  Where is it that you would plan

12  on moving?  Is it with a family member?  Is it with

13  --

14          **MR. FRIEDLANDER:**  It's -- it's in -- it's

15  10 miles out -- outside of Spokane in what they call

16  Adult and Teen Challenge Center.

17          **THE HEARING EXAMINER:**  I'm sorry, what was

18  it called?  Adult what?  Adult and Teen?

19          **MR. FRIEDLANDER:**  Yeah, Adult and Teen

20  Challenge Center.

21          **THE HEARING EXAMINER:**  And how'd you get

22  hooked up with this place?

23          **MR. FRIEDLANDER:**  Through my lawyer.

24          **THE HEARING EXAMINER:** And what is it

25  exactly?

```
 1              MR. FRIEDLANDER:  It's a -- it's a place
 2    where it helps me, you know, be a better person and
 3    to help me in all areas and --
 4              THE HEARING EXAMINER:  What is it that
 5    you're reading that from, Mr. Friedlander?  What is
 6    it that you've got there?
 7              MR. MCENTIRE:  An email I sent to him with
 8    a description of the program.
 9              MR. FRIEDLANDER:  Yeah.
10              THE HEARING EXAMINER:  All right.  So is
11    it like transitional housing?
12              MR. FRIEDLANDER:  Yeah.  I believe.
13              THE HEARING EXAMINER:  All right.
14              MR. MCENTIRE:  Would you -- may I provide
15    some --
16              THE HEARING EXAMINER:  Sure.
17              MR. MCENTIRE:  -- additional information?
18              THE HEARING EXAMINER:  Yeah.
19              MR. MCENTIRE:  It's a program that is --
20    it's a licensed chemical dependence treatment
21    facility that's spiritually based.  It's about 10
22    miles outside of Spokane.  It's a minimum of a one-
23    year program, but folks usually end up staying
24    longer than that.  It's 24-hour supervision. They
25    have a paid staff that's onsite.  There's about 30
```

1  adult males -- between 30 and 35 males that live

2  there.  It is intense programming starting at 6

3  a.m., going all the way to 6 p.m.  They give folks

4  jobs.  They have partnerships with local businesses

5  in the community and, essentially, Mr. Friedlander

6  would work and the wages that he would receive would

7  actually go towards paying for his room and board at

8  the facility.

9          **THE HEARING EXAMINER:**  Okay.

10          **MR. MCENTIRE:**  On the weekends, they do

11  community service and volunteer programs for local

12  churches and things along those lines --

13          **THE HEARING EXAMINER:**  Okay.

14          **MR. MCENTIRE:**  -- and coordinate well with

15  probation and do supervision with folks.  And so

16  they do regular drug testing on folks to make sure

17  that everyone is in compliance.  They have

18  psychologists there, counselors, drug counselors

19  there, and it's a pretty -- it's a pretty incredible

20  program.  And so it's intense supervision.  They

21  have vocational training there as well, just besides

22  the jobs, including woodworking and other training

23  to kind of build life skills.  And it's 24/7, but it

24  is -- it's a spiritual-based center because it's

25  something that Mr. Friedlander expressed interest in

1  when he -- after he had gotten sort of spiritually

2  involved several years ago.

3            And it is -- we did an interview with them

4  because it's -- it's not something that is easy to

5  get into, but we've established a relationship with

6  our office over the course of the years, and so

7  several months ago, we had an -- an interview with

8  the program director, Tyson West, and said that Mr.

9  Friedlander would be, kind of -- they do an

10  interview and a Q&A to test genuineness, just

11  because it's -- it's very -- there's church services

12  that are throughout the day --

13            **THE HEARING EXAMINER:**  Okay.

14            **MR. MCENTIRE:**  -- and especially on

15  Sundays.  And so it's something that they don't

16  admit anybody that wants to go into the program just

17  because of how rigorous it is.  They kind of do a

18  screening to make sure that this is something that

19  you're committed to.

20            **THE HEARING EXAMINER:**  Sure.  Okay.

21            **MR. MCENTIRE:**  Yeah.

22            **THE HEARING EXAMINER:**  All right.  And

23  where is it that you're working right now, Mr.

24  Friedlander?  Do you have a job?

25            **MR. FRIEDLANDER:**  Yeah, I have a job in

1  rec orderly department.

2        THE HEARING EXAMINER:  What -- you're

3  working as a rec orderly?

4        MR. FRIEDLANDER:  Yeah, landscaping.

5        THE HEARING EXAMINER:  In what?

6        MR. FRIEDLANDER:  It's landscaping.  I do

7  --

8        THE HEARING EXAMINER:  Oh, so you're doing

9  the landscaping --

10        MR. FRIEDLANDER:  Yeah.

11        THE HEARING EXAMINER:  -- and work in

12  Recreation Department?  Okay.  All right.  So

13  according to your progress report here, it says that

14  -- that you received a satisfactory work evaluation.

15  Is that right?

16        MR. FRIEDLANDER:  Yes.

17        THE HEARING EXAMINER:  What grade are you?

18        MR. FRIEDLANDER:  I believe a three.

19        THE HEARING EXAMINER:  How long you worked

20  there?

21        MR. FRIEDLANDER:  It's been over a couple

22  years now.

23        THE HEARING EXAMINER:  How much money do

24  you have saved in your accounts there?

25        MR. FRIEDLANDER:  $8,134.

```
 1            THE HEARING EXAMINER:  Looks like you had

 2   COVID a little more than a year ago?  You recovered

 3   from COVID?

 4            MR. FRIEDLANDER:  Yeah.

 5            THE HEARING EXAMINER:  All good to go?

 6            MR. FRIEDLANDER:  Yes.

 7            THE HEARING EXAMINER:  It looks -- also

 8   here, that you were in the Challenge Program, but

 9   you didn't finish it.  How -- why not?

10            MR. FRIEDLANDER:  Well, a lot of times,

11   there's been COVID and -- and transfers, and so

12   we're just kind of getting back on -- on a schedule

13   with normal operations here where I can get back in

14   the classes.

15            THE HEARING EXAMINER:  Okay.  Yeah.

16   That's pretty common right now within all the

17   facilities.  All right.  So it looks like your case

18   manager, whom I'm assuming is the person who wrote

19   this -- the progress report, had some -- some pretty

20   positive things to say about you and how you conduct

21   yourself in the population, and not only with the

22   staff, but with other inmates.

23            So Mr. Friedlander, what I'm going to do

24   at this time is I'm going to give Mr. McEntire an

25   opportunity to speak on your behalf and then when
```

1  I'm done, I'm going to circle back around to you.

2  I'm going to give you an opportunity to -- to make

3  any final comments, okay?

4          **MR. FRIEDLANDER:**  All right.

5          **THE HEARING EXAMINER:**  All right.  Mr.

6  McEntire?

7          **MR. MCENTIRE:**  Thank you.  I appreciate

8  it.  I'll touch on a few points that I included in

9  the handout over there, which is I think Mr.

10 Friedlander has had an extremely rough and tragic

11 upbringing where he was in a car accident at the age

12 of three that left him comatose for several months,

13 and it's unclear if whether or not some of the

14 developmental disabilities that he has were

15 attributed to the car accident or, you know, pre-

16 existed before that accident.

17          But after that, it killed his mom as well

18 as some other family members, and that's when he

19 ended up going into foster care from, essentially,

20 the age of three-and-change through eight, where he

21 was subject to quite a bit of sexual and physical

22 abuse during that time period.  And then it was

23 right around at age eight where he transitioned into

24 living with Gloria and Clarence White.

25          **THE HEARING EXAMINER:**  And I'm sorry, did

1  what?

2          **MR. MCENTIRE:**  And transitioned over to

3  being adopted by Gloria and Clarence White.

4          **THE HEARING EXAMINER:**  Okay.

5          **MR. MCENTIRE:** And he was with the Whites,

6  as well as his blood sister, Carolyn White

7  (phonetic), who now goes by the name Carolyn Lozier,

8  L-o-z-i-e-r, and together, they were there.  And it

9  was a difficult transition for him.  He -- the

10  adoption put him on a different reservation.  He was

11  going off of the Colville Reservation and then moved

12  over, essentially, to the Spokane Indian

13  Reservation.  And so in that transition, was deemed

14  an outsider not only due to his developmental

15  disability, but just also not being from there, not

16  being part of that culture, and there was just a lot

17  of additional bullying and abuse that happened

18  during the course of the next few years.  And I

19  think it bled into how he conducted himself, and

20  there was the start of drug use, both start of

21  alcohol use, and the -- what unfolded when he was 16

22  was essentially, he was at a party in the Muskegon

23  (phonetic) area, which is in Central Washington,

24  when he received mistaken information that his sole

25  surviving sister was in a car accident and the

1  Whites were to blame, and it sort of -- while drunk,

2  dealing with some pressure from some other friends

3  at the time, including Guy Herman, is essentially

4  when they went over to the Whites' residence, and

5  initially, Mr. Herman had the gun, handed it over to

6  Mr. Friedlander, who ended up shooting Gloria White

7  and killing her, and then shooting Clarence White as

8  well, who lived.

9          And I think what was interesting is at the

10 time, Guy Herman was, as well as Wendy Herman, who

11 were two other individuals sort of involved here,

12 Guy much more culpable than Wendy Herman, they went

13 through the juvenile adjudication system in the

14 State of Washington and Mr. Herman, Guy Herman, was

15 released about 28 years ago.  And Mr. Friedlander

16 was tried as an adult in federal court and one of

17 the alarming things that happened is the basis and

18 underlying reason for the adult prosecution is he

19 had a -- he was evaluated by a couple of

20 psychologists at the time back in 1986, who had

21 essentially, reviewed some of the records, met with

22 him for a little bit under an hour, and then

23 concluded that he demonstrated no remorse or any

24 other, you know -- that he demonstrated no remorse.

25          And that decision impacted Judge

1 Quackenbush, who was making the determination

2 initially as to whether or not to try him as an

3 adult or refer him back to the juvenile system.

4 Ultimately, that persuaded him that trying him as an

5 adult was appropriate because, otherwise, if he went

6 through the juvenile system, he would have been

7 released right around the age of 21, which Judge

8 Quackenbush said was too short of a time in order

9 for the gravity of this offense, but then he

10 indicated that he, you know, believed that Mr.

11 Friedlander, it was appropriate for him to be

12 paroled at the appropriate time.

13          And so that happened, and then when he

14 arrived in the BOP, and if you do get an opportunity

15 to take a look at the substantive materials that I

16 had sent to Garth Ambersley, I think, is his last

17 name --

18          **THE HEARING EXAMINER:**  Uh-huh.

19          **MR. MCENTIRE:**  -- it included a

20 disciplinary chart because I definitely think that

21 one of the sticking parts for -- during previous

22 parole hearings is the number of violations that he

23 -- that he's had.  Those violations largely occurred

24 right around 1998.  There was a -- a huge stretch of

25 them from 1998 coming up to around 2009.

1      **THE HEARING EXAMINER:**  Uh-huh.

