# Exhibit 8



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*90 K Street, N.E., 3rd Floor*
*Washington, D.C. 20530*
*Telephone: (202)346-7000*
*Facsimile: (202)357-1083*

July 29, 2022

Coby Patterson
Federal Defender Office
10 N Post, Suite 700
Spokane, WA 99201

**Re: John Friedlander, Reg. No. 05167-085**     **USPC2022-000313**

Dear Sir or Madam:

This is in response to your request of June 8, 2022 received on July 28, 2022 for copies of documents from the above-named parole file.

*Please be advised the Commission is restructuring the office and there may be a delay in responding to the requests due to the construction.*

The terms of your request cover a copy of the documents maintained in the U.S. Parole Commission's file. Enclosed please find the Sentence Monitoring Computation Sheet, notices of action, prehearing assessments, and any hearing summaries from previous hearings.

The Commission is disclosing the documents you requested which are in the active file as of the date of this response, except those documents or portions of documents listed below.

There are documents in your file that are duplicates of documents that originated with the Bureau of Prisons (BOP). These documents are available through your case manager. You may wish to request documents directly from that agency.

Enclosed please find your audio dated June 8, 2022.

If you are not satisfied with U.S. Parole Commission's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.

Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

A H Banks
Government Information Specialist