# Exhibit 9

### Fwd: John F. Friedlander - #05167-085 - Mandatory Parole Application Materials

**Jay McEntire** <Jay_McEntire@fd.org>  Fri, Apr 1, 2022 at 7:55 AM
To: "Ambersley, Garth (USPC)" <Garth.Ambersley@usdoj.gov>

Morning Garth

Thanks for checking in, and I'll wait to hear from you in the next week-ish.

Have a good weekend,

Jay



John B. McEntire, IV | Federal Defenders of Eastern Washington and Idaho
*Senior Litigator*
10 N. Post Street, Suite 700
Spokane, WA 99201
509.624.7606

---

**From:** Ambersley, Garth (USPC) <Garth.Ambersley@usdoj.gov>
**Sent:** Friday, April 1, 2022 7:44 AM
**To:** Jay McEntire  Jay McEntire@fd org
**Subject:** RE: John F. Friedlander - #05167-085 - Mandatory Parole Application Materials

Good morning Jay,

Sorry for the delayed response it's been a hectic week for sure, I received all the documents for your client, I will check with the Hearing Examiner if Jaime can attend the hearing with you, hope to have some dates for you in the next week or so.

Thanks,

Exhibit 9 - Page 1

Garth

*Garth D. Ambersley*

**Hearing Coordination Specialist**

**United States Department of Justice**

United States Parole Commission (USPC)

90 K St, NE  3rd Floor

Wa hington, DC 20530

O  202 346 7075

E mail  Garth Amber ley@u doj gov

"Perfection is not attainable, but if we chase perfection we can catch excellence."

[Quoted text hidden]

Exhibit 9 - Page  2