# Exhibit 10



## John Friedlander - Register #05167-085

**Jay McEntire** <Jay_McEntire@fd.org>  
To: "USParole.questions@usdoj.gov" <USParole.questions@usdoj.gov>

Tue, May 10, 2022 at 5:19 AM

Good Morning:

I represent John Friedlander, and recently submitted parole materials on his behalf for his upcoming hearing at FCC Lompoc for the week of June 6, 2022.

I was recently in touch with Garth Ambersley, a parole hearing coordinator, to try and firm up the exact date and time for Mr. Friedlander's hearing so I can attend. The last time I heard from Mr. Ambersley was April 1, and I haven't heard back despite sending several e-mails and leaving voicemails. Is there someone that can give me an update on this information?

I don't mean to bother, but I have a pretrial conference in a federal murder case in Oklahoma on June 10, and really need to pin down logistics for travel (I asked Mr. Ambersley if I could request a hearing for Mr. Friedlander at the beginning of the week, which would allow me make it from Lompoc to Oklahoma). Any information would be appreciated.

Thanks,

Jay



John B. McEntire, IV | Federal Defenders of Eastern Washington and Idaho

*Senior Litigator*

10 N. Post Street, Suite 700

Spokane, WA 99201

509 624 7606