# Exhibit 11

FORM APPROVED
S. F. No. 7786—OS—9-67

WASHINGTON STATE DEPARTMENT OF HEALTH — BUREAU OF VITAL STATISTICS

CERTIFICATE OF LIVE BIRTH

TYPE, OR PRINT IN PERMANENT INK

| | | |
|---|---|---|
| LOCAL FILE NUMBER | | BIRTH NUMBER |

**CHILD**

| 1. CHILD — NAME | FIRST: John F. | MIDDLE: Seward | LAST: FRIEDLANDER | 2a. DATE OF BIRTH: [redacted] 1970 | 2b. HOUR: 7:29 |
| 3. SEX: Male | 4a. THIS BIRTH: Single | 4b. IF NOT SINGLE BIRTH — BORN FIRST, SECOND, THIRD, ETC. | | 5a. COUNTY OF BIRTH: Grant | |
| 5b. CITY, TOWN, OR LOCATION OF BIRTH: Grand Coulee | 5c. INSIDE CITY LIMITS: Yes | 5d. HOSPITAL — NAME: Coulee General Hospital | | | |

**MOTHER**

| 6a. MOTHER — MAIDEN NAME: Barbra Jeanne Seward | 6b. AGE: 24 | 6c. STATE OF BIRTH: Washington |
| 7a. RESIDENCE — STATE: Washington | 7b. COUNTY: Okanogan | 7c. CITY, TOWN, OR LOCATION: Elmer City | 7d. INSIDE CITY LIMITS: No | 7e. STREET AND NUMBER: Box 238 |

**FATHER**

| 8a. FATHER — NAME: George Samuel Friedlander | 8b. AGE: 23 | 8c. STATE OF BIRTH: Washington |

| 9a. INFORMANT: Barbra Jeanne Seward Friedlander | 9b. RELATION TO CHILD: Mother |

**CERTIFIER**

| 10a. SIGNATURE: [signature] | 10b. DATE SIGNED: 9-2-70 | 10c. ATTENDANT: M.D. |
| 10d. CERTIFIER — NAME: M. E. Bryant, M.D. | 10e. MAILING ADDRESS: Box K, Grand Coulee, Washington 99133 |

| 11a. REGISTRAR — SIGNATURE: | 11b. DATE RECEIVED BY LOCAL REGISTRAR: |

**CONFIDENTIAL INFORMATION FOR MEDICAL AND HEALTH USE ONLY**

| 12. RACE — FATHER: American Indian (Colville) | 13. EDUCATION: | 14a. ARE NOW LIVING: 2 | 14b. WERE BORN ALIVE NOW DEAD: 0 | 14c. WERE BORN DEAD: 1 |
| 15. RACE — MOTHER: American Indian (Colville) | 16. EDUCATION: | 17a. DATE OF LAST LIVE BIRTH: July 16, 1969 | 17b. DATE OF LAST FETAL DEATH: Nov. 1969 |
| 18. DATE LAST NORMAL MENSES BEGAN: unknown | 19a. MONTH OF PREGNANCY PRENATAL CARE BEGAN: fifth | 19b. PRENATAL VISITS TOTAL NUMBER: 3 | 20. LEGITIMATE: Yes | 21. BIRTH WEIGHT: 5 lbs. 15½ oz. |
| 22. COMPLICATIONS RELATED TO PREGNANCY: None | 23. BIRTH INJURIES TO CHILD: None | | | |
| 24. COMPLICATIONS NOT RELATED TO PREGNANCY: None | 25. CONGENITAL MALFORMATIONS OR ANOMALIES OF CHILD: None | | | |
| 26. COMPLICATIONS OF LABOR: None | | | | |

[Stamp: RECEIVED OCT 12 1970 Colville Confederated Tribes Nespelem, Wn.]

CERTIFIED TO BE A TRUE & EXACT COPY (PHOTOSTAT) OF THE DOCUMENT FILED IN THIS OFFICE.

ATTEST: _____
ENROLLMENT OFFICER
COLVILLE CONFEDERATED TRIBES
NESPELEM, WASHINGTON 99155

Reproduced at the National Archives at Seattle

Exhibit A - Page - 1