# Exhibit 13



John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for John F. Friedlander

United States District Court
Eastern District of Washington
Honorable Wm. Fremming Nielsen

| | |
|---|---|
| United States, | No. 2:87-CR-308-JLQ-1 |
| Plaintiff, | Declaration of Carolyn Lozier |
| v. | |
| John Franklin Friedlander, | |
| Defendant. | |

Exhibit 13 - Page - 1

I, Carolyn Lozier, state the following:

1. I am over 18 and competent to testify.

2. I am John Franklin Friedlander's biological sister.

3. When we were small children (John was 3-years-old, I was 4-years-old), our family was in a horrific car crash. It claimed the lives of our mother (Barbara), as well as our little sister (Cindy). Cindy was only 2-years-old.

4. John was badly-injured (he went through the windshield), but survived.

5. After losing our mother, we were placed in foster care. We never received an explanation why our father (George) couldn't—or wouldn't—continue to care for us.

6. After being placed in foster care, we moved between 3-4 different families over a four-year period.

7. Those years were horrible for both of us. None of our foster parents loved us, and not having parental love after experiencing such tragedy hurt us both quite badly.

8. But it wasn't just a lack of love. Both John and I were physically and sexually abused by our foster parents during that timeframe.

9. We never received any counseling for these events—that is, either the loss of our family or the abuse.

10. When I was 8-years-old and John was 7-years-old, we were adopted by Clarence and Gloria White. Clarence was enrolled with the Colville Tribe; Gloria was enrolled with the Spokane Tribe.

Declaration
- 1 -

Exhibit 13 - Page - 2

11. Clarence and Gloria had a daughter (Dawn), who was four years older than us (12) at the time of our adoption.

12. Clarence and Gloria loved Dawn, but they did not love us.

13. John and I were treated differently—as outcasts.

14. Gloria would take Dawn places, but would leave John and me home to do chores.

15. Our adopted family did not insulate us from physical abuse.

16. Clarence would kick both John and me; he would also hit us with a belt.

17. John was beaten far more than me. He was kicked and hit every day.

18. Both John and I went to school with bruises all over our bodies. I remember a school worker (Pauline Ford) calling CPS, but ultimately nothing came of the investigation (that I know of), as we were returned to the custody of the White family.

19. After years of abuse, neglect, and being forced to stay home and do chores for the whole family, John and I could not take it anymore and decided to leave.

20. I first ran away when I was 13-years-old. I went to Spokane and then to Olympia to live with extended family.

21. After I came back, John ran away to live with our father (George). He was about 14-years-old at the time.

22. John eventually returned to see me. When he did, John was told I was in an accident and was dead or hospitalized, and Carolyn and Gloria were to blame. He became enraged. This is when the shooting happened.

Declaration
- 2 -

Exhibit 13 - Page - 3

23. Both John and I were in special education growing up. My guess is because we were so behind in school from being moved around in the foster care system so much.

24. John is a bit "slow," but I'm not sure if that's because he was born that way or it's because of the car accident.

25. I remain in touch with John to this day, although we've lost track of each other on occasion when he gets transferred from one BOP facility to another.

26. John is a very spiritual man. He has also become a very peaceful man.

27. John made a horrible, emotional mistake when he was 17-years-old. He is over 50-years-old now, and he would like to reunite with me and live a life in peace outside of custody.

28. If released, I will ensure my brother receives the care and support needs.

29. In 1999, I spoke with Clarence White (our adopted father) before he passed. He conveyed forgiveness to John for his conduct and hoped that, when John was released, that he would come and visit him so they could repair their relationship.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2021.

*[signature]*

Declaration
- 3 -

Exhibit 13 - Page - 4