# Exhibit 14

## Car accident claims mother, two daughters

Requiem Mass was celebrated August 18 at Nespelem Catholic Church for Mrs. Barbara Friedlander, 27, Elmer City, and her two daughters, Michelle Laverne and Candace Laverne who died in a car accident August 16. Burial was in the Nespelem Catholic Church.

Mrs. Friedlander was born on March 24, 1946 in Nespelem. She attended Grand Coulee High School. In February 1967 she married George Samuel Friedlander in Nespelem. She had lived in the Grand Coulee area most of her life, and had lived in Elmer City for the last five years.

Candace Lavette, 5, was born Feb. 13, 1968, in Grand Coulee. Michelle Laverne, three months, was born May 8, 1973, in Grand Coulee.

Mrs. Friedlander is survived by her husband, George; a daughter, Carolyn, and a son, John, all of Elmer City; her father, John Seward, Grand Coulee; a sister, Rita S. Circle, Belvedere; and two brothers, Dennis L. Quill, Belevedere, and Joe L. Quill, Seattle.

Besides their mother's relatives, the girls are survived by paternal grandparents, Mr. and Mrs. George Friedlander, Nespelem, and numerous aunts and uncles.

Exhibit 14 - Page - 1