# Exhibit 23



COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS







(800) 528-3335

NAEGELIUSA.COM

```
IN RE: JOHN FRANKLIN FRIEDLANDER
                                 BOP NO. 05167-085
_____
```



**STATUTORY INTERIM HEARING**


**HELD VIRTUALLY ON**
**WEDNESDAY, APRIL 22, 2020**
**10:18 A.M.**


**BEFORE**
**SCOTT KUBRICK**
**HEARING EXAMINER**

Exhibit 23 - Page 1

1                    **STATUTORY INTERIM HEARING**

2                    **HELD VIRTUALLY ON**

3                    **WEDNESDAY, APRIL 22, 2020**

4                         **10:18 A.M.**

5                           **BEFORE**

6                       **SCOTT KUBRICK**

7                     **HEARING EXAMINER**

8

9          **THE HEARING EXAMINER:**  All right.  So good

10   morning.  My name is Scott Kubrick.  I'm a Hearing Examiner

11   with the Parole Commission.  I'm here to conduct a Statutory

12   Interim Hearing following denial of two-thirds parole in

13   your case.

14          Can you tell me your name for the record, please?

15          **THE DEFENDANT:**  John Friedlander.

16          **THE HEARING EXAMINER:**  And, Mr. Friedlander,

17   what's your register number, your federal number?

18          **THE DEFENDANT:**  05167-085.

19          **THE HEARING EXAMINER:**  All right.  Thank you.

20          All right.  Now, as I mentioned to you, this is a

21   Statutory Interim Hearing following a denial of two-thirds

22   parole in your case.  We used to call it mandatory parole,

23   we're now calling it two-thirds parole.  It's just a little

24   bit more descriptive, I think.  Mandatory parole often got

25   confused with other types of release methods.  And we wanted

**NAEGELI**
**DEPOSITION** & **TRIAL**

CELEBRATING 40 YEARS IN BUSINESS

**(800)528-3335**
**NAEGELIUSA.COM**

Exhibit 23 - Page 2

1  to, you know, we -- we just started this year just referring

2  to it as two-thirds parole because that's really what it is.

3             And the -- when I say that it's a Statutory

4  Interim Hearing following denial of two-thirds parole in

5  your case, that's exactly what -- what this is.  So as you

6  know, you had a -- a two-thirds parole hearing back in 2016.

7  The decision from that was to deny mandatory parole and

8  continue to expiration.

9             You've since had, I think, one -- I think you had

10  one prior Statutory Interim Hearing.  So this is your second

11  Statutory Interim Hearing following that denial of two-

12  thirds parole; is that correct?

13             **THE DEFENDANT:**  Yes.

14             **THE HEARING EXAMINER:**  Okay.  All right.

15             So the purpose of today's hearing is -- is not so

16  much to go back and -- and revisit the decision to deny

17  mandatory parole in your case, but rather the purpose of a

18  Statutory Interim Hearing is to take a look to see if

19  there's been any significant changes or developments in your

20  case since your last hearing that merits a different

21  decision.  And so that's primarily what we're going to focus

22  on today.

23             We're still going to be using the same two

24  criteria under 4206(d).  That's 18 U.S.C. 4206(d).  And --

25  and those criteria indicate that mandatory parole shall be

1  denied following a hearing if the Commission finds that

2  you've either seriously or frequently violated the rules of

3  the institution or if we find there are other case-specific

4  factors that create a reasonable probability that you would

5  commit any federal, state or local crime upon your release.

6            And as you may recall, the -- the Commission

7  denied two-thirds parole for you back in -- in 2016

8  initially because the Commission found that you had

9  frequently and seriously violated the rules of the

10  institution.  At that time, you had incurred 19 DHO-level

11  infractions primarily for 100 and 200 level misconduct.

12            Furthermore, the -- the Commission found that the

13  -- the most recent infraction, at that time, had occurred

14  about two years prior to your 2016 hearing.  And that was

15  for consuming alcohol and being intoxicated.  The Commission

16  found that this type of behavior indicated a lack of

17  maturity on your part and highlighted your inability to

18  follow the rules of the institution.

19            The Commission found that it further -- was

20  further indication that there would be a high probability

21  that you would not follow the laws if you were released from

22  prison.

23            The Commission conducted a Statutory Interim

24  Hearing following denial of that two-thirds parole date in

25  2018.  And at that time, the Commission found that there had

1  been no significant -- significant changes or developments

2  in your case that merited a different decision.

3          The Commission continued to rely upon the same

4  reason that was provided at the 2016 hearing.  And,

5  specifically, that was that you had had frequently and

6  seriously violated the rules of the institution as it  -- as

7  indicated by those 19 DHO-level infractions.

8          We did indicate that four years had passed since

9  your -- since your last DHO-level infraction at the time of

10  your last hearing, but the Commission still found that there

11  was -- there were no changes that merited a different

12  decision.

13          So that kind of brings us up to the current

14  hearing.  And so now, what we're going to focus on is how

15  you've been doing over the last couple years.  And we're

16  going to focus in, specifically, as to whether there's been

17  any significant changes or developments in your case since

18  your last hearing that merits a different decision.

19          Do you have any questions so far?

20          **THE DEFENDANT:**  Yeah.  About a couple -- about

21  three -- about three parole hearings ago before the -- the

22  hearing started, one of the examiners had told me that I was

23  given a life -- a life sentence for second degree murder

24  which consist of 30 years.  And then one examiner when I had

25  about 25 years in, back then he told me that I was at the

NAEGELI

DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335

NAEGELIUSA.COM

Exhibit 23 - Page 5

 1  end of my sentence.  So my question is, is there any time in

 2  the future that I will reach that point?

 3          **THE HEARING EXAMINER:**  From an actual date

 4  standpoint, no.  You're now beyond -- your two-thirds parole

 5  date passed on February 12th, 2017.  That was kind of the

 6  last possible date that -- that actually was a finite date

 7  that -- that you had in your case.  You're serving a life

 8  sentence, so your two-thirds date is -- is calculated after

 9  the service of 30 years on a life sentence.  So that 30-year

10  mark, you hit that on February 12th, 2017.

11          However, once -- once the Commission denied the

12  two-thirds parole in your case, there -- there is no

13  statutory release date beyond that.  It's just you're --

14  you're now just serving just life.  And -- but the -- the

15  Commission does provide for I guess you could say a -- a

16  relief valve of some sorts by allowing you to have a hearing

17  every two years where we're going to continue to apply those

18  same two criteria under 4206(d).  And that -- that

19  corresponds with mandatory parole or two-thirds parole in

20  your case.

21          So, you know, the -- the statement that you're at

22  the end of your sentence, in my opinion, was inaccurate

23  because it didn't take into consideration the fact that the

24  Commission still had discretion when you reached that two-

25  thirds parole date in your case as to whether or not you'd

1  be paroled.

2           So to answer your question, unfortunately, no.  I

3  mean, there's no specific date that -- that you have coming

4  up that -- that would, you know, require release or anything

5  like that.  Does that answer your question?

6           **THE DEFENDANT:**  Yeah.  I had another question.  So

7  every hearing all my shots for the last 33 years are going

8  to be held against me?

