# Exhibit 24

```
  SETH9          *        INMATE EDUCATION DATA        *     10-31-2022
PAGE 001         *            TRANSCRIPT               *     13:24:37


REGISTER NO: 05167-085      NAME..: FRIEDLANDER              FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: LOM-LOMPOC USP

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
LOM  ESL HAS   ENGLISH PROFICIENT          06-18-1991 1412 CURRENT
LOM  GED EARNED GED EARNED IN BOP          11-08-1994 1136 CURRENT

-------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
LOM        BEAD WORK                     03-07-2022 06-20-2022  P   C  P    12
LOM        ANATOMY PHASE 6               03-14-2022 03-14-2022  P   C  P     4
LOM        ANATOMY PHASE 5               03-11-2022 03-11-2022  P   C  P     4
LOM        ANATOMY PHASE 4               02-25-2022 02-25-2022  P   C  P     4
LOM        ANATOMY PHASE 3               02-21-2022 02-21-2022  P   C  P     4
LOM        ANATOMY PHASE 2               01-17-2022 01-17-2022  P   C  P     4
LOM        ANATOMY PHASE 1               01-14-2022 01-14-2022  P   C  P     4
LOM        TOURNAMENT MANAGEMENT         07-07-2021 08-25-2021  P   C  P     8
LOM        WORK WISE: MATH AT WORK       05-27-2021 08-20-2021  P   W  V     0
LOM        WORK WISE: READING AT WORK    02-17-2021 04-14-2021  P   W  V     0
LOM        ACE PLANNING ADULTING         12-17-2020 03-03-2021  P   W  V     0
LOM        INTRO TO EDUCATION OPPORTUNITY 07-26-2019 07-26-2019 P   C  P     2
TCN        ALTERN VIOLENCE FACILITATOR   04-29-2018 05-01-2018  P   C  P    18
TCN        RES CONFLICT EL RIO (RPP6-PG) 05-21-2018 05-21-2018  P   C  P     2
TCN        COMM SKILLS-EL RIO (RPP6-PG)  04-23-2018 04-23-2018  P   C  P     2
TCN        ADVANCED ALTERNATIVE VIOLENCE 04-08-2018 04-10-2018  P   C  P    18
TCN        IMPR SELF-ESTEEM-EL RIO (RPP6) 03-26-2018 03-26-2018 P   C  P     2
TCN        BASIC ALTERNATIVE TO VIOLENCE 03-09-2018 03-11-2018  P   C  P    18
TCN        SETTING GOALS-EL RIO (RPP6-PG) 02-26-2018 03-06-2018 P   C  P     2
TCN        BEGINNING SPANISH II          11-21-2017 01-23-2018  P   C  P     8
TCN        COMM SKILLS-EL RIO (RPP6-PG)  01-22-2018 01-22-2018  P   C  P     2
TCN        BEGINNING SPANISH ONE         09-07-2017 11-07-2017  P   C  P    16
TCN        DIRTY JOBS SEASON IV ACE CLASS 06-02-2014 06-14-2014 P   C  P     6
TCN        DIRTY JOBS#7 DVD ACE          06-02-2014 06-14-2014  P   C  P    10
TCN        DISCOVERY ATLAS GEOGRAPHY DVD 06-02-2014 06-14-2014  P   C  P    11
TCN        DINERS,DRIVE-IN,DIVES DVD ACE 06-02-2014 06-14-2014  P   C  P     5
SHE        NUTRITION CLASS FCI A&O       08-22-2012 09-13-2012  P   C  P     3
HAZ CHG    (PG)PCTC-TOP 25 JOB INTRVW    04-05-2012 04-05-2012  P   C  E     2
HAZ CHG    (PG) PCTC-BALANCING YOUR LIFE 03-06-2012 03-06-2012  P   C  E     2
MCR        BEADING CLASS MON/TUES 6-8 PM 11-26-2008 01-08-2009  P   C  P     4
BSY        SHU-ACE BANKING LANGUAGE      04-11-2008 04-21-2008  P   C  P     4
BSY        SHU-ACE GOV'T LANGUAGE BASICS 04-11-2008 04-21-2008  P   C  P     4
BSY        SHU-ACE COMPUTER SOFTWARE     04-11-2008 04-21-2008  P   C  P     4
BSY        SHU-ACE TRANSPORTATION LANG.  04-01-2008 04-11-2008  P   C  P     4
BSY        SHU-ACE CONSUMER RIGHTS       04-01-2008 04-11-2008  P   C  P     4
BSY        SHU-ACE EMERGENCY SERVICE LANG 04-01-2008 04-11-2008 P   C  P     4
BSY        SHU-ACE DRIVER'S LICENSE LANG 04-01-2008 04-11-2008  P   C  P     4
MAR        ACE - RUSSIA'S WAR            05-22-2006 08-01-2006  P   C  F    16
MAR        IN CELL VIDEO/STY ASTRONOMY   05-22-2006 07-03-2006  P   C  F    12
MAR        ACE CIVIL WAR HISTORY         11-07-2005 01-06-2006  P   C  P    20

G0002      MORE PAGES TO FOLLOW . . .
