# Exhibit 25

# DECLARATION

I am Brenda G. Challinor. I have been employed as a mitigation specialist with the Federal Defenders of Eastern Washington and Idaho at Spokane since January 2016.

In that capacity, I have been involved in the John Friedlander case (docket number CR-87-308-JLQ-1). I make the following declaration based upon my personal knowledge and am competent to testify to the same:

- I spoke with Mr. Friedlander on March 16, 2021, during an attorney/client telephone call which was arranged through his case manager at USP Lompoc, Brigido Gomez.
- Mr. Friedlander reported participation in the Bureau of Prisons Alternatives to Violence program at FCI Tucson. Mr. Friedlander advised the program equipped him to make important life changes.
- Mr. Friedlander provided copies of his certificates of completion on March 19, 2021.
- I examined the certificates and confirmed Mr. Friedlander successfully completed all segments of the Alternatives to Violence Program at FCI Tucson:
    - Alternatives to Violence, *Basic* – March 9, 10, 11, 2018 (18 hours)
    - Alternatives to Violence, *Advanced* – April 8, 9, 10, 2018 (18 hours)
    - Alternatives to Violence, *Facilitator* – July 10, 13-15, 2018 (40 hours)
- I communicated with one of the four course instructors, Ms. Jane Kroesen.
- Ms. Kroesen confirmed she had taught the classes. She recalled Mr. Friedlander and noted he had performed well. She described him as a shy man who had gone outside his comfort zone to actively participate. Ms. Kroesen observed he had been so enthusiastic about the program that he had recruited other inmates, particularly Native American inmates, to participate. She verified he also became a facilitator. Ms. Kroesen expressed her willingness to write a letter on Mr. Friedlander's behalf.
- On April 7, 2021, I received a telephone call from the reentry affairs coordinator at FCI Tucson. She explained Ms. Kroesen had checked to ascertain she could write a letter on behalf of Mr. Friedlander and was told she was not authorized to write a letter and if she persisted she would be prohibited from teaching at any Bureau of Prisons facility in the future. The coordinator maintained there was no mechanism through which a positive letter could be submitted on Mr. Friedlander's behalf.
- I expressed to her the insurmountable difficulties for inmates who have been incarcerated for decades and in that time have lost all ability to maintain a support system for themselves in the community and that this reality gives extra importance to their positive programming in the prison system. She acknowledged the reality but offered no remedy for it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2022

*Brenda G. Challinor*

Brenda G. Challinor

Exhibit 25