# Exhibit 26

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:05167-085, Last Name:FRIEDLANDER

**U.S. DEPARTMENT OF JUSTICE**             **FEDERAL BUREAU OF PRISONS**

```
Register Number: 05167-085              Risk Level Inmate....: R-LW
Inmate Name                               General Level......: R-LW (25)
  Last.........: FRIEDLANDER               Violent Level......: R-LW (21)
  First........: JOHN                    Security Level Inmate: HIGH
  Middle.......: FRANKLIN                Security Level Facl..: MEDIUM
  Suffix.......:                         Responsible Facility.: LOM
Gender.........: MALE                    Start Incarceration..: 03/11/1988
```

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 28
General Score: -12, Violent Score: -4
Risk Item Data

```
Category - Assignment - Start          - Stop
  DRG       ED COMP     07/15/2004 10:43
  EDC       A&O         08/28/1989 07:30   08/28/1989 07:30
  EDC       ACE WTRAD1  03/01/2002 09:31   03/01/2002 09:31
  EDC       ACE WTRAD2  09/30/2002 08:16   09/30/2002 08:16
  EDC       ACE CURR3   09/30/2002 09:22   09/30/2002 09:22
  EDC       ACE EYES I  03/03/2003 10:28   03/03/2003 10:28
  EDC       ACE MECH I  03/03/2003 10:39   03/03/2003 10:39
  EDC       ACE CURR1   03/03/2003 11:35   03/03/2003 11:35
  EDC       ACE MECH 2  08/04/2003 09:40   08/04/2003 09:40
  EDC       ACE CURR2   08/04/2003 10:03   08/04/2003 10:03
  EDC       ACE CHEM    04/05/2004 13:23   04/05/2004 13:23
  EDC       ACE EARTH   09/07/2004 10:06   09/07/2004 10:06
  EDC       PARENTING   01/31/2005 09:23   01/31/2005 09:23
  EDC       ACE CIVILW  11/07/2005 10:20   11/07/2005 10:20
  EDC       TRANSPORT   04/01/2008 15:02   04/01/2008 15:02
  EDC       CONSUMER    04/01/2008 15:03   04/01/2008 15:03
  EDC       DRIVING     04/01/2008 15:03   04/01/2008 15:03
  EDC       EMERGENCY   04/01/2008 15:03   04/01/2008 15:03
  EDC       BANKING     04/11/2008 18:07   04/11/2008 18:07
  EDC       GOVERNMENT  04/11/2008 18:07   04/11/2008 18:07
  EDC       SOFTWARE    04/11/2008 18:08   04/11/2008 18:08
  EDC       DINER HIST  06/02/2014 12:30   06/02/2014 12:30
  EDC       DIRTYJOBS4  06/02/2014 12:30   06/02/2014 12:30
  EDC       DIRTYJOBS7  06/02/2014 12:30   06/02/2014 12:30
  EDC       DIS ATLAS   06/02/2014 12:30   06/02/2014 12:30
  EDC       SPANISH1    09/07/2017 09:54   09/07/2017 09:54
  EDC       BEG SPAN 2  11/21/2017 18:23   11/21/2017 18:23
  EDC       INTRO EDUC  07/26/2019 08:00   07/26/2019 08:00
```

Exhibit - 26

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number:05167-085, Last Name:FRIEDLANDER

**U.S. DEPARTMENT OF JUSTICE**                                          **FEDERAL BUREAU OF PRISONS**

---

Item: Work Programs, Value: 1

General Score: -1, Violent Score: -1

Risk Item Data

```
  Category - Assignment - Start           - Stop
  WRK        UNICOR 1    06/17/2010 00:01   06/17/2010 00:01
```

Exhibit - 26

Assessment Date: 04/19/2023                      (2)                      Assessment# R-2146776523