1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   ALEXANDER H. TRAN (Cal. Bar No. 338940)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0758
7       Facsimile: (213) 894-0141
        E-mail:    alexander.tran@usdoj.gov
8
   Attorneys for Respondent
9  JACOB DOERER

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  JOHN FRANKLIN FRIEDLANDER,          No. 5:23-cv-01603-PA-MRW

13            Petitioner,               STIPULATION REGARDING AN EXTENSION
                                        OF TIME FOR RESPONDENT TO RESPOND
14                 v.                   TO THE PETITION

15  JACOB DOERER, Warden, U.S.
    Federal Correctional Institute
16  Victorville Medium II,

17            Respondent.

18

19       Respondent Jacob Doerer, Warden, United States Federal

20  Correctional Institute Victorville Medium II ("respondent"), by

21  and through its counsel of record, the United States Attorney

22  for the Central District of California and Assistant United States

23  Attorney Alexander H. Tran, and Petitioner John Franklin Friedlander

24  ("petitioner"), both individually and by and through his counsel of

25  record, Margaret A. Farrand, hereby stipulate as follows:

26       1.   On August 10, 2023, petitioner filed a writ of habeas

27  corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)

28

1    2.    On August 10, 2023, petitioner filed an ex parte

2   application for the appointment of counsel (ECF Nos. 3-4), which the

3   Court granted on August 24, 2023.  (ECF Nos. 6-7.)  Deputy Federal

4   Public Defender Margaret A. Farrand was appointed to represent

5   petitioner.  (ECF No. 6.)

6    3.    On August 25, 2023, the Court issued an Order Requiring a

7   Response to the Petition for Writ of Habeas Corpus and directed the

8   government to file either an answer or a motion to dismiss the

9   petition within thirty (30) days from the date of the August 25, 2023

10  Order.  (ECF No. 9.)  Petitioner's optional reply is due within 30

11  days of the filing of the government's answer or motion to dismiss.

12  (Id.)

13   4.    On August 31, 2023, Assistant United States Attorney

14  Alexander H. Tran filed a notice of appearance on behalf of the

15  respondent.  (ECF No. 10.)

16   5.    By this stipulation, respondent respectfully requests an

17  additional sixty (60) days to respond to the petition.  Respondent's

18  request is based on information received from the Parole Commission

19  that the Commission intends to conduct another hearing for petitioner

20  concerning the same issues underlying the petition.  Accordingly,

21  respondent requests that the Court extend the briefing schedule such

22  that respondent must file either an answer or a motion to dismiss by

23  November 24, 2023.  Petitioner's optional reply is due within 30 days

24  of the filing of the respondent's answer or motion to dismiss.

25  //

26  //

27  //

28  //

2

        6.    Counsel for respondent has conferred with counsel for

petitioner regarding this request.  Petitioner does not object to the

requested extension of the briefing schedule.

        IT IS SO STIPULATED.

 Dated: September 18, 2023          Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    MACK E. JENKINS
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                    _____/s/_____
                                    Alexander H. Tran
                                    Assistant United States Attorney

                                    Attorneys for Respondent
                                    JACOB DOERER



                                    CUAUHTEMOC ORTEGA
                                    Federal Public Defender


                                    _____/s/_____
                                    Margaret A. Farrand
                                    Deputy Federal Public Defender
                                    Attorney for Petitioner JOHN
                                    FRIEDLANDER

* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all

signatories listed, and on whose behalf the filing is submitted,

concur in the filing's content and have authorized the filing.

                                    3