E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ALEXANDER H. TRAN (Cal. Bar No. 338940)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0758
     Facsimile: (213) 894-0141
     E-mail:    alexander.tran@usdoj.gov

Attorneys for Respondent
JACOB DOERER

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JOHN FRANKLIN FRIEDLANDER, | No. 5:23-cv-01603-PA-MRW |
|---|---|
| Petitioner, | STIPULATION REGARDING AN EXTENSION OF TIME FOR RESPONDENT TO RESPOND TO THE PETITION |
| v. | |
| JACOB DOERER, Warden, U.S. Federal Correctional Institute Victorville Medium II, | |
| Respondent. | |

Respondent Jacob Doerer, Warden, United States Federal Correctional Institute Victorville Medium II ("respondent"), by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexander H. Tran, and Petitioner John Franklin Friedlander ("petitioner"), both individually and by and through his counsel of record, Margaret A. Farrand, hereby stipulate as follows:

1.   On August 10, 2023, petitioner filed a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)

  2. On August 10, 2023, petitioner filed an ex parte application for the appointment of counsel (ECF Nos. 3-4), which the Court granted on August 24, 2023. (ECF Nos. 6-7.) Deputy Federal Public Defender Margaret A. Farrand was appointed to represent petitioner. (ECF No. 6.)

  3. On August 25, 2023, the Court issued an Order Requiring a Response to the Petition for Writ of Habeas Corpus and directed the government to file either an answer or a motion to dismiss the petition within thirty (30) days from the date of the August 25, 2023 Order. (ECF No. 9.) Petitioner's optional reply is due within 30 days of the filing of the government's answer or motion to dismiss. (Id.)

  4. On August 31, 2023, Assistant United States Attorney Alexander H. Tran filed a notice of appearance on behalf of the respondent. (ECF No. 10.)

  5. On September 18, 2023, the parties filed a stipulation requesting the Court to extend Respondent's time to respond to the petition. (ECF No. 11.) On the same day, the Court granted the parties' stipulation for an extension of time. (ECF No. 12.)

  6. By this stipulation, respondent respectfully requests an additional one hundred twenty (120) days to respond to the petition. Respondent's request is based on information received from the Parole Commission that the Commission has scheduled petitioner's parole hearing on November 29, 2023. This hearing will likely address many of the issues underlying the petition. An extension of time is necessary for the Commission to conduct the hearing, issue a decision, permit the petitioner an opportunity to appeal that decision if he chooses, and then consider the appeal.

1   7. Accordingly, respondent requests that the Court extend the briefing schedule such that respondent must file either an answer or a motion to dismiss by March 25, 2024. Petitioner's optional reply is due within 30 days of the filing of the respondent's answer or motion to dismiss. This is the parties' second stipulation for an extension of time.

8. Counsel for respondent has conferred with counsel for petitioner regarding this request. Petitioner does not object to the requested extension of the briefing schedule.

IT IS SO STIPULATED.

Dated: November 21, 2023          Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  MACK E. JENKINS
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                     /s/
                                  Alexander H. Tran
                                  Assistant United States Attorney

                                  Attorneys for Respondent
                                  JACOB DOERER



                                  CUAUHTEMOC ORTEGA
                                  Federal Public Defender



                                     /s/ via email authorization
                                  Margaret A. Farrand
                                  Deputy Federal Public Defender
                                  Attorney for Petitioner JOHN
                                  FRIEDLANDER

* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.