CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MARGARET A. FARRAND (Bar No. 235295)
(Email: Margaret_Farrand@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Tel: 213-894-7528
Fax: 213-894-0081

John B. McEntire, IV
*Senior Litigator*
(Email: Jay_McEntire@fd.org)
FEDERAL DEFENDERS OF EASTERN
WASHINGTON AND IDAHO
10 North Post Street, Suite 700
Spokane, Washington 99201
Tel: 509-624-7606

Attorneys for Petitioner
JOHN FRANKLIN FRIEDLANDER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JOHN FRANKLIN FRIEDLANDER,<br><br>Petitioner,<br><br>v.<br><br>JACOB DOERER, Warden, United States Federal Correctional Institute Victorville Medium II,<br><br>Respondent. | Case No. 5:23-CV-1603-PA-MRW<br><br>**PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF HABEAS CORPUS ACTION (Fed. R. Civ. P. 41(a))**<br><br>**[PROPOSED] ORDER SUBMITTED CONCURRENTLY]**<br><br>The Honorable Percy Anderson<br>United States District Judge |

1

Petitioner John Franklin Friedlander, through his counsel, Deputy Federal Public Defender Margaret A. Farrand and Senior Litigator Jay McEntire, hereby moves this Court for an order dismissing his habeas corpus action in United States District Court case number 5:23-CV-1603-PA-MRW. This motion is made pursuant to Federal Rule of Civil Procedure 41(a) and is based on the attached declaration of counsel and waiver of the petitioner, all files and records in this case, and such further information as might be requested by the Court regarding this motion. The government does not oppose this motion.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 27, 2024            By  /s/ *Margaret A. Farrand*
                                 MARGARET A. FARRAND
                                 Deputy Federal Public Defender
                                 Attorney for JOHN FRANKLIN
                                 FRIEDLANDER

### **DECLARATION OF MARGARET A. FARRAND**

I, Margaret A. Farrand, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a Deputy Federal Public Defender in Los Angeles, and Chief of my office's Writs and Appeals Unit. Together with Jay McEntire, Senior Litigator with Federal Defenders of Eastern Washington and Idaho, I represent Petitioner John Franklin Friedlander in this case.

2. In January 1988 Mr. Friedlander was convicted after a guilty plea of one count of second-degree murder and one count of assault with intent to murder in the case of *United States v. Friedlander*, E.D. Washington case number 87-cr-308. He was sentenced to life imprisonment.

3. After several parole hearings at which Mr. Friedlander was denied parole, my co-counsel and I filed the instant habeas corpus case on Mr. Friedlander's behalf in August 2023, to challenge the United States Parole Commission's June 2022 decision to deny him parole without considering materials his counsel tried to submit on his behalf in that proceeding.

4. Since the filing of Mr. Friedlander's petition in this action, however, the Parole Board has held a new parole hearing in his case and has granted him parole, effective October 25, 2024. His request for a renewed parole hearing in this action is therefore moot.

5. Having been granted parole, Mr. Friedlander wishes to dismiss his habeas corpus petition in this action. Attached as Exhibit A is a true and correct copy of Mr. Friedlander's signed declaration and waiver.

6. Attached as Exhibit B is a true and correct copy of a declaration by Mr. McEntire.

7. Attached a Exhibit C is a true and correct copy of the United States Parole Commission's Notice of Action, reflecting the results of Mr. Friedlander's renewed

3

1  parole hearing and grant of parole.

2        8.      On March 27, 2024, I corresponded by email with Assistant United States Attorney Alexander Tran, counsel for the government in this action, and asked him whether the government opposes Mr. Friedlander's motion for voluntary dismissal of this action. Mr. Tran informed me that the government does not oppose it.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California, on March 27, 2024.

*/s/ Margaret A. Farrand*
MARGARET A. FARRAND
Deputy Federal Public Defender