# EXHIBIT B

## Declaration

I, John B. McEntire, IV, declare as follows:

1. I am over 18 and competent to testify.
2. I am appointed to represent John Franklin Friedlander (BOP #05167-085).
3. In a prior Declaration, dated March 19, 2024, Mr. Friedlander indicated he was granted parole and has since been released.
4. That was a partial-typo. While Mr. Friedlander was granted parole by the U.S. Parole Commission in a Notice of Action dated January 29, 2024, he hasn't been released yet. His scheduled release date from Bureau of Prisons custody is October 25, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
John B. McEntire, IV

3/27/2024
Date