**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOHN FRANKLIN FRIEDLANDER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JACOB DOERER, Warden, United States Federal Correctional Institute Victorville Medium II,<br><br>　　　　Respondent. | Case No. 5:23-CV-1603-PA-DTB<br><br>Honorable Percy Anderson<br><br>**JUDGMENT OF DISMISSAL** |

Petitioner John Franklin Friedlander having been granted parole, and having moved to voluntarily dismiss this habeas corpus action as moot,

IT IS ORDERED that this action is dismissed.

DATED: March 28, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2