2      **MR. MCENTIRE:**  And a lot of those were

3  substance abuse related.  There was a couple of --

4  of the violent -- violent incidents that you

5  referenced before, but since then, after that 2009,

6  2010 window, it was largely quiet, right up until

7  the 2000 -- there was a 2014 drug possession where

8  he had an -- an infraction there, and then the 2020

9  incident that you were referencing earlier.

10     **THE HEARING EXAMINER:**  Uh-huh.

11     **MR. MCENTIRE:**  And to put the 2020

12  incident in context, I think one thing that -- that

13  stood out in reviewing his disciplinary history is

14  that he's always been quite candid in owning up when

15  he has been -- he -- he owns up to his violation.

16  So when confronted about the violations, he's always

17  said yes, that was me, you know, I was responsible,

18  I was drinking alcohol and I did X, Y, and Z.  And

19  so I think it puts this, the 2020 incident, I think

20  just on a little bit more of a contrast because this

21  is the first time where he was saying no, this

22  wasn't me.  I've since gotten involved, again, after

23  that 2014 violation, with spirituality, as well as

24  completing that Alternative to Violence program and

25  becoming a -- a program facilitator.  And -- and so

1  what you see is, essentially, an incredible taper

2  off of the violation history.

3         And so essentially since 2009, there's

4  been two violations; the one that has occurred in

5  2014 and then the one that occurred in 2020.  Both

6  were substance abuse.  One he freely admitted to,

7  again, before he started doing a lot of this

8  programming, and then the 2020 one.

9         And I think the other thing that's

10  interesting about that is what really happened

11  during that window of why there was a massive taper

12  off is he participated in some psychological

13  evaluations and got diagnosed with major depressive

14  disorder, as well as some substance abuse issues.

15  And so then he started receiving counseling through

16  the DOP, and I think that that was a really -- in my

17  conversations with Mr. Friedlander, was an

18  incredibly rewarding opportunity for him to get a

19  deeper insight into why he was acting out the way he

20  was.  And in many ways, it's kind of understandable

21  as arriving as a 17 year old at a Bureau of Prisons

22  with a life sentence.  And so you can -- the history

23  sort of plays out in terms of things tapered off

24  once those programming -- once his diagnosis landed

25  and he started receiving counseling and treatment

1   for it.

2           I think the other thing that stands out

3   sort of throughout this process is as referenced in

4   his -- as dated back as his PSIR, back from 1986 or

5   '07, is Clarence White forgave him and wanted him to

6   -- wanted to see him again, wanted to get back

7   together with him, have John --

8           **THE HEARING EXAMINER:**  I'm sorry, who?

9           **MR. MCENTIRE:**  Clarence White.

10          **THE HEARING EXAMINER:**  Okay.

11          **MR. MCENTIRE:**  The -- who was shot.

12          **THE HEARING EXAMINER:**  Uh-huh.

13          **MR. MCENTIRE:**  Forgave him and wanted him

14  to come back and get involved in his life again.

15  And so that was confirmed not only from the

16  statements that he made to the probation officer at

17  the time of his presentence interview, but also, we

18  had an opportunity to interview Ms. White.  And

19  again, in the materials I have provided Garth, there

20  is a declaration from her describing that she spoke

21  -- she maintained a relationship with Clarence White

22  during that time, up until he passed in 2000, and he

23  had forgiven him, and there was, sort of, the

24  reciprocal.  Both of them. John forgave -- you know,

25  John expressed his sort of apologies for how he

1  acted when he was with them during his time, because

2  he was not a good kid.  He was just not a good kid.

3         And that it took a lot of growing up hard.

4  In prison life is how he spent his late part of his

5  teens and into his 20s, and so he was hanging out

6  with the wrong people, using substance while he was

7  in the facilities, and just not learning during that

8  time period.  And then I just think there is a --

9  the taper off shows when programming, remorse, and,

10  frankly, reflection and introspection started to

11  stick.

12         And so I think what we were looking to

13  provide him with is -- I started working with Mr.

14  Friedlander back in October of 2020.  He actually

15  was -- contacted our office based upon original

16  compassionate release, COVID-related grounds, and

17  then essentially after some research, we learned

18  that compassionate release was not available to

19  someone who fell into the old law system, which is

20  actually quite intriguing because I would classify

21  his case as a little bit unique to me in the sense

22  that it's a wobbler where his offense occurred in

23  1986 before the guidelines went into effect in the

24  Sentencing Reform Act.  But he was actually

25  sentenced afterwards, after the guideline system had

1  -- had gone into place, which I think is sort of an

2  odd position where he's literally -- has one foot in

3  both systems, old law and new law.

4            And so what we were trying to do is just

5  sort of like unpacking all this, is we hired a

6  psychologist to have him evaluated because we were

7  looking at his records and we saw those previous

8  psychological reports from decades ago.  So we hired

9  a woman who works -- she's one of the program

10  directors at the UCLA School of Psychology, Dr. Kele

11  Kirschenbaum, who came in and did a super thorough

12  evaluation of John, and not only found just some

13  pretty mature statements regarding what he's learned

14  as of late, but also, she conducted a dangerousness

15  determination and found that not only is he super

16  amenable to treatment and ongoing improvement, but

17  viewed him as -- as quite a low risk of -- of

18  recidivism, just in terms of where he is in his head

19  space.

20            And I think that there's a certain --

21  there was a fear I had on -- because originally,

22  when we were exploring release options is his sister

23  was -- is super supportive of him and was -- said

24  I'm happy to provide a -- you know, a release

25  address, but that's a -- that's a really intense

1  transition to go from 35, 36 years in prison, to

2  living with your sister that you've only had

3  periodic contact with.  And I felt like we needed

4  something with a little bit more structure and a

5  little bit more stable with a little bit more

6  monitoring because I think that that's what not only

7  would help John, but I think also would dissuade

8  concerns from the Parole Commission, that he's in a

9  place where he's receiving 24-hour supervision and

10 life skills training in the best of ways, in the

11 sense that there -- he'd work about 30 hours a week

12 at the -- at the various jobs that they have through

13 local area businesses.  So you -- you start to ease

14 into structure again, and then certainly, he's had

15 structure here, but structure on the outside and

16 getting up at 6 a.m., going to spiritual classes,

17 being involved in -- with a group of folks, folks

18 that don't last in that program if they're not

19 committed to it.  They just-- it's too intense.  And

20 --

21        **THE HEARING EXAMINER:**  And they do what?

22 They just go out?

23        **MR. MCENTIRE:**  Yeah.  And so, essentially,

24 if they -- they would end up leaving the program and

25 -- and choosing to go away, and then usually what

1  we've had is that would be reported to the Parole

2  Commission or the probation officer if it's

3  something where they decided that, you know, they

4  were going to be walking away and deciding not to be

5  involved in the program anymore.

6          And so it -- the folks that walk away and

7  have had one or two that I've had that have done

8  that, they've walked away because they weren't --

9  they wanted the program as an alternative to

10 incarceration, and they weren't actually committed

11 to the underpinnings of it, and definitely didn't

12 have the spiritual centeredness because that's going

13 to be a dealbreaker for a lot of folks, given how

14 heavy that is on all of their day-in-and-day-out

15 activities.  And I think that that's where it aligns

16 really well with Mr. Friedlander, just because he

17 started getting deeply in touch with spirituality

18 right around 2016, and again, I think that helps

19 send a good sign in terms of where his violation

20 history was -- you know, had rampantly tapered off

21 to point of non-existence at that point.  And this

22 program seemed like a very good fit and Clayton

23 Clemmons, the individual that interviewed him, came

24 to that conclusion as well.  And so they have a

25 licensed chemical dependency counselor there just

1   because it's -- you know, you reference 15 -- I've

2   counted 16 total is what the -- the total number of

3   drug-related violations were.

4           **THE HEARING EXAMINER:**  Uh-huh.

5           **MR. MCENTIRE:**  And so they have a licensed

6   chemical dependency counselor there to engage in

7   weekly classes with folks to make sure that folks

8   that are in remission, stay in remission.  And so --

9   and the great thing about the program is it's not

10  capped, meaning 12 months is the minimum, but you

11  can stay for, essentially, an additional six months

12  and serve as more of, like, a mentor type role which

13  is similar to some of the things that he's done here

14  after he completed the Alternative to Violence

15  program and became a program facilitator.  He's --

16  he would be able to do sort of the same thing.  Live

17  there and have that table housing, until there's a

18  place where he's in a good spot, feels though he's

19  transitioned well enough to move beyond that.

20          And so I think it's -- given how long he

21  has been in prison, there needed to be a soft

22  landing, and I think that this is a -- a program

23  that has done -- the probation office in my District

24  absolutely loves the program, just because they

25  would never be able to -- no amount of community

1  supervision can offer the kind of supervision where

2  you have onsite staff, 24/7, checking in with folks,

3  all the time.  And so it's that kind of constant

4  positive supervision, as well as surrounding

5  yourself just felt like a really good fit for Mr.

6  Friedlander, and essentially, has an open bed ready

7  and waiting for him.

8         I think that those are the main things,

9  you know, just as I was looking at what the -- the

10 criteria that you're looking at to try to, you know,

11 to weigh in terms of what's changed since last time.

12 You know, what's changed since last time is, again

13 these additional psychology classes that he has been

14 involved in.  You know, they have, you know, Don't

15 Sweat the Small Stuff, Houses of Healing, You Can

16 Feel Good Again.  So additional psychological

17 programming, two additional years of disciplinary

18 history and -- I don't know if -- is one Counselor

19 Garcia?

20         **MR. FRIEDLANDER:**  Yes.

21         **MR. MCENTIRE:**  Okay.  I've spoken with

22 Counselor Garcia a few times on the phone and, you

23 know, one of the things that he reflected to me is

24 there is always the ability to get access to drugs

25 or alcohol, even inside a -- inside a facility, and

1  Mr. Friedlander is an individual that he has not had

2  a problem with.

3          And I think one of the things that

4  particularly stands out in terms of his commitment

5  to not only non-violence, but also staying away from

6  bad people is he requested, on his own, to go into

7  solitary or the special housing unit, not for

8  disciplinary history infractions on his part,

9  because -- but he was feeling threatened and

10  pressured from other individuals and wanted to get

11  away from them.  And so the fact that he is

12  literally willing to subject himself to the shoe to

13  distance himself from the folks that were negative

14  influences, I think is -- he was also in -- he was

15  also attacked, I think it was in 2019, and didn't

16  fight back.

17          **THE HEARING EXAMINER:**  Where was that at?

18          **MR. FRIEDLANDER:**  That was in the K Unit.

19          **THE HEARING EXAMINER:**  At this

20  institution?

21          **MR. FRIEDLANDER:**  Yeah.

22          **THE HEARING EXAMINER:**  So you -- according

23  to you, requested protective custody --

24          **MR. FRIEDLANDER:**  Yeah.

25          **THE HEARING EXAMINER:** -- and they did a

1  threat assessment on you.  Did they transfer you or

2  did they transfer somebody else and take you back

3  down or what was the deal?

4       **MR. FRIEDLANDER:**  Well, they -- they had

5  put me in a protective custody and then when they

6  requested that I go back to the compound, you know.

7       **THE HEARING EXAMINER:**  Did you ever refuse

8  to go back out to GP?