9           **THE HEARING OFFICER:**  Well, keep in mind that --

10 that the actual statute under 4206(d) that I'm referring to,

11 it's a -- it's a relatively short statute.  There's not a

12 whole lot of meat to it I guess you could say.  It's only a

13 few sentences long.  But it -- but it basically says

14 specifically that if after a -- a hearing the Commission

15 finds that you have frequently or seriously violated the

16 rules of the institution or, like I said, or if we find

17 other case-specific factors that indicate a reasonable

18 probability that you would violate the law if you were

19 released, it says that the Commission shall deny mandatory

20 parole or, in the new terminology, two-thirds parole.  It

21 doesn't say the Commission may deny.  It doesn't say the

22 Commission can deny.  It says that if the Commission makes

23 that determination that it shall deny mandatory parole.

24          So technically speaking, to answer your question,

25 yes.  I mean, the Commission can hold those DHO-level

1   infractions over your head and hold you responsible for them

2   at every two-thirds parole hearing, statutory hearing --

3   Statutory Interim Hearing that you have from this point

4   forward.

5          There's no statute of limitations that's provided

6   in that statute.  And what I mean by that is there's no time

7   limit that's set to say, you know, well, you can only

8   consider something to be a serious or frequent violation for

9   so many years before you can no longer consider it.  There's

10  nothing like that in the language of the statute itself.

11         So now, that doesn't mean that the Commission

12  doesn't reverse course at some point in the future in cases

13  where someone can establish that they can, you know, go a

14  long period of time without violating the rules of the

15  institution.

16         Does that answer your question?

17         **THE DEFENDANT:**  Yeah.  The one thing I'm kind of

18  confused of is at any time is the statutory good time have

19  an effect on my sentence or --

20         **THE HEARING OFFICER:**  Not on a life sentence, no.

21  I mean, there's really nothing to deduct that statutory good

22  time from because, you know, we don't know -- because now

23  from -- from this point, you know, from February 12th of

24  2017 on you're -- you're just kind of like -- it's almost

25  like you're -- you're -- you're now just kind of floating in

1  open water.  You know, I mean, there's no land in sight.

2        And I -- I don't mean to be so negative about it,

3  but that's kind of a good analogy because it's, you know,

4  you don't have any finite actual date to look forward to in

5  the future.  And so there's no date that -- that statutory

6  good time can be deduct -- deducted from.

7        So it's really inconsequential.  But along the

8  same lines, if you have been doing a lot of programming or

9  other things that is, you know, giving you this maybe extra

10 good time or that sort of thing, that might be a factor to

11 demonstrate that you're a good candidate for the release.

12 But in -- in terms of actually reducing a release date,

13 there -- there's really nothing to subtract that -- that --

14 those days from.  Do -- do you know what I mean?

15      **THE DEFENDANT:**  Yeah, because years ago they had

16 me make up the statutory good time that I lost.  And then I

17 wondered why would they have you make -- make up the

18 statutory good time I lost because of some shots that I got,

19 but then -- then it doesn't have any effect on my sentence -

20 - I mean, time.

21      **THE HEARING OFFICER:**  Yeah, unfortunately it

22 really doesn't.  Yeah.  I mean, I don't know if it has any

23 other specific meaning within the BOP.  I don't know if,

24 like, maybe it might be a consideration in your custody

25 level or anything like that.  I -- I just don't know, you

 1  know.  I mean, but -- but for our purposes it doesn't really

 2  have any -- any benefit to you.

 3           **THE DEFENDANT:**  Okay.  Thank you.

 4           **THE HEARING OFFICER:**  Okay.  All right.  So I am -

 5  - I was just going to go through some of the just -- I'm not

 6  going to read the entire details of your offense into the

 7  record, but I was just going to go over some of the details

 8  of your sentence and your offense and then give you an

 9  opportunity, if you'd like, to make another statement about

10  it.

11           But you initially appeared in 1988 in the U.S.

12  District Court for the Eastern District of Washington.  You

13  were convicted of second degree murder and assault with

14  intent to commit murder.  You were sentenced to life in

15  prison with an additional 20 years to run concurrent.

16           The details indicate that in February 1987, you

17  were 16 at that time, but you shot and murdered your adopted

18  mother, Gloria White, and you shot and attempted to murder

19  your adopted father.

20           I can go through the -- the actual details of the

21  offense if you'd like for me to.  Do -- do you feel that

22  that's necessary for me to go and read all the offense

23  details?

24           **THE DEFENDANT:**  No.

25           **THE HEARING OFFICER:**  Okay.  Do you -- do you

1  admit to that or do you deny committing that offense?

2          **THE DEFENDANT:**  No, I -- I have remorse for what I

3  did.  I -- I'm guilty, you know.  There isn't a day that

4  goes by that I don't feel sorry for what I did and for the

5  pain I have caused my adopted family's -- family members to

6  go -- to go through, you know.  And I have a lot of remorse,

7  though, you know.

8          And I always wanted to be able to show that I have

9  changed.  And I know that it's hard to say I -- I will

10 forgive you for, you know, for what you had did, you know.

11 My -- my adopted family -- their family members, you know,

12 because I did write a letter.  I did write a letter before

13 my adopted father I was told had taken his life.  And I

14 apologized to him.  And he had put me in his will that he

15 had made, but his in-laws and his family members, they had

16 went to probate and told them that they -- they're --

17 they're contesting the -- the decision of the probate

18 hearing.

19         And -- but all that matters to me is that I was  -

20 - I was able to apologize to my adopted father.  And -- and

21 that much, you know, I love him for that much for, you know,

22 at least having it in his heart to somewhat forgive me.  And

23 -- and I know he can't have -- get his in-laws and his

24 family members to agree with him.  But I heard the story of

25 why he had taken his life.

1           But I live with this every day because I feel the

2 guilt and I feel the remorse. And I wish there was some way

3 I could let -- let the family members know, you know, that I

4 am really sorry for what I did.

5           **THE HEARING OFFICER:** Okay. All right. So let's

6 talk a little bit about your institutional adjustments since

7 your last hearing. I wanted to first talk about -- it looks

8 like you've completed some -- some programing since your

9 last hearing. I -- I counted about 22 hours of educational

10 programming including Resolving Conflict, Alternatives to

11 Violence facilitator and Introduction to Education

12 Opportunity. Does that sound accurate?

13           **THE DEFENDANT:** Yes.

14           **THE HEARING OFFICER:** What's the Alternative to -

15 - to Violence facilitator? You acted as a facilitator for

16 that program?

17           **THE DEFENDANT:** Yes, I have.

18           **THE HEARING OFFICER:** Okay. Does that sound like

19 a -- is that an accurate description of what you've been

20 involved in since your last hearing or there are other

21 programs? Because I know the educational transcript doesn't

22 always reflect everything that you've done from a

23 programming standpoint.

24           **THE DEFENDANT:** I have taken some psychology

25 courses in the last two months from this psychologist, Ms.

 1  Rillo (phonetic), and did cover some areas in cognitive

 2  behavioral therapy.  And it kind of covers some of the stuff

 3  in -- in other directions than Alternative to Violence does.

 4  It still points out that -- to resolve conflict without

 5  violence.

 6              THE HEARING OFFICER:  Okay.

 7              THE DEFENDANT:  But it's --

 8              THE HEARING OFFICER:  Now, is that -- is that

 9  through psychology here at Lompoc?