```

Exhibit 24 - Page 1

```
  SETH9          *          INMATE EDUCATION DATA          *      10-31-2022
PAGE 002 OF 002 *                TRANSCRIPT                *      13:24:37


REGISTER NO: 05167-085      NAME..: FRIEDLANDER                FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: LOM-LOMPOC USP
```

```
--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                     START DATE STOP DATE EVNT AC LV  HRS
MAR        USP PARENTING PROGRAM           01-31-2005 05-02-2005  P  C  P   24
MAR        ACE/EARTH REVEALED/GEOLOGY      09-07-2004 12-03-2004  P  C  P   52
MAR        ACE/THE WORLD OF CHEMISTRY      04-05-2004 07-02-2004  P  C  P   52
MAR        ACE/CURRENT EVENTS SUMMER SEM   08-04-2003 10-31-2003  P  C  P   52
MAR        ACE/MECHANICAL UNIVERSE PT 2    08-04-2003 10-31-2003  P  C  P   52
MAR        ACE/CIVIL RIGHTS HIST. PT I     03-03-2003 05-16-2003  P  C  P   50
MAR        ACE/CURRENT EVENTS SPRING SEM   03-03-2003 05-30-2003  P  C  P   52
MAR        ACE/MECHANICAL UNIVERSE PT I    03-03-2003 05-30-2003  P  C  P   52
MAR        ACE/CURRENT EVENTS FALL SEM.    09-30-2002 01-03-2003  P  C  P   52
MAR        ACE WEST TRADITION HISTORY PT2  09-30-2002 01-03-2003  P  C  P   52
MAR        ACE/CURRENT EVENTS SPRING SEM   03-01-2002 06-03-2002  P  C  P   48
MAR        ACE WEST TRADITION HISTORY PT1  03-01-2002 06-03-2002  P  C  P   52
MAR        ACE ETHICS/CURRENT EVENTS       05-01-2000 07-07-2000  P  C  F   40
MAR        ACE LOST CIVILIZATIONS HISTORY  04-10-2000 06-16-2000  P  C  F   40
SHE        TYPING FCI 7:30-9 AM MON-FRI    11-17-1997 03-23-1998  P  W  I   90
SHE        BUILDING TRADES FCI PM          06-08-1995 11-08-1995  P  C  M  385
SHE        GED TEST SESSION                11-08-1994 11-08-1994  P  C  P    8
SHE        GED AFTERNOON                   06-10-1991 10-22-1991  P  W  V  284
ENG        GED CLASS-MOD 5                 04-06-1991 05-06-1991  P  W  I   20
ENG        WELDING VT - MODS 3 & 4         05-05-1990 05-06-1991  P  W  I  860
ENG        GED CLASS-MOD 5                 05-05-1990 09-08-1990  P  W  V   75
ENG        GED CLASS-MOD 4                 04-07-1990 05-05-1990  C  W  I   40
ENG        ADULT BASIC EDUCATION-MOD 3     03-14-1990 03-24-1990  P  C  P   16
ENG        ABE MOD 2                       02-12-1990 03-14-1990  C  W  I   40
ENG        ABE MOD 1                       09-09-1989 12-09-1989  P  W  V  120
ENG        ADMISSION AND ORIENTATION       08-28-1989 08-28-1989  P  C  P    6
TCN        ABE M-F 8:30-10:30 A.M.         06-26-1989 08-24-1989  P  W  V   76
TCN        ABE M-F 8:30-10:30 A.M.         05-01-1989 06-26-1989  P  W  V   70
TCN        ABE M-F 6:00- 8:00 P.M.         03-06-1989 05-01-1989  P  W  V   80


--------------------------- HIGH TEST SCORES ---------------------------
TEST       SUBTEST         SCORE    TEST DATE    TEST FACL   FORM     STATE
ABLE       LANGUAGE         9.0    04-05-1990    SHE
           NUMBER OPR      10.2    04-05-1990    SHE
           PROB SOLV        9.7    04-05-1990    SHE
           READ COMP        8.4    04-05-1990    SHE
           SPELLING        13.0    04-05-1990    SHE
           VOCABULARY       7.0    04-05-1990    SHE
GED        AVERAGE         46.0    11-03-1994    SHE         PASS      WA
           LIT/ARTS        48.0    05-13-1993    SHE         AJ        OR
           MATH            41.0    11-03-1994    SHE         AM        WA
           SCIENCE         46.0    05-13-1993    SHE         AL        OR
           SOC STUDY       47.0    05-13-1993    SHE         AJ        OR
           WRITING         48.0    11-03-1994    SHE         AM        WA


G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit 24 - Page 2