9       **MR. FRIEDLANDER:**  No.  I went back out to

10  the compound because there was another native that

11  -- that SIS, a lieutenant had -- had told that guy

12  he wanted that guy and me to go out there to the

13  compound, you know, because he asked us if there was

14  anything -- any reason for them to do that to me and

15  he said no, he don't have no problem, you know, old

16  debts or he don't -- you know.

17       **THE HEARING EXAMINER:**  So why did you feel

18  threatened?

19       **MR. FRIEDLANDER:**  Because of that -- that

20  night, when -- when I -- the next morning, I -- I

21  told him I can't be here no more because I got beat

22  up and I lost some of my vision from my own cellie

23  at that time.  And so --

24       **THE HEARING EXAMINER:**  When was that?

25       **MR. FRIEDLANDER:**  When was it?

1        **THE HEARING EXAMINER:**  Yeah.

2        **MR. FRIEDLANDER:**  That was around 2019, I

3   think.

4        **THE HEARING EXAMINER:**  Okay.  So you got

5   beat up and then you went to seg?

6        **MR. FRIEDLANDER:**  Yeah.

7        **THE HEARING EXAMINER:**  How -- which sound

8   like it was a while after that that you went to seg,

9   right?

10        **MR. FRIEDLANDER:**  Yeah.

11        **THE HEARING EXAMINER:**  You're still not

12   explaining to me why was it that you felt

13   threatened?

14        **MR. FRIEDLANDER:**  I felt threatened

15   because he told me that if I -- I -- I remained his

16   cellie this was going to happen every week.  He

17   would have ended up beating me up.

18        **THE HEARING EXAMINER:**  And this was

19   another Native American?

20        **MR. FRIEDLANDER:**  Yeah, it was another

21   Native American who was my cellie at that time.

22        **THE HEARING EXAMINER:**  Okay.

23        **MR. FRIEDLANDER:**  And --

24        **THE HEARING EXAMINER:**  And then, so the

25   staff did a threat assessment, and the guy said no,

1  you're good to go, so you came back and everything

2  was fine?

3         **MR. FRIEDLANDER:**  Yeah.  I -- I came back

4  out because I didn't want to be a -- serve the

5  incident report because, you know --

6         **THE HEARING EXAMINER:**  So was everything

7  fine?

8         **MR. FRIEDLANDER:**  No, it wasn't.  So I

9  moved in with another Native and I told the other

10  Natives what happened and they -- they -- they got

11  involved and they ensured that I didn't move -- go

12  back to that cell and -- and that that person, they

13  -- wasn't allowed to come around me.

14         **THE HEARING EXAMINER:**  Okay.  All right.

15         **MR. MCENTIRE:**  I think it just -- he could

16  have handled that a bunch of different ways, and he

17  handled it by removing himself from the situation,

18  which I think is just a good sign of insight and

19  maturity that he just wants to stay away from folks

20  like that, dangerous like that.

21         **THE HEARING EXAMINER:**  For self-

22  preservation.

23         **MR. MCENTIRE:**  For self-preservation.

24         **THE HEARING EXAMINER:**  Was the guy bigger

25  than you?

1          **MR. FRIEDLANDER:**  Yeah.

2          **THE HEARING EXAMINER:**  Okay.

3          **MR. MCENTIRE:**  But rather than fighting

4   back or taking a variety of other courses of action,

5   he just chose to walk away and deal with it in a

6   more mature way.

7          **THE HEARING EXAMINER:**  Okay.

8          **MR. MCENTIRE:**  It's a small thing.  Not to

9   John in terms of the fact that he was assaulted, but

10  it's -- I think it speaks as to where his head space

11  is, that he is -- the disciplinary issues relating

12  to violence, or 12, 13 years ago was the last time

13  he had an infraction for violence, and it's -- it's

14  something that has long since left him.  And so I

15  just think it's sort of an anecdotal example that it

16  just drives home where his head space is of just

17  wanting to start life over on the outside, which he

18  never really -- you know, never really started just

19  because, again, this was at 16.

20         **THE HEARING EXAMINER:**  Uh-huh.

21         **MR. MCENTIRE:**  Yeah.

22         **THE HEARING EXAMINER:**  Okay.  So Mr.

23  Friedlander, just to -- because I just want to make

24  sure that I've got this right here with the -- the

25  way that -- the way that the offense happened.  Did

1  the offense happen the way that Mr. McEntire said it

2  happened?

3          **MR. FRIEDLANDER:**  Yes, it did.

4          **THE HEARING EXAMINER:**  So you didn't --

5  you didn't walk into the house beforehand and take

6  the guns and a knife and then go to a party and then

7  come back?

8          **MR. FRIEDLANDER:**  I -- I -- I -- I went to

9  their house and the guy, Herman, wanted a -- wanted

10 to go over there and to take care of the Whites

11 because that's what he intended when he heard the

12 rest of the people at the party saying that those

13 people, the -- the -- the Whites, that had -- family

14 of the Whites, they had taken -- and they -- they

15 killed your sister, or something like that, and they

16 -- they were saying that at the party and -- and

17 then I just let it go, you know?  And then --

18         **THE HEARING EXAMINER:**  Were you close with

19 your sister at the time?

20         **MR. FRIEDLANDER:**  Yeah, I was close to my

21 sister and -- and I knew better, you know, that that

22 really isn't what that family is about.  They're --

23 they will never do stuff like that.  They were

24 always protecting us children, me and my older

25 sister, and their own daughter.  And -- because when

1  -- a couple years before that happened, my adoptive

2  father, Clarence White, he seen that I got ganged up

3  on by a couple of young Natives, and he brought me

4  -- he picked me up at the -- the sheriff's office

5  because that's where I had went and asked them to

6  call my family, and then he came there and he took

7  me to the hospital out in Spokane where I -- because

8  I got my nose broke and popped out by the -- by them

9  other kids and he was there for me.  So I knew that

10 he cared only for us because when I went to that

11 reservation, I didn't -- I didn't have any intention

12 on doing any harm to my adoptive parents.  I just

13 wanted to see my older sister and -- and then I --

14 that's -- that's --

15        **THE HEARING EXAMINER:**  Where was your

16 sister at?

17        **MR. FRIEDLANDER:** I guess she was in the

18 house sleeping, and I didn't -- I didn't know if she

19 was there because I just went to --

20        **THE HEARING EXAMINER:**  So your first

21 reaction, even though you said that you knew that --

22 what they were talking about at this party was the

23 Whites killed your sister and you said to yourself,

24 you know, that's not something that they would ever

25 do.  So wouldn't your first reaction be to go in the

1  house and look for your sister to see if she's okay?

2           **MR. FRIEDLANDER:**  Well, I was -- I was

3  trying to stay away from the -- the people who were

4  doing that to me, who were saying that, and being

5  drunk and high and then being pressured into it, as

6  I was feeling, like I and John Suttall (phonetic), I

7  just -- I -- I -- I couldn't fight against the

8  feeling of alcohol and -- and the marijuana, which

9  had taken over, but I tried to stay away from it and

10 then feeling that I was pressured into something.  I

11 didn't feel anyone there that -- that was trying to

12 protect me --

13          **THE HEARING EXAMINER:**  Uh-huh.

14          **MR. FRIEDLANDER:**  -- because I was a

15 little kid and no one stood up for me.  And next

16 thing I know, I go to the house and Guy Herman grabs

17 a gun and then when -- when we went back to the

18 party, then my friend, Julius Wildcat (phonetic), he

19 hid the guns and then Guy Herman came back and said,

20 wow, I found the guns, and then he said that he

21 wanted to go back over there and he wanted me to

22 show him how to get there or whatever.

23          So when I went over there, we were inside

24 the house and then he -- he -- he wanted to do it,

25 and then he -- he throws the gun in my hand and --

1  and -- and said -- he told me to kill them.  But

2  there was a knife involved, which that -- that part

3  of the story was never mentioned in -- in -- in

4  court.  Because they said there was a knife

5  involved, but, you know.

6          **THE HEARING EXAMINER:**  So you're saying

7  there wasn't a knife involved?

8          **MR. FRIEDLANDER:**  Yeah, there was no knife

9  involved, but --

10          **THE HEARING EXAMINER:**  How was that

11  involved?

12          **MR. FRIEDLANDER:**  Well, that -- he picked

13  that up in -- in -- in the kitchen or wherever, I

14  don't know, but --

15          **THE HEARING EXAMINER:** And somebody got

16  stabbed?

17          **MR. FRIEDLANDER:** No, no one got stabbed,

18  but being -- being pressured into that situation, by

19  John Suital and him, because John Suital and Guy,

20  they were both there.  But John Suital took off, and

21  then my girlfriend, she was hiding in the car

22  outside the -- the, like, house, and then we went in

23  and then that's when Guy Herman, you know, said he

24  -- he couldn't do it, that I had to do it.

25          **THE HEARING EXAMINER:**  So you did it?

1          **MR. FRIEDLANDER:** I just closed my eyes

2   and just figured I was just going to squeeze and

3   miss or whatever, you know. Because I didn't want

4   to do it, you know, but being -- being scared of my

5   adoptive father, at the same time, being scared of

6   Guy Herman and then, you know. It seemed like, to

7   me, that they were, you know, pushing me into it and

8   then I just didn't seem like I had any way out of

9   it. And then being under the influence, it wasn't

10  helping me any out of that situation.

11         **THE HEARING EXAMINER:** Okay. All right.

12  Just -- Mr. Friedlander, just so I -- so basically

13  what we have is you said the Whites were very good

14  to you?

15         **MR. FRIEDLANDER:** Yes, they were.

16         **THE HEARING EXAMINER:** Showed up to help

17  you when you were in the hospital through the whole

18  thing. Said you were -- now you said you're afraid

19  of them. You said that you felt pressured into

20  shooting the people from friends that you were

21  hanging out with, and all the while, you said that

22  it -- the drugs and alcohol contributed to you

23  committing that act. Is that right?

24         **MR. FRIEDLANDER:** Yeah.

25         **THE HEARING EXAMINER:** Okay. All right.

1 Mr. Friedlander, is there any other final comments

2 that you'd like to make?

3          **MR. FRIEDLANDER:**  Yeah.  I'd like to let

4 you know that being -- being under the influence and

5 -- and being through some things that I might have

6 thought were child abuse, you know, and -- and some

7 of the incidents, you know, that I had been in in a

8 family, you know, when I say that I -- I was scared

9 and -- and -- of -- and in a situation that I had no

10 way out in, you know, that's because of some of the

11 incidents as a child that I went through with my

12 adoptive parents.  But, you know, but mainly my

13 father, Clarence White, you know, and some of the

14 incidents, you know, that I've shared with the court

15 about the child abuse, you know.

16          **THE HEARING EXAMINER:**  What kind of child

17 abuse?

18          **MR. FRIEDLANDER:**  Well, one day, whenever

19 --

20          **THE HEARING EXAMINER:**  Physically abuse

21 you or sexually abuse you?