10              THE DEFENDANT:  Yeah.

11              THE HEARING OFFICER:  Okay.  And you said that's

12  been for -- about how long have you been doing that?

13              THE DEFENDANT:  I've been doing that for the last

14  two months.

15              THE HEARING OFFICER:  All right.  Is that

16  something that you find helpful?

17              THE DEFENDANT:  Yes, it -- yes, it is.  I -- I --

18  I would have been able to graduate in How to Fill Out a

19  Resume and Money Smart, but some situations have taken

20  place.  So I'm still offered to take them classes still --

21              THE HEARING OFFICER:  Okay.

22              THE DEFENDANT:  -- through reentry affairs.

23              THE HEARING OFFICER:  All right.  So I mentioned

24  to you previously, I -- I kind went through some of the --

25  the details of what the Commission found in determining that

1   -- that you were not a suitable candidate for two-thirds

2   parole from your last two hearings, and I did that for a

3   reason.

4           As I indicated again, the Commission found that

5   your 2016 two-thirds parole hearing that -- that you -- you

6   were denied mandatory parole, essentially, based on the --

7   the fact that the Commission found that the 19 DHO-level

8   infractions you had committed up until that point did

9   constitute frequent and serious violations of the rules of

10  the institution.  That's one of the two criteria under

11  4206(d) that specifically says if the Commission finds that

12  either one of those are applicable that we shall deny

13  mandatory parole.  And that's, indeed, what the Commission

14  did.

15          And then at your Statutory Interim Hearing that

16  you had two years later in 2018, you had not incurred any

17  additional disciplinary infractions at that time, but the

18  Commission still relied upon the -- the statutory criteria

19  under 4206(d) and basically said we find that there's no

20  change in the previous decision because you still had those

21  19 DHO-level infractions.

22          Now, there has been a change since your last

23  hearing.  And that is that you've now incurred another --

24  another DHO-level infraction since your last hearing,

25  specifically within, basically, the last two months prior,

 1  you know, the two months leading up to this hearing.

 2          You were found guilty by the DHO for possessing

 3  narcotics.  This is a 113.  It's a 100-level shot.

 4  Specifically, you were found in possession of buprenorphine

 5  which is an opioid used to treat opioid use disorder.

 6          Now, you -- I believe you denied that before the

 7  DHO; is that correct?

 8          **THE DEFENDANT:**  Yes, I have because, first of all,

 9  I would never risk losing my chance at -- to get my freedom

10  for drugs or alcohol or to commit some prohibited act.  I

11  would never do that.

12          I was told they found it concealed within my

13  pants, which I knew nothing about.  I asked them to check

14  the cameras.  And I asked them if they could fingerprint --

15  print the drugs they had found just so I can prove my

16  innocence.  And they said that the drugs were destroyed by

17  the lieutenant because he had put his fingerprints all over

18  the drugs to see what they were.

19          So he asked me how I -- I -- I was going to plead

20  and I told him not guilty because, you know, this is not in

21  my character before the Parole Board or to risk my sobriety

22  because I'm -- I'm not a person -- once I start to do

23  something good, I follow through.  I would not throw all

24  that away just so I could look good in another criminal

25  inmate, in their mind, you know, because I have tried all

1  these years going through these -- these programs that I --

2  I completed.

3         And he said -- the DHO officer said that -- he

4  asked me, "Well, what proof do you have?"  And all I could

5  tell him was, "If you fingerprint the drug in the package

6  they were put in, you will see that they're not my

7  fingerprints."

8         And I -- I don't have one shot where it says that

9  I had destroyed some clothing or anything in record.  And I

10 showed him that, you know.  I -- I'm not that kind of

11 person.

12        **THE HEARING OFFICER:**  Well, right.  Now, you say -

13 -

14        **THE DEFENDANT:**  And he said --

15        **THE HEARING OFFICER:**  Go ahead, I'm sorry.

16        **THE DEFENDANT:**  So he says, "Well, I'm still going

17 to find you guilty because that's what our -- our -- our

18 policy says in the DHO that if -- if it's on your person,

19 then you're guilty."

20        **THE HEARING OFFICER:**  Right.

21        **THE DEFENDANT:**  And it --

22        **THE HEARING OFFICER:**  And for -- for --

23        **THE DEFENDANT:**  So --

24        **THE HEARING OFFICER:**  Oh, go ahead, I'm sorry.  I

25 thought you were done.

**NAEGELI**
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

**(800)528-3335**
NAEGELIUSA.COM

Exhibit 23 - Page 16

1          **THE DEFENDANT:**  So I -- I could not appeal it

2   because that appeal would take from anywhere from six months

3   to a year.  And -- and that it would -- I would still be

4   looking guilty here as, I assume, that's what everyone is

5   seeing me as right now because of my past history of

6   incident reports for drug abuse, a problem that I used to

7   have.

8          **THE HEARING OFFICER:**  Right.  Yeah.  And that's

9   -- and that's -- and that's what I was going to state.  You

10  know, you had said that this was something that was not in

11  your character, but I was going to dispute that because, you

12  know, because, you know, I know that there had been a big

13  gap in -- in time, you know, five-and-a-half years or so

14  between your last infraction for, you know, for using

15  intoxicants.  But, you know, but prior to that it was very,

16  you know, kind of a regular thing for -- for a while that

17  you would be found with drugs or test positive or, you know,

18  using intoxicants.

19          So I mean, from that standpoint, I find that, you

20  know, this current possession that happened a couple months

21  ago here is very much in keeping with your prior pattern of

22  possession and use.

23          Keep in mind also for these types of proceedings,

24  the evidentiary standard that the -- the DHO uses,

25  preponderance of the evidence, is the same evidentiary of

 1 standard that -- that we use in making findings of

 2 violations.  So from that standpoint, we do find that the

 3 DHO's finding of guilt by a preponderance of evidence in

 4 your case is sufficient evidence of guilt for the purpose of

 5 our proceeding.

 6          So I would agree with the DHO that, you know, if -

 7 - if the drug is found on your person that you're guilty.

 8 And for the purpose of today's proceeding, you know, we're

 9 going to consider that -- that you are you guilty of that  -

10 - of that conduct.

11          And so you know, to kind of put that in the

12 context of the decisions from the last two hearings, you

13 know, as I indicated, at your two-thirds parole hearing in

14 2016, you know, the Commission made it clear that it had

15 been two -- two years since your last disciplinary

16 infraction at that time.  But we still found that -- that

17 you were not a good candidate for two-thirds parole.

18          Two years later, still no additional disciplinary

19 infractions, but the Commission still found that even that

20 four-year gap of time was still sufficient to find that you

21 had seriously and frequently violated the rules of the

22 institution.