22          **MR. FRIEDLANDER:**  Physically, and I asked

23 him for permission to go and ride with my friend on

24 the bike and then to go -- we'd use the bikes to get

25 to where we had to go to get the horses to ride

1  them.  And so when he came and picked me up, he came

2  behind me in his truck where me and my friend were

3  riding horses.  Then he -- he -- he stopped the

4  truck.  He stopped, he came over and threw me off

5  the horse, and -- and then he -- then he started

6  kicking me.  Then he said to get in the truck.

7         And so he asked me where the bikes were

8  and then we went to go pick up the bikes and then

9  when Jimmy -- we picked up him and the bikes.  Then

10  I was sitting in the middle, between him and Jimmy

11  in the truck, and then he hit me in -- in the

12  stomach because he asked me, he said -- he said so

13  why do you think you -- I gave you permission to

14  ride the horses?  And I said because you gave me --

15  you know, you said this, and then he hit me.

16         **THE HEARING EXAMINER:**  And how old were

17  you at this time?

18         **MR. FRIEDLANDER:**  I was maybe like 13.

19         **THE HEARING EXAMINER:**  Uh-huh.  So was

20  that a common thing that he would -- that he would

21  do stuff like that to you?

22         **MR. FRIEDLANDER:**  Yeah.  Because I felt

23  when I was intoxicated and all that at that time and

24  being pressured by Guy Herman and John Suital, I

25  felt that, you know -- I remembered what he did to

1  me and then being pressured over here by Guy Herman,

2  you know, I was wondering when -- during this crime,

3  you know, how he would -- because I talked to him,

4  Clarence White, before the crime even happened

5  because child welfare, they had me communicate with

6  him on the telephone, which I did, and he -- he was

7  trying to -- trying to, you know, have that

8  communication with me, and then -- because I know

9  they're good people and they -- and -- but at the

10  crime and being intoxicated and -- and thinking

11  about some things as a kid that I was, you know, at

12  that time, I didn't know right from wrong.

13        I made bad choices and, you know, I accept

14  full responsibility for everything I had done, and I

15  wish I would have listened to Clarence White and

16  Gloria White, my adoptive parents, because what I --

17  what I have done wrong, you know, I wish I never --

18  I wish I would have been that child in -- that could

19  have learned more from them.  And -- because I have

20  became the mature person that I am through the help

21  of what they were teaching me, and for me applying

22  the alternative violence program to my life and

23  being spiritual at the same time and respecting and

24  caring for others, and being honest with others.

25  And I -- I just -- I just wish that I could still

1  have them in my life, you know, because there's a

2  lot of questions that, you know, I would have liked

3  to ask them as I was growing up and I feel sorry for

4  everything I have done.

5          And I apologize, just like to him and --

6  and to the rest of his family.  To him and for

7  everyone that I hurt, you know, and I'm willing to

8  make that positive change and be a -- surround

9  myself around positive people and do the right

10 things and know right from wrong, and think before

11 reacting in whatever I'm doing or, you know, or may

12 come in my direction, you know.  I'm a humble man

13 and I'm understanding.  I -- I respect everybody and

14 all -- all life and all mankind, and I have empathy

15 for them, for everybody.  And I'm a responsible and

16 caring person though.

17         And I'd like to thank my lawyer for being

18 here and for you being here for listening to my case

19 and my counselor, you know.

20         But I'm a mature person now, and I had

21 hard times.  I try to do good and that's -- if I'm

22 released, I -- I will go to that program my lawyer

23 has set up for me because I'm into being a better

24 person in -- in -- in every way that is possible.

25 For this program that is being offered to me and I

1  -- I want to be able to be a part of that and be a

2  mentor one day of this -- in this program that, you

3  know, is -- teach people, you know, that there's a

4  right way in life, you know, and not -- not to be,

5  you know, have a weakness for drugs and alcohol and

6  violence because, you know, that isn't -- that isn't

7  what a true human being is about.

8         **THE HEARING EXAMINER:**  Okay.  All right.

9  So Mr. Friedlander, what I had said earlier, I just

10 reiterate that, you know, what we're looking at to

11 see if there's been a significant change in your

12 status since the last hearing to warrant changing

13 the Commission's decision to continue to expiration

14 while still relying on the risk factors of, you

15 know, is -- is there a probability that you would

16 commit another federal, state, or local crime, and

17 also the other criteria of whether you have

18 seriously -- seriously or frequently violated the

19 rules of the institution.

20         So that's what I'm going to be thinking

21 about while I deliberate.  I'm going to ask you and

22 the staff to step out while I do that, and when I

23 call you back in, I'm going to give what my

24 recommendation to the Commissioner is going to be,

25 okay?

1          **MR. FRIEDLANDER:**  All right.

2          **THE HEARING EXAMINER:**  All right, we're

3 off the record.

4          **(WHEREUPON, a recess was taken.)**

5          **THE HEARING EXAMINER:**  All right.  Mr.

6 Friedlander, we're back on the record.  Mr.

7 Friedlander, you have a significant disciplinary

8 history, which includes violence in one instance

9 where you stabbed another inmate, fighting, and

10 numerous incident reports that are drug and alcohol

11 related.  You stated during the hearing that the use

12 of drug and alcohol contributed to the offense for

13 which you are committed right now.  And during your

14 term of incarceration, you completed the non-

15 residential drug -- drug abuse program, which I

16 think is 500 hours.  You completed the Alternatives

17 to Violence program, but then you turned around and

18 got an incident report as recently as 2020 for

19 possessing drug Suboxone.  You gave an excuse for

20 that offense, which I don't believe.  I've -- and

21 basically in essence then, I guess, you couldn't

22 accept responsibility for that incident report.

23          In all, since your last hearing, I don't

24 think there's been any significant changes in your

25 status to warrant change in the Commission's

1 previous decision.  I think those reasons still

2 apply.  You know, you -- you've - - you've completed

3 -- you've seriously and frequently violated the

4 rules of the institution, and I think that that

5 creates a reasonable probability that if you were

6 released, that you would commit another crime.

7 Okay?

8          I'm not saying, Mr. Friedlander, that at

9 some point in the future that you might not be

10 paroled, but I think that at this time, the

11 Commission needs more time to see that you're a

12 changed person.  Just had this incident report two

13 years ago.  I think that there's still a risk out

14 there that you could do something because what you

15 did while you were under the influence was -- was

16 extremely brutal, and, you know, just a terrible

17 act, and I'm not willing to put the public at that

18 -- into, you know, that kind of risk at this time.

19          So I'm going to recommend that parole be

20 denied and scheduled for a statutory interim hearing

21 in June of 2024.  And Mr. Friedlander, as you know,

22 this is a recommendation.  The Commission has to

23 make the final decision, and you'll get that

24 decision within 21 days of this hearing you'll get a

25 notice of action.  Okay?

1           All right.  That concludes my hearing.

2   Thank you.  Good luck to you, Mr. Friedlander.

3           **MR. FRIEDLANDER:**  All right.

4           **(WHEREUPON, the proceedings were**

5   **concluded.)**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          CERTIFICATE

 2

 3        I, Carolyn Daigle do hereby certify that the
      proceeding named herein was professionally transcribed on
 4    the date set forth in the certificate herein; that I
 5    transcribed all testimony adduced and other oral
      proceedings had in the foregoing matter; and that the
 6    foregoing transcript pages constitute a full, true, and
 7    correct record of such testimony adduced and oral
 8    proceeding had and of the whole thereof.