23          And here we are now at this proceeding and now

24 it's -- you now have a disciplinary infraction that's

25 occurred, you know, within the last three months.  And --

```
 1  and so that most certainly is going to -- to be viewed
 2  disfavorably at this -- at this proceeding.  I can -- I can
 3  say that with a reasonable amount of certainty.
 4          So tell me about your release plan.  Do you have a
 5  -- a place to reside?
 6          THE DEFENDANT:  Yeah.  I -- I inherited with my
 7  older sister, me and her share, half is hers and half --
 8  half is mine, 1,400 acres of land from my father, my -- my
 9  biological mother, my biological --
10          THE HEARING OFFICER:  From your -- and this is
11  your biological father?
12          THE DEFENDANT:  Yeah.  I -- I got -- I would have
13  been able to show you today in person if it was a regular
14  hearing.  But Fabian, my -- my case manager, I had showed
15  him the documents from the -- the -- the court -- the
16  probate court back home.  And only reason why I haven't had
17  to try and put a house on there yet is because I don't have
18  no release date.  So I cannot have them put a house on there
19  until I -- I get a release date some -- sometime in the
20  future.  And --
21          THE HEARING OFFICER:  And where is that land
22  located?
23          THE DEFENDANT:  It's on the Colville Indian
24  Reservation in the state of Washington.  It's northeast.
25          THE HEARING OFFICER:  Is that the -- the Nespelem?
```

 1  Is that -- I don't know how -- how you pronounce it.

 2                THE DEFENDANT:  Nespelem.

 3                THE HEARING OFFICER:  Nespelem?  Okay.

 4                THE DEFENDANT:  Nespelem.

 5                THE HEARING OFFICER:  Now, your current progress

 6  report indicates -- does -- does -- do you have an uncle by

 7  the name of Wesley Friedlander that -- that currently he --

 8  he resides on the property?

 9                THE DEFENDANT:  Yeah.

10                THE HEARING OFFICER:  Okay.  And is he -- would he

11  be the one then that would -- that would build the house or,

12  I mean, how -- how would that happen if you had a release

13  date?

14                THE DEFENDANT:  If I had a release date, I would

15  ask him at first -- because my father, George Friedlander,

16  he passed away with my baby sister and a couple other family

17  members that died from a car accident.  He put the house in

18  me and my Uncle Wesley's name to live there.  And -- but if

19  I was able to get my freedom, I'd probably stay there with

20  him for a little while and -- and have a -- because I --

21  1,400 acres of land, you know, that's only 20 acres where

22  that -- where he is at -- what -- that I own a part of that

23  land.

24                THE HEARING OFFICER:  Okay.

25                THE DEFENDANT:  And --

1      THE HEARING OFFICER:  Okay.  And -- and you're 49

2  now; is that right?

3      THE DEFENDANT:  Yes.

4      THE HEARING OFFICER:  And do you have any medical

5  issues that we need to be aware of?

6      THE DEFENDANT:  Not right now.

7      THE HEARING OFFICER:  Okay.  All right.  And --

8  and do you have any mental health diagnosis or anything, any

9  mental health issues?

10      THE DEFENDANT:  No.  No, sir, I don't.

11      THE HEARING OFFICER:  Okay.  Do you work at -- in

12  the institution now?

13      THE DEFENDANT:  Yeah.  I work at the sweat lodge

14  as -- as a landscaper.

15      THE HEARING OFFICER:  And do you intend to work

16  when you release?

17      THE DEFENDANT:  Yes, I do, sir.

18      THE HEARING OFFICER:  All right.  And what -- do

19  you -- do you have any leads or anything on -- on

20  employment?

21      THE DEFENDANT:  Well, I'm a certified welder and

22  I'm a certified carpenter as you will see in my file.  And

23  I've been working landscape in other institutions for over

24  five-and-a-half years.

25      THE HEARING OFFICER:  Okay.  All right.  And --

 1  and, Mr. Roberts, I know you're not his current case

 2  manager, but was there anything specifically from your

 3  review of the file that you feel is important for me to

 4  consider today?

 5          **MR. ROBERTS:**  Yes.  I show no (indiscernible) on

 6  February 13th.  He did receive a DHO sanction for possession

 7  of narcotics.  And as of right now, my records have shown

 8  that he has taken one educational course since being here at

 9  FCC Lompoc.  And it is Intro to Education Opportunities.

10          **THE HEARING OFFICER:**  Okay.  And are you currently

11  in the -- in the SHU, Mr. Friedlander?

12          **THE DEFENDANT:**  Yes, I am.

13          **THE HEARING OFFICER:**  And that's as a result of

14  this -- this recent narcotics shot?

15          **THE DEFENDANT:**  Yes.

16          **THE HEARING OFFICER:**  All right.  When -- when are

17  you due for release from the special housing unit?

18          **THE DEFENDANT:**  If we were not lockdown, I would

19  be released this Thursday.

20          **THE HEARING OFFICER:**  Oh, I see.  So it's because

21  of the quarantine you're going to remain there then until

22  that's over?

23          **THE DEFENDANT:**  Yes.

24          **THE HEARING OFFICER:**  Okay.  All right.  Any --

25  any last statement that you want me to consider today?

1          **THE DEFENDANT:**  Yeah.  I -- I had a Native

2  American friend, and he has three counts of murder in the

3  first degree and he -- he got sentenced to 40 years under

4  the new law.  And he asked me why is my sentence worse than

5  his, and I told him I don't know.

6          But no matter what, I have remorse for what I had

7  done.  And like I told you, I had written to my adopted

8  father.  I had written to my adopted father and apologized

9  to him.  And I -- I told him no matter what, if the Parole

10  Board doesn't give my freedom, I'm thankful for one thing

11  and that's knowing the knowledge of the information about

12  eternal life that my adopted parents have taught me, which

13  is eternal life -- eternal life without suffering was mine

14  all along.  Never was I separated from the source.

15          And I'm thankful for them of giving me this

16  guidance.  And I'm thankful for them for helping me see who

17  I am, that I have knowledge today and that -- and that I

18  want to share it with the world.

19          And if I was able to get my freedom, I would like

20  to help the youth out there, so that they won't feel like

21  they have to sell their life short to drugs, alcohol or a

22  crime.  And if they choose to take that path in life, I want

23  them to know that their actions will have consequences that

24  would -- that will lead them here, within the prison walls

25  here.

**NAEGELI**
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
**(800)528-3335**
NAEGELIUSA.COM
Exhibit 23 - Page 23

1          And I know that I can never give their -- reverse

2   time and give -- make this it did not happen, but, you know,

3   every day I go through these feelings of love that I still

4   have for them because I know before that day happened, when

5   I had taken a life and tried to take my adopted father's

6   also I know they had love for me, you know.  And I just

7   want, you know, the adopted families of my adopted parent  -

8   - relatives to know that I'm really sorry and -- and his in-

9   laws as well.

10          THE HEARING OFFICER:  Okay.  All right.  So I'm

11   going to go off the record then for a few moments to think

12   about your case, Mr. Friedlander.  And I'm going to blank

13   out the screen, so don't be concerned if it goes dark.

14          THE DEFENDANT:  Okay.  Thank you.

15          THE HEARING OFFICER:  I'm going to stop the

16   recording.  I'm going to turn the mic off on this end as

17   well.  But when you -- when you see me again, I'll let you

18   know then what my recommendation is going to be.  Okay, sir?

19          THE DEFENDANT:  All right.  Thanks.

20          THE HEARING OFFICER:  All right.  Thank you.

21   Going off the record.

22          **(WHEREUPON, a recess was taken.)**

23          THE HEARING OFFICER:  Okay.  We are back on the

24   record with -- with my findings and my recommendation.

25          And, you know, I -- I went through during the

 1 │ hearing, Mr. Friedlander, you know the specific reasons that

 2 │ the Commission made the determinations that we made in the,

 3 │ you know, over the last two -- two hearings.  And -- and at

 4 │ this time, I do find that there has been no new favorable

 5 │ significant changes or developments in your case to merit a

 6 │ different decision.