 9

10        IN WITNESS HEREOF, I have hereunto set my hand this
      15th day of February, 2023.
11

12

13

14

15    _____
16
                       Carolyn Daigle
17

18

19

20

21

22

23

24

25
```

**$**

**$8,134** 23:25

**0**

**05167-085**
  3:21

**07** 31:5

**1**

**10** 19:15
  20:21

**12** 3:24 36:10
  42:12

**13** 42:12
  49:18

**15** 14:4 36:1

**16** 12:22
  26:21
  36:2 42:19

**17** 30:21

**18** 7:6

**1986** 27:20
  31:4 32:23

**1998** 28:24
  28:25

**2**

**2000** 29:7
  31:22

**2009** 28:25
  29:5 30:3

**2010** 29:6

**2013** 7:1

**2014** 7:2
  14:12
  29:7
  29:23 30:5

**2016** 35:18

**2018** 7:5
  14:16

**2019** 38:15
  40:2

**2020** 8:16
  29:8
  29:11 29:19
  30:5 30:8
  32:14 53:18

**2022** 3:3 3:12
  3:24

**2024** 54:21

**20s** 32:5

**21** 28:7 54:24

**22nd** 8:16

**24/7** 21:23
  37:2

**24-hour** 20:24
  34:9

**28** 27:15

**3**

**30** 20:25 21:1
  34:11

**35** 9:20
  21:1 34:1

**36** 34:1

**5**

**500** 53:16

**6**

**6** 21:2 21:3
  34:16

**8**

**8** 3:3

**8th** 3:12

**9**

**9/1/70** 3:21

**A**

**a.m** 21:3
  34:16

**ability** 37:24

**able** 8:5
  10:21 36:16
  36:25 52:1

**absolutely**
  36:24

**abuse** 14:11
  25:22 26:17
  29:3 30:6
  30:14
  48:6
  48:15 48:17
  48:20 48:21
  53:15

**accept** 5:9
  7:14 7:19
  9:9 11:14
  50:13 53:22

**access** 37:24

**accident**
  25:11 25:15
  25:16 26:25

**according**
  23:13 38:22

**accounts**
  23:24

**accumulated**
  14:3

**act** 13:25

**8** 3:3

**8th** 3:12

**9/1/70** 3:21

**a.m** 21:3
  34:16

**ability** 37:24

**able** 8:5
  10:21 36:16
  36:25 52:1

**absolutely**
  36:24

**abuse** 14:11
  25:22 26:17
  29:3 30:6
  30:14
  48:6
  48:15 48:17
  48:20 48:21
  53:15

**accept** 5:9
  7:14 7:19
  9:9 11:14
  50:13 53:22

**access** 37:24

**accident**
  25:11 25:15
  25:16 26:25

**according**
  23:13 38:22

**accounts**
  23:24

**accumulated**
  14:3

**act** 13:25

32:24 47:23
  54:17

**acted** 32:1

**acting** 30:19

**action** 42:4
  54:25

**activities**
  35:15

**actually**
  7:4 8:17
  21:7
  32:14 32:20
  32:24 35:10

**additional**
  20:17 26:17
  36:11 37:13
  37:16 37:17

**address** 19:11
  33:25

**adjudication**
  27:13

**admit** 22:16

**admitted** 30:6

**adopted** 10:12
  26:3

**adoption**
  26:10

**adoptive** 9:19
  11:9
  11:23 11:24
  44:1
  44:12
  47:5
  48:12 50:16

**adult** 5:14
  5:17 5:17
  6:8 19:9
  19:16 19:18

19:18 19:19
21:1
27:16 27:18
28:3 28:5
**Adulting** 8:17
**advice** 7:17
**afraid** 47:18
**afterwards**
  32:25
**against** 17:21
  45:7
**age** 25:11
  25:20 25:23
  28:7
**ago** 14:19
  22:2 22:7
  24:2
  27:15
  33:8
  42:12 54:13
**ahead** 7:10
  8:23 9:3
**alarming**
  27:17
**alcohol** 12:18
  12:20 13:15
  13:19
  14:5
  14:20
  15:9
  26:21 29:18
  37:25
  45:8
  47:22
  52:5
  53:10 53:12
**aligns** 35:15
**allowed** 41:13

**already** 8:1
**alternative**
  6:10 9:21
  29:24
  35:9
  36:14 50:22
**Alternatives**
  6:9 14:17
  53:16
**am** 10:9 50:20
**Ambersley**
  28:16
**amenable**
  33:16
**American**
  40:19 40:21
**amount** 36:25
**Anatomy** 8:20
**anecdotal**
  42:15
**anybody** 22:16
**anymore** 11:17
  17:23 35:5
**anyone** 45:11
**anything**
  15:23
  18:8 18:9
  18:13 39:14
**apologies**
  10:11 31:25
**apologize**
  51:5
**apologized**
  10:10 11:8
**appeal**
  18:20 18:23

**applied** 3:23
**apply** 7:22
  54:2
**applying**
  50:21
**appreciate**
  25:7
**appropriate**
  28:5
  28:11 28:12
**April** 3:24
  8:16
**area** 15:15
  26:23 34:13
**areas** 20:3
**Arizona** 6:12
**arrived** 28:14
**arriving**
  30:21
**assaulted**
  42:9
**assessment**
  39:1 40:25
**associated**
  4:18
**assume** 16:4
**assuming**
  24:18
**attacked**
  38:15
**attention**
  11:21
**attorney** 4:7
**attributed**
  25:15
**available**

32:18
**AVP** 5:17 5:21
**away** 10:13
  34:25
  35:4 35:6
  35:8 38:5
  38:11 41:19
  42:5 45:3
  45:9

————————
          B
**bad** 38:6
  50:13
**bag** 16:6
**based** 20:21
  32:15
**basically**
  47:12 53:21
**basis** 27:17
**beat** 39:21
  40:5
**beating** 40:17
**became**
  36:15 50:20
**become** 7:18
**becoming**
  29:25
**bed** 37:6
**beforehand**
  43:5
**behalf** 24:25
**behavior** 5:22
**behind** 49:2
**believe** 20:12
  23:18 53:20
**believed**

28:10

**besides** 21:21

**best** 34:10

**better** 5:18
5:21 7:18
9:7 10:19
12:5
17:19 17:20
17:22
20:2
43:21 51:23

**beyond** 36:19

**bigger** 41:24

**bike** 48:24

**bikes** 48:24
49:7 49:8
49:9

**birth** 3:21

**bit** 25:21
27:22 29:20
32:21
34:4 34:5
34:5

**blame** 27:1

**bled** 26:19

**blood** 26:6

**board** 21:7

**BOP** 28:14

**broke** 44:8

**brought** 44:3

**brutal** 54:16

**build** 21:23

**building** 9:6

**bullying**
26:17

**bunch** 41:16

**buprenorphine**
14:20

**Bureau** 30:21

**businesses**
21:4 34:13

———————
C
———————

**California**
3:16

**candid** 29:14

**capped** 36:10

**car** 25:11
25:15 26:25
46:21

**care** 9:8 9:12
25:19 43:10

**cared** 44:10

**caring** 7:12
10:6
50:24 51:16

**Carolyn**
26:6 26:7

**case** 24:17
32:21 51:18

**caught**
11:21 13:19
18:11

**causes** 13:20

**cell** 16:7
41:12

**cellie**
39:22 40:16
40:21

**center** 5:15
19:16 19:20
21:24

**centeredness**
35:12

**Central** 26:23

**certain** 33:20

**certainly**
34:14

**Challenge**
5:15
19:16 19:20
24:8

**chance** 4:20

**change** 5:7
5:9 5:13
8:1 13:18
51:8
52:11 53:25

**changed** 37:11
37:12 54:12

**changes** 53:24

**changing**
52:12

**character** 9:6

**chart** 28:20

**checking** 37:2

**chemical**
20:20 35:25
36:6

**child** 10:9
11:5 48:6
48:11 48:15
48:16
50:5 50:18

**children**
43:24

**choices** 50:13

**choosing**

34:25

**chose** 42:5

**Chris** 3:5 3:9

**church** 22:11

**churches**
21:12

**circle** 25:1

**Clarence** 9:18
10:12 25:24
26:3 27:7
31:5 31:9
31:21
44:2
48:13
50:4 50:15

**clarify** 10:15

**class** 6:15
7:5 7:12
7:20 7:23
8:20

**classes**
5:16 6:13
8:2 8:7
8:10 9:5
10:18 17:19
24:14 34:16
36:7 37:13

**classify**
32:20

**Clayton** 35:22

**Clemmons**
35:23

**close** 43:18
43:20

**closed** 47:1

**clothes** 17:11
18:16

clue 16:2

Colville
26:11

comatose
25:12

comes 13:15

comfortable
10:3

coming 7:16
28:25

comment
4:25 5:3

comments 25:3
48:1

commission
3:11 4:15
4:16 14:8
34:8 35:2
54:11 54:22

Commissioner
52:24

Commission's
52:13 53:25

commit 4:21
12:11 52:16
54:6

commitment
38:4

committed
12:11 12:25
13:24
14:1
22:19 34:19
35:10 53:13

committing
47:23

common

24:16 49:20

communicate
50:5

communication
50:8

community
10:21
21:5
21:11 36:25

compassionate
32:16 32:18

complete 8:17

completed
8:16 8:25
9:4 14:10
14:18 36:14
53:14 53:16
54:2

completing
29:24

compliance
21:17

compound 39:6
39:10 39:13

concerns 34:8

concluded
27:23 55:5

concludes
55:1

conclusion
35:24

conduct
4:24 5:1
24:20

conducted
3:16
26:19 33:14

conducting
3:12

confirmed
31:15

confronted
29:16

consequences
13:20 17:25

consideration
3:24

constant 37:3

contact 34:3

contacted
32:15

contaminated
15:4 19:1

context 29:12

continue 9:25
10:18 52:13

continuing
5:17

contrast
29:20

contributed
47:22 53:12

conversations
30:17

coordinate
21:14

copies 8:5

correct 4:1
4:2

counseling
6:2 30:15
30:25

counselor

35:25
36:6
37:18 37:22
51:19

counselors
21:18 21:18

counted
14:4 36:2

couple 14:5
23:21 27:19
29:3 44:1
44:3

course 22:6
26:18

courses 42:4

court 27:16
46:4 48:14

COVID 24:2
24:3 24:11

COVID-related
32:16

creates 54:5

creation
11:17

crime 4:21
5:11
12:25
50:2 50:4
50:10 52:16
54:6

criteria
37:10 52:17

culpable
27:12

culture 26:16

currently
3:14

custody 38:23
  39:5

—————————
        D
—————————
dangerous
  41:20
dangerousness
  33:14
date 3:11
  3:21
dated 3:24
  31:4
daughter
  43:25
day 16:3
  22:12 48:18
  52:2
day-in-and-
  day-out
  35:14
days 54:24
deal 39:3
  42:5
dealbreaker
  35:13
dealing 27:2
debts 39:16
decades 33:8
decided 35:3
deciding 35:4
decision 4:16
  27:25 52:13
  54:1
  54:23 54:24
declaration
  31:20

deemed 26:13
deeper 30:19
deeply 35:17
Defender's
  4:8
definitely
  28:20 35:11
deliberate
  52:21
demonstrated
  27:23 27:24
denial 3:13
  4:15
denied 54:20
department
  6:5 8:25
  23:1 23:12
dependence
  20:20
dependency
  35:25 36:6
depressive
  30:13
describing
  31:20
description
  20:8
destroy 17:11
  18:13
determination
  28:1 33:15
developmental
  25:14 26:14
DHO 5:3
  15:2
  16:17 18:24

diagnosed
  30:13
diagnosis
  30:24
different
  26:10 41:16
difficult
  26:9
direction