 7 │          I continue to find that you have both frequently

 8 │ and seriously violated the rules of the institution as

 9 │ indicated by the -- by the previous disciplinary infractions

10 │ that were identified at your 2018 and also your 2016

11 │ hearings.

12 │          You know, under the 4206(d) statute, those are

13 │ still applicable today, and I find that they still suggest a

14 │ likelihood that you would not obey the law if you were

15 │ released at this time.

16 │          But you add to that, now since your last hearing,

17 │ a new disciplinary infraction for drug possession which, you

18 │ know, occurred just a little over two months ago.  So you

19 │ know, I can now include on that list not only have you -- is

20 │ there a history that you've both frequently and seriously

21 │ violated the rules of the institution, but now I can add

22 │ that you've recently violated with -- with a serious rule

23 │ and -- rule violation.

24 │          All of this, in my opinion, I -- I find merits a

25 │ recommendation that there be no change in the previous

1  decision to deny two-thirds parole in your case and that you

2  be continued to the expiration of your sentence.

3          This is just a recommendation.  It's not the final

4  decision.  A commissioner is going to review my

5  recommendation and make a final decision in a Notice of

6  Action in about 21 days.

7          Do you have any questions or any comments for the

8  record?

9          **THE DEFENDANT:**  No.  Thank you.

10         **THE HEARING OFFICER:**  Okay.  All right.  That

11  completes your hearing then, Mr. Friedlander.  Good luck to

12  you.  Be on the lookout for that final decision.

13         Thank you, Mr. Roberts, as well, for -- for

14  sitting in for the case manager.  And that completes your

15  hearing.  Thank you.

16         **MR. ROBERTS:**  All right.  Thank you, sir.

17         **(WHEREUPON, the hearing was concluded.)**

18

19

20

21

22

23

24

25

```
 1                          CERTIFICATE

 2

 3            I, Lisa Kane, do hereby certify that the

 4     proceeding named herein was professionally transcribed on
       the date set forth in the certificate herein; that I
 5     transcribed all testimony adduced and other oral

 6     proceedings had in the foregoing matter; and that the
       foregoing transcript pages constitute a full, true, and
 7     correct record of such testimony adduced and oral

 8     proceeding had and of the whole thereof.

 9

10            IN WITNESS HEREOF, I have hereunto set my
       hand this 4th day of November, 2021.
11

12

13

14

15

16                          Lisa Kane

17

18

19

20

21

22

23

24

25
```

Exhibit 23 - Page  27

**0**

**05167-085**
  2:18

**1**

**1,400** 19:8
  20:21
**10:18** 2:4
**100** 4:11
**100-level**
  15:3
**113** 15:3
**12th** 6:5 6:10
  8:23
**13th** 22:6
**16** 10:17
**18** 3:24
**19** 4:10 5:7
  14:7 14:21
**1987** 10:16
**1988** 10:11

**2**

**20** 10:15
  20:21
**200** 4:11
**2016** 3:6
  4:7 4:14
  5:4 14:5
  18:14 25:10
**2017** 6:5 6:10
  8:24
**2018** 4:25
  14:16 25:10
**2020** 2:3
**21** 26:6

**22** 2:3 12:9
**25** 5:25

**3**

**30** 5:24 6:9
**30-year** 6:9
**33** 7:7

**4**

**40** 23:3
**4206(d** 3:24
  3:24 6:18
  7:10
  14:11 14:19
  25:12
**49** 21:1

**A**

**A.M** 2:4
**able** 11:8
  11:20 13:18
  19:13 20:19
  23:19
**abuse** 17:6
**accident**
  20:17
**accurate**
  12:12 12:19
**acres** 19:8
  20:21 20:21
**act** 15:10
**acted** 12:15
**Action** 26:6
**actions** 23:23
**actual** 6:3
  7:10 9:4
  10:20

**actually**
  6:6 9:12
**add** 25:16
  25:21
**additional**
  10:15 14:17
  18:18
**adjustments**
  12:6
**admit** 11:1
**adopted** 10:17
  10:19
  11:5
  11:11 11:13
  11:20
  23:7 23:8
  23:12
  24:5 24:7
  24:7
**affairs** 13:22
**against** 7:8
**ago** 5:21 9:15
  17:21 25:18
**ahead** 16:15
  16:24
**alcohol**
  4:15
  15:10 23:21
**allowing** 6:16
**Alternative**
  12:14 13:3
**Alternatives**
  12:10
**am** 10:4
  12:4
  22:12 23:17
**American** 23:2

**amount** 19:3
**analogy** 9:3
**answer** 7:2
  7:5 7:24
  8:16
**anything**
  7:4 9:25
  16:9 21:8
  21:19 22:2
**anywhere** 17:2
**apologize**
  11:20
**apologized**
  11:14 23:8
**appeal** 17:1
  17:2
**appeared**
  10:11
**applicable**
  14:12 25:13
**apply** 6:17
**APRIL** 2:3
**areas** 13:1
**assault** 10:13
**assume** 17:4
**attempted**
  10:18
**aware** 21:5
**away** 15:24
  20:16

**B**

**baby** 20:16
**based** 14:6
**basically**
  7:13

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

Exhibit 23 - Page  28

14:19 14:25

**behavior** 4:16

**behavioral**
  13:2

**believe** 15:6

**benefit** 10:2

**beyond** 6:4
  6:13

**biological**
  19:9 19:9
  19:11

**bit** 2:24 12:6

**blank** 24:12

**Board** 15:21
  23:10

**BOP** 9:23

**brings** 5:13

**build** 20:11

**buprenorphine**
  15:4

_____

C

**calculated**
  6:8

**cameras** 15:14

**candidate**
  9:11 14:1
  18:17

**car** 20:17

**carpenter**
  21:22

**case** 2:13
  2:22 3:5
  3:17 3:20
  5:2 5:17
  6:7 6:12

6:20 6:25
18:4
19:14
22:1
24:12
25:5 26:1
26:14

**cases** 8:12

**case-specific**
  4:3 7:17

**caused** 11:5

**certainly**
  19:1

**certainty**
  19:3

**certified**
  21:21 21:22

**chance** 15:9

**change**
  14:20 14:22
  25:25

**changed** 11:9

**changes**
  3:19 5:1
  5:11 5:17
  25:5

**character**
  15:21 17:11

**check** 15:13

**choose** 23:22

**classes** 13:20

**clear** 18:14

**clothing** 16:9

**cognitive**
  13:1

**Colville**

19:23

**coming** 7:3

**comments** 26:7

**Commission**
  2:11 4:1
  4:6 4:8
  4:12 4:15
  4:19 4:23
  4:25 5:3
  5:10 6:11
  6:15 6:24
  7:14 7:19
  7:21 7:22
  7:22 7:25
  8:11
  13:25
  14:4 14:7
  14:11 14:13
  14:18 18:14
  18:19 25:2