  51:12
director 22:8
directors
  33:10
disabilities
  25:14
disability
  26:15
disciplinary
  4:19
  28:20 29:13
  37:17
  38:8
  42:11 53:7
discussed
  19:4
disorder
  30:14
dissuade 34:7
distance
  38:13
District
  36:23
done 10:10
  15:2 25:1
  35:7
  36:13 36:23
  50:14 50:17

51:4
DOP 30:16
Dr 33:10
drink 12:23
drinking
  29:18
drives 42:16
drug 14:5
  14:11 14:19
  21:16 21:18
  26:20
  29:7
  53:10 53:12
  53:15 53:15
  53:19
drug-
  related
  36:3
drugs 13:14
  13:19
  15:9
  15:13 15:20
  15:25
  16:8
  16:14 17:21
  18:2 18:7
  18:11 37:24
  47:22 52:5
drunk 27:1
  45:5
due 26:14
during 14:8
  15:21 25:22
  26:18 28:21
  30:11 31:22
  32:1 32:7
  50:2
  53:11 53:13

**E**

**earlier**
  19:6  29:9
  52:9

**ease**  34:13

**Eastern**  4:8

**easy**  22:4

**effect**  32:23

**eight**  8:19
  25:20  25:23

**else**  39:2

**email**  20:7

**empathy**  51:14

**engage**  36:6

**ensured**  41:11

**especially**
  22:14

**essence**  53:21

**essentially**
  21:5
  25:19  26:12
  26:22
  27:3
  27:21
  30:1  30:3
  32:17  34:23
  36:11  37:6

**established**
  22:5

**evaluated**
  27:19  33:6

**evaluation**
  23:14  33:12

**evaluations**
  30:13

**everybody**
  9:13
  51:13  51:15

**everyone**  9:10
  21:17  51:7

**everything**
  10:5  41:1
  41:6
  50:14  51:4

**evidence**  17:6

**exact**  19:11

**exactly**
  13:3  13:3
  14:16  19:25

**examiner**
  3:6  3:8
  3:10  3:22
  4:3  4:9
  4:12  5:19
  5:24  6:6
  6:14  6:18
  6:22  6:25
  7:3  7:7  7:9
  8:6  8:9
  8:14  8:23
  9:2  11:19
  12:1  12:6
  12:10  12:15
  12:19
  13:2  13:6
  13:22  14:14
  14:23
  15:7
  15:11  15:16
  15:20  15:24
  16:2
  16:11
  17:3  17:6
  17:8
  17:14
  18:1  18:4

18:6
18:10  18:15
18:18  18:23
19:3
19:10  19:17
19:21  19:24
20:4
20:10  20:13
20:16  20:18
21:9
21:13  22:13
22:20  22:22
23:2  23:5
23:8
23:11  23:17
23:19  23:23
24:1  24:5
24:7
24:15
25:5
25:25
26:4
28:18
29:1
29:10
31:8
31:10  31:12
34:21
36:4
38:17  38:19
38:22  38:25
39:7
39:17  39:24
40:1  40:4
40:7
40:11  40:18
40:22  40:24
41:6
41:14  41:21
41:24
42:2  42:7
42:20  42:22
43:4

43:18  44:15
44:20  45:13
46:6
46:10  46:15
46:25  47:11
47:16  47:25
48:16  48:20
49:16  49:19
52:8  53:2
53:5

**example**  42:15

**excuse**  53:19

**existed**  25:16

**expensive**
  16:12

**expiration**
  52:13

**explaining**
  40:12

**exploring**
  33:22

**expressed**
  21:25  31:25

**extremely**
  25:10  54:16

**eyes**  47:1

**F**

**facilitator**
  29:25  36:15

**facilities**
  24:17  32:7

**facility**
  20:21
  21:8  37:25

**fact**  38:11
  42:9

factors 52:14

family 11:7
  11:10 19:12
  25:18 43:13
  43:22
  44:6 48:8
  51:6
father
  10:12
  11:9 44:2
  47:5 48:13
fear 33:21
federal
  3:19 4:7
  4:21
  27:16 52:16
feel 37:16
  39:17 45:11
  51:3
feeling
  38:9 45:6
  45:8 45:10
feels 11:7
  36:18
fell 32:19
felt 34:3
  37:5
  40:12 40:14
  47:19 49:22
  49:25
fight 14:8
  38:16 45:7
fighting 42:3
  53:9
fights 14:6
figured 47:2
final 25:3

48:1 54:23
fine 41:2
  41:7
fingerprint
  17:1 17:4
fingerprints
  15:2 19:1
finish 24:9
first 29:21
  44:20 44:25
fit 35:22
  37:5
five 8:21
fly 15:15
folks 20:23
  21:3
  21:15 21:16
  34:17 34:17
  35:6
  35:13
  36:7 36:7
  37:2
  38:13 41:19
foot 33:2
forgave
  31:5
  31:13 31:24
forgiven
  10:13 31:23
foster 25:19
frankly 32:10
freedom 16:19
freely 30:6
frequently
  52:18 54:3
Friedlander

3:14 3:18
3:20 3:20
3:23 4:2
4:13 5:2
5:20 6:4
6:8 6:10
6:17 6:20
6:24 7:1
7:8 7:11
8:8 8:12
8:22 8:24
9:4 11:20
11:25
12:3 12:8
12:12 12:17
12:22
13:5 13:9
13:23 14:13
14:22 14:25
15:8
15:12 15:14
15:19 15:22
16:1
16:10 16:16
17:5 17:7
17:10 17:17
18:3 18:5
18:9
18:12 18:16
18:22 18:24
19:4 19:8
19:14 19:19
19:23
20:1 20:5
20:9
20:12
21:5
21:25
22:9
22:24 22:25
23:4 23:6
23:10 23:16
23:18 23:21

23:25
24:4 24:6
24:10 24:23
25:4
25:10
27:6
27:15 28:11
30:17 32:14
35:16
37:6
37:20
38:1
38:18 38:21
38:24
39:4 39:9
39:19 39:25
40:2 40:6
40:10 40:14
40:20 40:23
41:3 41:8
42:1
42:23
43:3 43:8
43:20 44:17
45:2
45:14
46:8
46:12 46:17
47:1
47:12 47:15
47:24
48:1 48:3
48:18 48:22
49:18 49:22
52:9 53:1
53:6 53:7
54:8
54:21
55:2 55:3

friend 9:9
  10:6
  45:18 48:23

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

49:2

friends 11:11
11:12
27:2 47:20

full 3:19 5:9
10:9 50:14

future
11:12 54:9

_____
        G
_____

ganged 44:2

Garcia
37:19 37:22

Garth 28:16
31:19

genuineness
22:10

getting 24:12
34:16 35:17

girlfriend
46:21

given 8:4
35:13 36:20

Gloria 9:18
25:24
26:3 27:6
50:16

goal 10:16

gone 33:1

gotten 22:1
29:22

government
18:14

GP 39:8

grabs 45:16

grade 23:17

graduated 8:3

gravity 28:9

great 36:9

grounds 32:16

group 34:17

growing
32:3 51:3

growth 13:14

guards 15:3

guess 44:17
53:21

guideline
32:25

guidelines
32:23

gun 27:5
45:17 45:25

guns 43:6
45:19 45:20

guy 27:3
27:10 27:12
27:14 39:11
39:12 40:25
41:24
43:9
45:16 45:19
46:19 46:23
47:6
49:24 50:1

_____
        H
_____

hand 45:25

handed 27:5

handle 6:1

handled 41:16
41:17

handout 25:9

hanging 5:5
16:21
32:5 47:21

happen
40:16 43:1

happened
12:21 12:23
26:17 27:17
28:13 30:10
41:10 42:25
43:2 44:1
50:4

happy 33:24

hard 7:24
32:3 51:21

harm 44:12

head 33:18
42:10 42:16

Healing 37:15

hear 18:12

heard 43:11

hearing 3:1
3:6 3:8
3:10 3:13
3:16 3:22
4:3 4:9
4:12 4:13
4:14 5:19
5:24 6:6
6:14 6:18
6:22 6:25
7:3 7:7 7:9
8:6 8:9
8:14 8:15
8:23 9:2
11:19
12:1 12:6
12:10 12:15

12:19
13:2 13:6
13:22 14:14
14:23
15:5 15:7
15:11 15:16
15:20 15:24
16:2
16:11 16:20
17:3 17:6
17:8
17:14
18:1 18:4
18:6
18:10 18:15
18:18 18:23
19:3
19:10 19:17
19:21 19:24
20:4
20:10 20:13
20:16 20:18
21:9
21:13 22:13
22:20 22:22
23:2 23:5
23:8
23:11 23:17
23:19 23:23
24:1 24:5
24:7
24:15
25:5
25:25
26:4
28:18
29:1
29:10
31:8
31:10 31:12
34:21
36:4
38:17 38:19

| | | | |
|---|---|---|---|
| 38:22 38:25 | 14:15 14:17 | 38:8 53:8 | **I** |
| 39:7 | **helpful** 11:10 | **hit** 49:11 | **I-24** 3:24 |
| 39:17 39:24 | **helping** 47:10 | 49:15 | **I'd** 48:3 |
| 40:1 40:4 | **helps** 9:15 | **Hold** 9:2 | 51:17 |
| 40:7 | 20:2 35:18 | **hole** 15:6 | **idea** 15:24 |
| 40:11 40:18 | **Herman** 27:3 | **home** 42:16 | **identify** 4:5 |
| 40:22 40:24 | 27:5 | **honest** 50:24 | **I'll** 8:15 |
| 41:6 | 27:10 27:10 | **hooked** 19:22 | 25:8 |
| 41:14 41:21 | 27:12 27:14 | **horse** 49:5 | **I'm** 3:10 |
| 41:24 | 27:14 | **horses** | 4:7 4:23 |
| 42:2 42:7 | 43:9 | 48:25 | 4:24 5:15 |
| 42:20 42:22 | 45:16 45:19 | 49:3 49:14 | 6:14 7:15 |
| 43:4 | 46:23 | **hospital** 44:7 | 7:19 7:25 |
| 43:18 44:15 | 47:6 | 47:17 | 9:11 9:24 |
| 44:20 45:13 | 49:24 50:1 | **hour** 27:22 | 10:2 10:6 |
| 46:6 | **he's** 28:23 | **hours** 8:18 | 10:17 |
| 46:10 46:15 | 29:14 29:16 | 8:19 8:21 | 11:4 11:4 |
| 46:25 47:11 | 33:2 | 34:11 53:16 | 11:4 11:5 |
| 47:16 47:25 | 33:13 | **house** 43:5 | 11:10 11:16 |
| 48:16 48:20 | 34:8 34:9 | 43:9 | 14:14 14:16 |
| 49:16 49:19 | 34:14 36:13 | 44:18 | 16:18 17:10 |
| 52:8 | 36:15 36:18 | 45:1 | 17:12 17:12 |
| 52:12 | 36:18 | 45:16 45:24 | 17:12 17:22 |
| 53:2 53:5 | **hey** 18:6 | 46:22 | 18:13 19:17 |
| 53:11 53:23 | **hid** 45:19 | **Houses** 37:15 | 24:18 24:23 |
| 54:20 54:24 | **hide** 17:11 | **housing** 20:11 | 24:24 |
| 55:1 | **hiding** | 36:17 38:7 | 25:1 25:1 |
| **hearings** | 17:21 46:21 | **how'd** 19:21 | 25:2 |
| 28:22 | **high** 45:5 | **huge** 28:24 | 25:25 |
| **heavy** 35:14 | **hired** 33:5 | **human** 52:7 | 31:8 |
| **he'd** 34:11 | 33:8 | **humble** 51:12 | 33:24 |
| **heinous** 13:25 | **history** | **humility** 9:13 | 51:7 |
| **HELD** 3:2 | 4:19 | **hung** 12:13 | 51:11 51:12 |
| **Helen** 10:14 | 17:15 17:18 | 16:7 | 51:13 51:15 |
| **help** 7:18 | 29:13 | **hurt** 51:7 | 51:20 51:21 |
| 10:2 | 30:2 | | 51:23 52:20 |
| 10:20 | 30:22 35:20 | | 52:21 52:23 |
| 20:3 34:7 | 37:18 | | 54:8 |
| 47:16 50:20 | | | 54:17 54:19 |
| **helped** | | | **impacted** |

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

27:25

**important**
7:20

**improvement**
33:16

**incarcerated**
3:14

**incarceration**
14:2
35:10 53:14

**incident** 14:3
14:19 18:19
18:21
29:9
29:12 29:19
41:5
53:10 53:18
53:22 54:12

**incidents**
29:4 48:7
48:11 48:14

**included** 25:8
28:19

**includes** 53:8

**including**
21:22 27:3

**incredible**
21:19 30:1

**incredibly**
30:18

**Indian** 26:12

**indicated**
28:10

**individual**
35:23 38:1

**individuals**
27:11 38:10

**influence**
12:13 12:16
47:9 48:4
54:15

**influences**
38:14

**information**
20:17 26:24