**commissioner**
  26:4

**commit** 4:5
  10:14 15:10

**committed**
  14:8

**committing**
  11:1

**completed**
  12:8 16:2

**completes**
  26:11 26:14

**concealed**
  15:12

**concerned**
  24:13

**concluded**
  26:17

**concurrent**
  10:15

**conduct**
  2:11 18:10

**conducted**
  4:23

**conflict**
  12:10 13:4

**confused** 2:25
  8:18

**consequences**
  23:23

**consider**
  8:8 8:9
  18:9 22:4
  22:25

**consideration**
  6:23 9:24

**consist** 5:24

**constitute**
  14:9

**consuming**
  4:15

**contesting**
  11:17

**context** 18:12

**continue**
  3:8 6:17
  25:7

**continued** 5:3
  26:2

**convicted**
  10:13

**correct**
  3:12 15:7

**corresponds**

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

Exhibit 23 - Page  29

6:19

counted 12:9

counts 23:2

couple 5:15
 5:20
 17:20 20:16

course 8:12
 22:8

courses 12:25

court 10:12
 19:15 19:16

cover 13:1

covers 13:2

create 4:4

crime 4:5
 23:22

criminal
 15:24

criteria 3:24
 3:25 6:18
 14:10 14:18

current
 5:13
 17:20
 20:5 22:1

currently
 20:7 22:10

custody 9:24

———————
        D
———————
dark 24:13

date 4:24 6:3
 6:5 6:6 6:6
 6:8 6:13
 6:25 7:3
 9:4 9:5
 9:12

19:18 19:19
20:13 20:14

day 11:3 12:1
 24:3 24:4

days 9:14
 26:6

decision
 3:7 3:16
 3:21 5:2
 5:12 5:18
 11:17 14:20
 25:6 26:1
 26:4 26:5
 26:12

decisions
 18:12

deduct 8:21
 9:6

deducted 9:6

DEFENDANT
 2:15 2:18
 3:13 5:20
 7:6 8:17
 9:15 10:3
 10:24
 11:2
 12:13 12:17
 12:24
 13:7
 13:10 13:13
 13:17 13:22
 15:8
 16:14 16:16
 16:21 16:23
 17:1 19:6
 19:12 19:23
 20:2 20:4
 20:9
 20:14 20:25
 21:3 21:6

21:10 21:13
21:17 21:21
22:12 22:15
22:18 22:23
23:1
24:14 24:19
26:9

degree 5:23
 10:13 23:3

demonstrate
 9:11

denial 2:12
 2:21 3:4
 3:11 4:24

denied 4:1
 4:7 6:11
 14:6 15:6

deny 3:7 3:16
 7:19 7:21
 7:22 7:23
 11:1
 14:12 26:1

description
 12:19

descriptive
 2:24

destroyed
 15:16 16:9

details
 10:6 10:7
 10:16 10:20
 10:23 13:25

determination
 7:23

determination
s 25:2

determining
 13:25

developments
 3:19 5:1
 5:17 25:5

DHO 15:2 15:7
 16:3
 16:18 17:24
 18:6 22:6

DHO-level
 4:10 5:7
 5:9 7:25
 14:7
 14:21 14:24

DHO's 18:3

diagnosis
 21:8

died 20:17

different
 3:20 5:2
 5:11 5:18
 25:6

directions
 13:3

disciplinary
 14:17 18:15
 18:18 18:24
 25:9 25:17

discretion
 6:24

disfavorably
 19:2

disorder 15:5

dispute 17:11

District
 10:12 10:12

documents
 19:15

done 12:22

16:25 23:7

**drug** 16:5
17:6 18:7
25:17

**drugs** 15:10
15:15 15:16
15:18 17:17
23:21

**due** 22:17

**during** 24:25

---

E

**Eastern** 10:12

**Education**
12:11 22:9

**educational**
12:9
12:21 22:8

**effect** 8:19
9:19

**either** 4:2
14:12

**employment**
21:20

**entire** 10:6

**essentially**
14:6

**establish**
8:13

**eternal** 23:12
23:13 23:13

**everyone** 17:4

**everything**
12:22

**evidence**
17:25
18:3 18:4

**evidentiary**
17:24 17:25

**exactly** 3:5

**examiner**
2:7 2:9
2:10 2:16
2:19 3:14
5:24 6:3

**examiners**
5:22

**expiration**
3:8 26:2

**extra** 9:9

---

F

**Fabian** 19:14

**facilitator**
12:11 12:15
12:15

**fact** 6:23
14:7

**factor** 9:10

**factors** 4:4
7:17

**families** 24:7

**family** 11:5
11:11 11:11
11:15 11:24
12:3 20:16

**family's** 11:5

**father**
10:19 11:13
11:20
19:8
19:11 20:15
23:8 23:8

**father's** 24:5

**favorable**
25:4

**FCC** 22:9

**February**
6:5 6:10
8:23
10:16 22:6

**federal**
2:17 4:5

**feel** 10:21
11:4 12:1
12:2 22:3
23:20

**feelings** 24:3

**file** 21:22
22:3

**Fill** 13:18

**final** 26:3
26:5 26:12

**finding** 18:3

**findings** 18:1
24:24

**finds** 4:1
7:15 14:11

**fingerprint**
15:14 16:5

**fingerprints**
15:17 16:7

**finite** 6:6
9:4

**first** 12:7
15:8
20:15 23:3

**five-and-a-
half**
17:13 21:24

**floating** 8:25

**focus** 3:21
5:14 5:16

**forgive** 11:10
11:22

**forward** 8:4
9:4

**four-year**
18:20

**freedom**
15:9
20:19 23:10
23:19

**frequent**
8:8 14:9

**frequently**
4:2 4:9 5:5
7:15
18:21
25:7 25:20

**Friedlander**
2:15 2:16
20:7
20:15 22:11
24:12
25:1 26:11

**friend** 23:2

**Furthermore**
4:12

**future** 6:2
8:12 9:5
19:20

---

G

**gap** 17:13
18:20

**George** 20:15

**given** 5:23

giving 9:9
  23:15

Gloria 10:18

graduate
  13:18

guess 6:15
  7:12

guidance
  23:16

guilt 12:2
  18:3 18:4

guilty 11:3
  15:2
  15:20 16:17
  16:19
  17:4 18:7
  18:9

---

**H**

---

half 19:7
  19:7 19:8

happen
  20:12 24:2

happened
  17:20 24:4

hard 11:9

haven't 19:16

having 11:22

head 8:1

health 21:8
  21:9

heard 11:24

hearing 2:1
  2:7 2:9
  2:10 2:12
  2:16 2:19
  2:21 3:4

3:6 3:10
3:11 3:14
3:15 3:18
3:20 4:1
4:14 4:24
5:4 5:10
5:14 5:18
5:22 6:3
6:16 7:7
7:9 7:14
8:2 8:2 8:3
8:20 9:21
10:4
10:25 11:18
12:5 12:7
12:9
12:14 12:18
12:20
13:6 13:8
13:11 13:15
13:21 13:23
14:5
14:15 14:23
14:24
15:1
16:12 16:15
16:20 16:22
16:24
17:8
18:13 19:10
19:14 19:21
19:25
20:3 20:5
20:10 20:24
21:1 21:4
21:7
21:11 21:15
21:18 21:25
22:10 22:13
22:16 22:20
22:24 24:10
24:15 24:20
24:23