**infraction**
29:8 42:13

**infractions**
5:4 5:11
38:8

**initially**
27:5 28:2

**inmate** 14:9
53:9

**inmates**
16:5 24:22

**innocence**
15:4 17:2

**inside**
15:15 15:17
15:25 37:25
37:25 45:23

**insight** 30:19
41:18

**instance** 53:8

**institution**
38:20 52:19
54:4

**intended**
43:11

**intense**
21:2
21:20 33:25
34:19

**intention**
44:11

**interest**
21:25

**interested**
5:6 5:8
5:13 8:1
13:18

**interesting**
27:9 30:10

**interim** 3:1
3:12 4:14
54:20

**interrupting**
6:15

**interview**
22:3 22:7
22:10 31:17
31:18

**interviewed**
35:23

**intoxicated**
49:23 50:10

**intriguing**
32:20

**introspection**
32:10

**investigated**
18:25

**involved**
10:18 13:21
22:2
27:11 29:22
31:14 34:17
35:5
37:14 41:11
46:2 46:5
46:7 46:9

46:11

**isn't** 43:22
52:6 52:6

**issues** 9:20
30:14 42:11

**It'd** 16:13

**I've** 5:4 6:12
7:11 7:24
9:4 10:8
10:11 12:25
13:5 13:9
13:10 29:22
35:7 36:1
37:21 42:24
48:14 53:20

---

J

**Jimmy** 49:9
49:10

**job** 22:24
22:25

**jobs** 21:4
21:22 34:12

**John** 3:14
3:20 4:7
31:7
31:24 31:25
33:12
34:7 42:9
45:6
46:19 46:19
46:20 49:24

**Judge** 27:25
28:7

**judgmental**
11:15 11:17

**Julius** 45:18

**June** 3:3 3:11

54:21

**juvenile**
27:13
28:3 28:6

---

**K**

**Kele** 33:10

**kicking** 49:6

**kid** 32:2 32:2
45:15 50:11

**kids** 44:9

**kill** 46:1

**killed**
25:17 43:15
44:23

**killing** 27:7

**Kirschenbaum**
33:11

**kitchen** 46:13

**knew** 43:21
44:9 44:21

**knife** 14:9
43:6 46:2
46:4 46:7
46:8

---

**L**

**landed** 30:24

**landing** 36:22

**landscaping**
23:4 23:6
23:9

**largely** 28:23
29:6

**last** 8:2
8:5 8:15
19:5

28:16 34:18
37:11 37:12
42:12 52:12
53:23

**late** 32:4
33:14

**laundry** 16:5

**Lavone** 10:14

**law** 32:19
33:3 33:3

**lawyer** 8:4
19:23 51:17
51:22

**learn** 5:21
9:20
10:25
12:8 13:8

**learned**
7:11
10:22 10:24
11:1
11:22 11:23
12:6
12:25
13:3 13:5
13:7 13:7
13:9
32:17 33:13
50:19

**learning** 32:7

**least** 14:4

**leaving** 34:24

**letter** 10:11

**licensed**
20:20 35:25
36:5

**lieutenant**
39:11

**life** 7:22
11:2
11:13 21:23
30:22 31:14
32:4
34:10 42:17
50:22
51:1
51:14 52:4

**lifetime**
11:16

**lines** 21:12

**listen** 7:13
10:6 11:5

**listened**
50:15

**listening**
51:18

**literally**
33:2 38:12

**little**
15:15 15:25
24:2
27:22 29:20
32:21
34:4 34:5
34:5 45:15

**live** 21:1
36:16

**lived** 27:8

**lives** 9:17

**living**
25:24 34:2

**local** 4:21
21:4
21:11 34:13
52:16

**Lompoc** 3:15

**long** 12:19
23:19 36:20
42:14

**longer** 20:24

**lost** 39:22

**lot** 8:25 10:8
11:15 24:10
26:16
29:2 30:7
32:3
35:13 51:2

**love** 11:17

**loves** 36:24

**low** 33:17

**Lozier** 26:7

**L-o-z-i-e-r**
26:8

**luck** 55:2

---

**M**

**mad** 18:11

**main** 37:8

**mainly** 48:12

**maintained**
31:21

**major** 30:13

**males** 21:1
21:1

**man** 51:12

**Management**
8:19

**manager** 24:18

**mankind**
9:25 51:14

**marijuana**
12:17 12:20

45:8

massive 30:11

materials
28:15 31:19

matter 11:2

mature 11:5
33:13
42:6
50:20 51:20

maturity
41:19

may 20:14
51:11

maybe 12:24
49:18

McEntire 3:25
4:4 4:6 4:7
4:11 6:9
7:6 8:4
20:7
20:14 20:17
20:19 21:10
21:14 22:14
22:21 24:24
25:6 25:7
26:2 26:5
28:19
29:2
29:11
31:9
31:11 31:13
34:23
36:5
37:21 41:15
41:23
42:3 42:8
42:21 43:1

mean 13:25

meaning 36:10

meet 9:13

member 19:12

members 25:18

mentioned
19:6 46:3

mentor
36:12 52:2

met 27:21

middle 49:10

miles 19:15
20:22

minimum 20:22
36:10

miss 47:3

mistaken
26:24

mistakes 5:22

mom 25:17

money 23:23

monitoring
34:6

month 15:6
16:19

months
12:24
22:7
25:12 36:10
36:11

morning 3:9
4:6 39:20

move 36:19
41:11

moved 26:11
41:9

moving 19:12

Muskegon
26:22

myself 5:8
5:12 7:25
51:9

———————

N

native
39:10 40:19
40:21 41:9

Natives 41:10
44:3

negative
12:13 13:13
38:13

night 39:20

nobody 18:4
18:6 18:7
18:11

non 53:14

non-existence
35:21

Non-
Residential
14:11

non-
violence
38:5

normal 24:13

nose 44:8

nothing 13:15

notice 54:25

numerous 14:3
53:10

———————

O

obviously

13:24

occurred
28:23
30:4 30:5
32:22

October 32:14

odd 33:2

offense
4:24 5:1
12:11 13:23
28:9
32:22 42:25
43:1
53:12 53:20

offer 37:1

offered 51:25

office 4:8
22:6
32:15 36:23
44:4

officer 31:16
35:2

oh 8:17 23:8

okay 4:19
4:22 5:24
7:3 7:9 7:9
8:23
12:19
13:2
13:22 18:15
21:9
21:13 22:13
22:20 23:12
24:15
25:3 26:4
31:10 37:21
40:4
40:22 41:14
42:2 42:7

42:22
45:1
47:11  47:25
52:8
52:25
54:7  54:25

**old** 11:3
12:20  30:21
32:19
33:3
39:15  49:16

**older** 10:13
43:24  44:13

**ones** 9:1
11:11  12:2

**ongoing** 33:16

**onsite**
20:25  37:2

**open** 37:6

**operations**
24:13

**opportunity**
4:25
24:25
25:2
28:14  30:18
31:18

**options** 33:22

**order** 28:8

**orderly**
23:1  23:3

**original**
32:15

**originally**
33:21

**others** 7:13
9:14

50:24  50:24

**otherwise**
28:5

**ourselves**
5:21

**outside**
8:11
19:15  20:22
34:15  42:17
46:22

**outsider**
26:14

**overnight**
10:25

**owning** 29:14

**owns** 29:15

_____

P
_____

**p.m** 21:3

**paid** 20:25

**pants** 15:15
15:17  15:25
16:3  16:3
16:6  16:8
16:14  16:25
18:7

**parents**
9:19
11:23  11:24
44:12  48:12
50:16

**parole** 3:11
3:13  3:23
15:5
16:18  28:22
34:8  35:1
54:19

**paroled** 28:12

54:10

**participated**
30:12

**particularly**
38:4

**partnerships**
21:4

**party** 26:22
43:6
43:12  43:16
44:22  45:18

**passed**
10:13  31:22

**past** 5:10
10:20

**pat** 15:21

**paying** 21:7

**Penitentiary**
3:15

**people** 5:5
5:8  5:12
7:14  7:18
7:25  9:12
9:24  10:2
11:15  11:22
11:24  12:14
13:12  13:13
13:17  13:21
16:22
32:6  38:6
43:12  43:13
45:3
47:20
50:9  51:9
52:3

**peoples** 9:17

**period**
25:22  32:8

**periodic** 34:3

**permission**
48:23  49:13

**person** 3:17
7:18  9:7
9:14  9:24
10:19
11:4  11:5
12:5
13:11  13:16
17:9
17:20  17:23
20:2
24:18  41:12
50:20  51:16
51:20  51:24
54:12

**persuaded**
28:4

**phone** 37:22

**phonetic** 26:7
26:23
45:6  45:18

**physical**
25:21

**Physically**
48:20  48:22

**pick** 49:8

**picked** 44:4
46:12
49:1  49:9

**plan** 8:16
19:11

**plays** 30:23

**please** 3:18
4:4  9:3

**pocket** 15:25

**point** 35:21

35:21 54:9

**points** 25:8

**popped** 44:8

**population**
24:21

**position** 33:2

**positive**
5:6 5:7 5:8
5:9 5:12
5:13 7:17
7:21 7:25
8:1 9:6
9:14 9:25
11:13 13:15
13:17 13:18
24:20
37:4 51:8
51:9

**possessing**
14:7 53:19

**possession**
14:6
16:24 29:7

**possible**
51:24

**pre** 25:15

**presentence**
31:17

**preservation**
41:22

**press** 16:4

**pressure** 27:2

**pressured**
38:10
45:5
45:10 46:18
47:19 49:24

50:1

**pretty**
21:19 21:19
24:16 24:19
33:13

**previous**
28:21
33:7 54:1

**prison** 8:10
8:11 14:1
16:12
32:4 34:1
36:21

**prisons** 13:11
30:21

**probability**
52:15 54:5

**probation**
21:15 31:16
35:2 36:23

**problem**
38:2 39:15

**proceedings**
55:4

**process** 31:3

**program**
5:20 6:2
6:7 6:11
14:11 14:16
20:8
20:19 20:23
21:20
22:8
22:16
24:8
29:24 29:25
33:9
34:18 34:24
35:5 35:9

35:22
36:9
36:15 36:15
36:22 36:24
50:22 51:22
51:25
52:2
53:15 53:17

**programming**
19:4 21:2
30:8
30:24
32:9 37:17

**programs** 9:22
10:22 21:11

**progress**
23:13 24:19

**property**
18:14

**prosecution**
27:18

**protect** 45:12

**protecting**
43:24

**protective**
38:23 39:5

**prove** 15:4
17:2

**provide** 20:14
32:13 33:24

**provided**
31:19

**PSIR** 31:4

**psychological**
6:12 9:22
30:12
33:8 37:16

**psychologist**

33:6

**psychologists**
21:18 27:20

**psychology**
6:2 6:5 8:3
8:13 8:25
9:5 33:10
37:13

**public** 54:17

**pushing** 47:7

**puts** 29:19

--------

Q

**Q&A** 22:10

**Quackenbush**
28:1 28:8

**questions**
51:2

**quick** 11:21

**quiet** 29:6

**quite** 25:21
29:14 32:20
33:17

--------

R

**rack** 16:7

**rampantly**
35:20

**rather** 42:3

**reacting** 5:23
51:11

**reaction**
44:21 44:25

**reading** 20:5

**ready** 37:6

**real** 11:21

13:11

**really**
14:15 30:10
30:16 33:25
35:16
37:5
42:18 42:18
43:22

**reason**
27:18 39:14

**reasonable**
54:5

**reasons** 54:1

**rec** 23:1 23:3

**receive** 21:6

**received**
5:4 23:14
26:24

**receiving**
30:15 30:25
34:9

**recently**
5:4 14:10
53:18

**recess** 53:4

**recidivism**
33:18

**reciprocal**
31:24

**recommend**
54:19

**recommendatio
n** 52:24
54:22

**record** 3:9
53:3 53:6

**records** 18:20

27:21 33:7

**recovered**
24:2

**Recreation**
23:12

**refer** 28:3

**reference**
36:1

**referenced**
29:5 31:3