25:1
25:16 26:10
26:11 26:15
26:17

hearings 5:21
  14:2
  18:12
  25:3 25:11

heart 11:22

held 2:2 7:8

help 23:20

helpful 13:16

helping 23:16

hers 19:7

high 4:20

highlighted
  4:17

history
  17:5 25:20

hit 6:10

hold 7:25 8:1

home 19:16

hours 12:9

house 19:17
  19:18 20:11
  20:17

housing 22:17

---

**I**

---

I'd 20:19

identified
  25:10

I'll 24:17

I'm 2:10 2:11
  7:10 8:17
  10:5 11:3

13:20 15:22
15:22 16:10
16:15 16:16
16:24 21:21
21:22 23:10
23:15 23:16
24:8
24:10 24:12
24:15 24:16

important
  22:3

inability
  4:17

inaccurate
  6:22

incident 17:6

include 25:19

including
  12:10

inconsequenti
  al 9:7

incurred 4:10
  14:16 14:23

indeed 14:13

Indian 19:23

indicate 3:25
  5:8 7:17
  10:16

indicated
  4:16 5:7
  14:4
  18:13 25:9

indicates
  20:6

indication
  4:20

indiscernible

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

Exhibit 23 - Page 32

22:5

**information**
23:11

**infraction**
4:13 5:9
14:24 17:14
18:16 18:24
25:17

**infractions**
4:11 5:7
8:1 14:8
14:17 14:21
18:19 25:9

**inherited**
19:6

**initially** 4:8
10:11

**in-laws** 11:15
11:23

**inmate** 15:25

**innocence**
15:16

**institution**
4:3 4:10
4:18 5:6
7:16 8:15
14:10 18:22
21:12
25:8 25:21

**institutional**
12:6

**institutions**
21:23

**intend** 21:15

**intent** 10:14

**Interim** 2:1
2:12 2:21
3:4 3:10

3:11 3:18
4:23 8:3
14:15

**intoxicants**
17:15 17:18

**intoxicated**
4:15

**Intro** 22:9

**Introduction**
12:11

**involved**
12:20

**isn't** 11:3

**issues** 21:5
21:9

**I've** 13:13
21:23

---
J
---
**John** 2:15

---
K
---
**knew** 15:13

**knowledge**
23:11 23:17

**Kubrick** 2:6
2:10

---
L
---
**lack** 4:16

**land** 9:1 19:8
19:21 20:21
20:23

**landscape**
21:23

**landscaper**
21:14

**language** 8:10

**last** 3:20 5:9
5:10 5:15
5:18 6:6
7:7 12:7
12:9
12:20 12:25
13:13
14:2
14:22 14:24
14:25 17:14
18:12 18:15
18:25 22:25
25:3 25:16

**later** 14:16
18:18

**law** 7:18 23:4
25:14

**laws** 4:21
24:9

**lead** 23:24

**leading** 15:1

**leads** 21:19

**least** 11:22

**let's** 12:5

**letter**
11:12 11:12

**level** 4:11
9:25

**lieutenant**
15:17

**life** 5:23
5:23 6:7
6:9 6:14
8:20
10:14 11:13
11:25 23:12
23:13 23:13

23:21 23:22
24:5

**likelihood**
25:14

**limit** 8:7

**limitations**
8:5

**lines** 9:8

**list** 25:19

**little** 2:23
12:6
20:20 25:18

**live** 12:1
20:18

**local** 4:5

**located** 19:22

**lockdown**
22:18

**lodge** 21:13

**Lompoc** 13:9
22:9

**long** 7:13
8:14 13:12

**longer** 8:9

**lookout** 26:12

**losing** 15:9

**lost** 9:16
9:18

**lot** 7:12
9:8 11:6

**love** 11:21
24:3 24:6

**luck** 26:11

---
M
---

**NAEGELI**
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

Exhibit 23 - Page 33

**manager** 19:14
  22:2 26:14

**mandatory**
  2:22 2:24
  3:7 3:17
  3:25 6:19
  7:19 7:23
  14:6 14:13

**mark** 6:10

**matter** 23:6
  23:9

**matters** 11:19

**maturity** 4:17

**may** 4:6 7:21

**maybe** 9:9
  9:24

**mean** 7:3 7:25
  8:6 8:11
  8:21 9:1
  9:2 9:14
  9:20 9:22
  10:1
  17:19 20:12

**meaning** 9:23

**meat** 7:12

**medical** 21:4

**members**
  11:5
  11:11 11:15
  11:24
  12:3 20:17

**mental** 21:8
  21:9

**mentioned**
  2:20 13:23

**merit** 25:5

**merited** 5:2

  5:11

**merits** 3:20
  5:18 25:24

**methods** 2:25

**mic** 24:16

**mind** 7:9
  15:25 17:23

**mine** 19:8
  23:13

**misconduct**
  4:11

**moments** 24:11

**Money** 13:19

**months**
  12:25 13:14
  14:25
  15:1 17:2
  17:20 18:25
  25:18

**morning** 2:10

**mother**
  10:18 19:9

**murder** 5:23
  10:13 10:14
  10:18 23:2

**murdered**
  10:17

**N**

**narcotics**
  15:3 22:7
  22:14

**Native** 23:1

**necessary**
  10:22

**negative** 9:2

**Nespelem**

  19:25
  20:2 20:3
  20:4

**northeast**
  19:24

**nothing**
  8:10 8:21
  9:13 15:13

**Notice** 26:5

**O**

**obey** 25:14

**occurred** 4:13
  18:25 25:18

**offense**
  10:6 10:8
  10:21 10:22
  11:1

**offered** 13:20

**officer** 7:9
  8:20 9:21
  10:4
  10:25
  12:5
  12:14 12:18
  13:6 13:8
  13:11 13:15
  13:21 13:23
  16:3
  16:12 16:15
  16:20 16:22
  16:24
  17:8
  19:10 19:21
  19:25
  20:3 20:5
  20:10 20:24
  21:1 21:4
  21:7
  21:11 21:15

  21:18 21:25
  22:10 22:13
  22:16 22:20
  22:24 24:10
  24:15 24:20
  24:23 26:10

**Oh** 16:24
  22:20

**Okay** 3:14
  10:3 10:4
  10:25
  12:5
  12:18
  13:6
  13:11 13:21
  20:3
  20:10 20:24
  21:1 21:7
  21:11 21:25
  22:10 22:24
  24:10 24:14
  24:18 24:23
  26:10

**older** 19:7

**open** 9:1

**opinion**
  6:22 25:24

**opioid** 15:5
  15:5

**Opportunities**
  22:9

**opportunity**
  10:9 12:12

**P**

**package** 16:5

**pain** 11:5

**pants** 15:13

parent 24:7

parents 23:12

parole 2:11
  2:12 2:22
  2:22 2:23
  2:24 3:2
  3:4 3:6 3:7
  3:12 3:17
  3:25 4:7
  4:24 5:21
  6:4 6:12
  6:19 6:19
  6:25 7:20
  7:20 7:23
  8:2 14:2
  14:5 14:6
  14:13 15:21
  18:13 18:17
  23:9 26:1

paroled 7:1

passed 5:8
  6:5 20:16

past 17:5

path 23:22

pattern 17:21

period 8:14

person
  15:22 16:11
  16:18
  18:7 19:13

phonetic 13:1

plan 19:4

plead 15:19

please 2:14

point 6:2 8:3
  8:12 8:23
  14:8

points 13:4

policy 16:18

positive
  17:17

possessing
  15:2

possession
  15:4
  17:20 17:22
  22:6 25:17

possible 6:6

preponderance
  17:25 18:3

previous
  14:20
  25:9 25:25

previously
  13:24

primarily
  3:21 4:11

print 15:15

prior 3:10
  4:14
  14:25 17:15
  17:21

prison 4:22
  10:15 23:24

probability
  4:4 4:20
  7:18

probably
  20:19

probate 11:16
  11:17 19:16

problem 17:6

proceeding
  18:5 18:8

18:23 19:2

proceedings
  17:23

program 12:16

programing
  12:8

programming
  9:8 12:10
  12:23

programs
  12:21 16:1

progress 20:5

prohibited
  15:10

pronounce
  20:1

proof 16:4

property 20:8

prove 15:15

provide 6:15

provided
  5:4 8:5

psychologist
  12:25

psychology
  12:24 13:9

purpose
  3:15 3:17
  18:4 18:8

purposes 10:1

_____
Q
_____
quarantine
  22:21

question
  6:1 7:2 7:5

7:6 7:24
  8:16

questions
  5:19 26:7

_____
R
_____
rather 3:17

reach 6:2

reached 6:24

really 3:2
  8:21 9:7
  9:13 9:22
  10:1 12:4
  24:8

reason 5:4
  14:3 19:16

reasonable
  4:4 7:17
  19:3

reasons 25:1

recall 4:6

receive 22:6

recent 4:13
  22:14

recently
  25:22

recess 24:22

recommendatio
  n 24:18
  24:24 25:25
  26:3 26:5

record 2:14
  10:7 16:9
  24:11 24:21
  24:24 26:8

recording
  24:16

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3333
NAEGELIUSA.COM

Exhibit 23 - Page 35

records 22:7

reducing 9:12

reentry 13:22

referring 3:1
7:10

reflect 12:22

register 2:17

regular 17:16
19:13

relatively
7:11

relatives
24:8

release
2:25 4:5
6:13 7:4
9:11 9:12
19:4
19:18 19:19
20:12 20:14
21:16 22:17

released 4:21
7:19
22:19 25:15

relied 14:18

relief 6:16

rely 5:3

remain 22:21

remorse
11:2 11:6
12:2 23:6

report 20:6

reports 17:6

require 7:4

Reservation
19:24

reside 19:5

resides 20:8

resolve 13:4

Resolving
12:10

responsible
8:1

result 22:13

Resume 13:19

reverse
8:12 24:1

review 22:3
26:4

revisit 3:16

Rillo 13:1

risk 15:9
15:21

Roberts
22:1 22:5
26:13 26:16

rule 25:22
25:23

rules 4:2 4:9
4:18 5:6
7:16 8:14
14:9
18:21
25:8 25:21

run 10:15

───────────
S
───────────

sanction 22:6

Scott 2:6
2:10

screen 24:13

second 3:10

5:23 10:13

seeing 17:5

sell 23:21

sentence 5:23
6:1 6:8 6:9
6:22 8:19
8:20 9:19
10:8 23:4
26:2

sentenced
10:14 23:3

sentences
7:13

separated
23:14

serious 8:8
14:9 25:22

seriously 4:2
4:9 5:6
7:15
18:21
25:8 25:20

service 6:9

serving 6:7
6:14

share 19:7
23:18

short 7:11
23:21

shot 10:17
10:18
15:3 16:8
22:14

shots 7:7
9:18

showed
16:10 19:14

shown 22:7

SHU 22:11

sight 9:1

significant
3:19 5:1
5:1 5:17
25:5

sir 21:10
21:17 24:18
26:16

sister 19:7
20:16

sitting 26:14

situations
13:19

six 17:2

Smart 13:19

sobriety
15:21

someone 8:13

sometime
19:19

somewhat
11:22

sorry 11:4
12:4
16:15 16:24
24:8

sort 9:10

sorts 6:16

sound 12:12
12:18

source 23:14

speaking 7:24

special 22:17

**specific**
7:3 9:23
25:1

**specifically**
5:5 5:16
7:14
14:11 14:25
15:4 22:2

**standard**
17:24 18:1

**standpoint**
6:4 12:23
17:19 18:2

**start** 15:22

**started** 3:1
5:22

**state** 4:5
17:9 19:24

**statement**
6:21 10:9
22:25

**statute**
7:10 7:11
8:5 8:6
8:10 25:12

**statutory** 2:1
2:11 2:21
3:3 3:10
3:11 3:18
4:23 6:13
8:2 8:3
8:18 8:21
9:5 9:16
9:18
14:15 14:18

**stay** 20:19

**stop** 24:15

**story** 11:24

**stuff** 13:2

**subtract** 9:13

**suffering**
23:13

**sufficient**
18:4 18:20

**suggest** 25:13

**suitable** 14:1

**sweat** 21:13

———————
T
———————

**talk** 12:6
12:7

**taught** 23:12

**technically**
7:24

**terminology**
7:20

**terms** 9:12

**test** 17:17

**Thank** 2:19
10:3
24:14 24:20
26:9
26:13 26:15
26:16

**thankful**
23:10 23:15
23:16

**Thanks** 24:19

**therapy** 13:2

**there's**
3:19 5:16
7:3 7:11
8:5 8:6 8:9
8:21 9:1
9:5 9:13

14:19

**they're** 11:16
11:17 16:6

**thirds** 3:12
6:25

**throw** 15:23

**Thursday**
22:19

**today** 3:22
19:13
22:4
22:25 23:17
25:13

**today's**
3:15 18:8

**transcript**
12:21

**treat** 15:5

**tried** 15:25
24:5

**try** 19:17

**turn** 24:16

**two-thirds**
2:12 2:21
2:23 3:2
3:4 3:6 4:7
4:24 6:4
6:8 6:12
6:19 7:20
8:2 14:1
14:5
18:13 18:17
26:1

**type** 4:16

**types** 2:25
17:23

———————
U
———————

**U.S** 10:11

**U.S.C** 3:24

**uncle** 20:6
20:18

**unfortunately**
7:2 9:21

**unit** 22:17

**upon** 4:5
5:3 14:18

———————
V
———————

**valve** 6:16

**viewed** 19:1

**violate** 7:18

**violated**
4:2 4:9 5:6
7:15
18:21
25:8
25:21 25:22

**violating**
8:14

**violation** 8:8
25:23

**violations**
14:9 18:2

**violence**
12:11 12:15
13:3 13:5

**VIRTUALLY** 2:2

———————
W
———————

**walls** 23:24

**Washington**
10:12 19:24

**water** 9:1

**WEDNESDAY** 2:3

**welder** 21:21

**we're** 2:23
  3:21 3:23
  5:14 5:15
  6:17 18:8

**Wesley** 20:7

**Wesley's**
  20:18

**WHEREUPON**
  24:22 26:17

**whether**
  5:16 6:25

**White** 10:18

**whole** 7:12

**wish** 12:2

**wondered** 9:17

**work** 21:11
  21:13 21:15

**working** 21:23

**world** 23:18

**worse** 23:4

**write** 11:12
  11:12

**written**
  23:7 23:8

———————
Y
———————

**yet** 19:17

**youth** 23:20

**you've** 3:9
  4:2 5:15
  12:8
  12:19 12:22
  14:23 25:20
  25:22