**referencing**
29:9

**reflected**
18:20 37:23

**reflection**
32:10

**Reform** 32:24

**refuse** 39:7

**regarding** 5:1
33:13

**Register** 3:19

**regular** 21:16

**reiterate**
52:10

**related**
14:5 29:3
53:11

**relating**
42:11

**relationship**
22:5 31:21

**release** 32:16
32:18 33:22
33:24

**released** 4:20
5:15

27:15
28:7
51:22 54:6

**relying**
17:3 52:14

**remained**
40:15

**remembered**
49:25

**remission**
36:8 36:8

**remorse**
5:11
27:23 27:24
32:9

**removing**
41:17

**report** 5:3
14:19 18:19
18:21 23:13
24:19
41:5
53:18 53:22
54:12

**reported** 35:1

**reports**
14:3 33:8
53:10

**representativ
e** 4:1

**requested**
3:25 38:6
38:23 39:6

**research**
32:17

**reservation**
26:10 26:11
26:13 44:11

**reside** 19:7

**residence**
27:4

**residential**
53:15

**respect** 9:8
9:11
11:18 51:13

**respectful**
7:12

**respecting**
50:23

**responsibilit
y** 5:10
10:10 50:14
53:22

**responsible**
29:17 51:15

**rest** 11:9
43:12 51:6

**review** 19:5

**reviewed**
27:21

**reviewing**
29:13

**rewarding**
30:18

**ride** 48:23
48:25 49:14

**riding** 49:3

**rigorous**
22:17

**risk** 4:18
33:17 52:14
54:13 54:18

**role** 36:12

room 21:7

rough 25:10

rules 52:19
   54:4

_____

S

_____

satisfactory
   23:14

saved 23:24

saw 14:6 33:7

scared 47:4
   47:5 48:8

schedule
   24:12

scheduled
   54:20

School 33:10

screening
   22:18

search 15:21

second 9:2
   13:23

seem 47:8

seemed
   35:22 47:6

seen 13:14
   44:2

seg 40:5 40:8

self 41:21

self-
   preservatio
   n 41:23

send 16:5
   35:19

sense 32:21

34:11

sent 20:7
   28:16

sentence
   30:22

sentenced
   32:25

Sentencing
   32:24

serious 13:24

seriously
   52:18 52:18
   54:3

serve 36:12
   41:4

service 21:11

services
   22:11

several
   22:2 22:7
   25:12

sexual 25:21

sexually
   48:21

share 10:21
   11:14

shared 48:14

sheriff's
   44:4

she's 33:9
   45:1

shoe 38:12

shooting 27:6
   27:7 47:20

short 28:8

shot 12:2

31:11

Showed 47:16

shows 32:9

sign 35:19
   41:18

significant
   52:11
   53:7 53:24

similar 36:13

Sir 4:4

SIS 39:11

sister
   10:14
   26:6
   26:25 33:22
   34:2
   43:15 43:19
   43:21 43:25
   44:13 44:16
   44:23 45:1

sitting 49:10

situation
   41:17 46:18
   47:10 48:9

six 8:20
   12:24 36:11

skills
   21:23 34:10

sleeping
   44:18

slide 16:13

slit 15:15
   15:17 16:8

small 37:15
   42:8

societies

10:1

soft 36:21

sole 26:24

solitary 38:7

somebody
   16:13 16:15
   39:2 46:15

somehow 16:7

someone 9:9
   32:19

somewhere
   19:7

sorry 6:14
   19:17 25:25
   31:8 51:3

sort 22:1
   27:1
   27:11 30:23
   31:3
   31:23 31:25
   33:1 33:5
   36:16 42:15

sound 7:7
   8:21 40:7

space 33:19
   42:10 42:16

speak 24:25

speaks 42:10

special 38:7

spent 32:4

spiritual
   34:16 35:12
   50:23

spiritual-
   based 21:24

spirituality

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

29:23 35:17

**spiritually**
20:21 22:1

**Spokane** 19:15
20:22 26:12
44:7

**spoke** 31:20

**spoken** 37:21

**spot** 36:18

**squeeze** 47:2

**stabbed**
14:8
46:16 46:17
53:9

**stable** 34:5

**staff** 20:25
24:22
37:2
40:25 52:22

**stands** 31:2
38:4

**start** 26:20
26:20 34:13
42:17

**started**
7:23 30:7
30:15 30:25
32:10 32:13
35:17 42:18
49:5

**starting** 21:2

**state** 3:18
4:21
27:14 52:16

**stated** 53:11

**statements**
31:16 33:13

**States** 3:11
3:15

**status**
52:12 53:25

**statutory** 3:1
3:12 4:14
54:20

**stay** 36:8
36:11 41:19
45:3 45:9

**staying** 20:23
38:5

**step** 52:22

**stick** 32:11

**sticking**
28:21

**stomach** 49:12

**stood** 29:13
45:15

**stop** 5:24
15:11

**stopped** 16:21
49:3 49:4

**story** 46:3

**stretch** 28:24

**structure**
34:4
34:14 34:15
34:15

**stuff** 4:24
9:19
37:15 43:23
49:21

**subject** 25:21
38:12

**Suboxone**
14:21 14:23

16:12
17:8 53:19

**substance**
29:3 30:6
30:14 32:6

**substantive**
28:15

**sudden**
17:19 17:21

**suffer**
13:20 17:25

**Suital**
46:19 46:19
46:20 49:24

**Sundays** 22:15

**super** 33:11
33:15 33:23

**supervision**
20:24 21:15
21:20
34:9 37:1
37:1 37:4

**support** 9:10

**supportive**
33:23

**sure** 5:25
14:16
16:9
20:16 21:16
22:18 22:20
36:7 42:24

**surround**
5:7 5:12
51:8

**surrounded**
7:24

**surrounding**

37:4

**surroundings**
10:4

**surviving**
26:25

**Suttall** 45:6

**Sweat** 37:15

**system**
27:13
28:3 28:6
32:19 32:25

**systems** 33:3

T

**table** 36:17

**taking** 6:5
6:19 7:20
42:4

**talk** 9:13

**talked** 50:3

**talking** 6:1
7:15 8:9
44:22

**taper** 30:1
30:11 32:9

**tapered** 30:23
35:20

**taught** 9:19
12:4

**teach** 5:21
12:4 52:3

**teaching**
50:21

**Teen** 5:14
19:9
19:16 19:18
19:19

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

teens 32:5

telephone
  50:6

term 14:2
  53:14

terms 30:23
  33:18 35:19
  37:11
  38:4 42:9

terrible
  54:16

test 22:10

testing 13:10
  21:16

tests 11:1

thank 3:22
  4:9 25:7
  51:17 55:2

therapy 9:20

there's
  4:19 4:20
  13:15 20:25
  22:11 24:11
  30:3
  33:20 36:17
  51:1 52:3
  52:11 53:24
  54:13

they're
  7:16
  34:18 43:22
  50:9

they've 35:8

thirds 4:16

thorough
  33:11

threat 39:1

40:25

threatened
  38:9
  39:18 40:13
  40:14

three-and-
change
  25:20

threw 49:4

throughout
  14:2
  22:12 31:3

thrown 15:6

throws 45:25

today 4:4

Today's 3:11

Torment 8:19

total 36:2
  36:2

touch 25:8
  35:17

touched 15:3

towards
  11:7 21:7

tragic 25:10

training
  21:21 21:22
  34:10

transfer 39:1
  39:2

transfers
  24:11

transition
  26:9
  26:13 34:1

transitional

20:11

transitioned
  25:23
  26:2 36:19

treat 11:22
  11:23

treatment
  20:20 30:25
  33:16

tried 12:4
  17:18 27:16
  45:9

truck 49:2
  49:4 49:6
  49:11

true 52:7

try 7:15 7:17
  7:18 10:4
  28:2
  37:10 51:21

trying
  16:18 17:22
  28:4 33:4
  45:3
  45:11
  50:7 50:7

Tucson 6:11
  6:16 6:21
  6:23

turned
  12:22 53:17

two-thirds
  3:13

type 36:12

Tyson 22:8

─────────
     U
─────────
UCLA 33:10

Uh-huh 5:19
  15:7
  28:18
  29:1
  29:10 31:12
  36:4
  42:20 45:13
  49:19

Ultimately
  28:4

unclear 25:13

underlying
  27:18

underpinnings
  35:11

understand
  4:13 5:16
  7:16 7:19
  10:23
  11:3 11:6

understandabl
e 30:20

understanding
  7:13 9:8
  51:13

unfolded
  26:21

unique 32:21

unit 38:7
  38:18

United 3:10
  3:15

unlikely
  16:13

unpacking
  33:5

unthinkable

13:25

**upbringing**
25:11

**upon** 32:15

**usually** 20:23
34:25

--------

V

**values** 7:21

**variety** 42:4

**various** 34:12

**verify** 10:14

**Vernon** 3:20

**via** 3:24

**victim's** 11:7

**viewed** 33:17

**violated**
52:18 54:3

**violation**
29:15 29:23
30:2 35:19

**violations**
28:22 28:23
29:16
30:4 36:3

**violence**
6:9 6:11
9:21
14:18 29:24
36:14 42:12
42:13 50:22
52:6 53:8
53:17

**violent**
29:4 29:4

**vision** 39:22

**vocational**

21:21

**volunteer**
21:11

--------

W

**wages** 21:6

**waiting** 37:7

**walk** 35:6
42:5 43:5

**walked** 35:8

**walking** 35:4

**Walter** 10:12

**warrant** 52:12
53:25

**Washington**
4:8 26:23
27:14

**wasn't**
29:22
41:8
41:13
46:7 47:9

**ways** 30:20
34:10 41:16

**weakness** 52:5

**weapon** 14:7
14:7

**weapons** 14:7

**wear** 16:3
18:17

**we'd** 48:24

**WEDNESDAY** 3:3

**week** 8:5
34:11 40:16

**weekends**
21:10

**weekly** 36:7

**weigh** 37:11

**welcome** 4:11

**welfare** 50:5

**Wendy** 27:10
27:12

**we're** 3:9
4:17 6:1
24:12 52:10
53:2 53:6

**West** 22:8

**we've** 22:5
35:1

**whatever**
16:25 17:22
45:22
47:3 51:11

**whenever**
48:18

**wherein** 3:25

**WHEREUPON**
53:4 55:4

**wherever**
46:13

**whether** 25:13
28:2 52:17

**White** 9:18
10:12 10:15
25:24
26:3 26:6
27:6 27:7
31:5 31:9
31:18 31:21
44:2
48:13
50:4
50:15 50:16

**Whites** 26:5
27:1 27:4
43:10 43:13
43:14 44:23
47:13

**Whitman** 3:5
3:10

**whole** 47:17

**whom** 24:18

**Wildcat** 45:18

**willing** 38:12
51:7 54:17

**window** 29:6
30:11

**wish** 50:15
50:17 50:18
50:25

**wobbler** 32:22

**woman** 33:9

**wondering**
50:2

**woodworking**
21:22

**work** 21:6
23:11 23:14
34:11

**worked** 23:19

**working** 22:23
23:3 32:13

**works** 33:9

**world** 9:23

**wow** 45:20

**written** 10:11

**wrong** 32:6
50:12 50:17
51:10

**wrote** 24:18

---
Y
---

**you'll**
  54:23 54:24

**young** 44:3

**yourself**
  4:5 24:21
  37:5 44:23

**you've** 8:10
  8:16 8:18
  13:7 14:2
  14:10 17:15
  19:5 20:6
  34:2 54:2
  54:2 54:3

---
Z
---

**Zero** 8:18

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM